Exhibit 1

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,923,615**

**Registered Aug. 26, 2025**

**Int. Cl.: 8**

**Trademark**

**Supplemental Register**

Imagination Products Corp.  (ILLINOIS CORPORATION)
227 W. Cedar St.
Chillicothe, ILLINOIS 61523

CLASS 8: Hand operated plumbing snakes

FIRST USE 00-00-2011 ; IN COMMERCE 00-00-2012

The color(s) Pantone Orange 021c is/are claimed as a feature of the mark.

The mark consists of color Pantone Orange 021c applied to a hand operated plumbing snake for household drain use. The shape of the plumbing snake is not a feature of the mark and is used only to illustrate placement of the mark on the goods.

SER. NO. 98-102,820, FILED P.R. 07-26-2023; AM. S.R. 07-18-2025

Acting Director of the United States Patent and Trademark Office



**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Case 1:25-cv-14775-Document #: 1-1 Filed: 12/05/25 Page 4 of 18 PageID #:17





Click to see full view

      

2+



7 VIDEOS

## FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Cleaner, 18-inch, Made in the USA, 5 Wands and Removable Handle

Visit the FlexiSnake Store

4.4 ★★★★⯪ ⌄ (35,483)

Overall Pick

**10K+ bought** in past month

$ **19** 99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Style: **5 Pack**

| $19.99 | $32.99 |

**Bundles with this item**

FlexiSnake Drain Weasel Clog Remover Tool an...

-17% **$23.98**

List: $28.98

See all bundles

| Brand | FlexiSnake |
| --- | --- |
| Scent | Unscented |
| Item Weight | 0.2 Pounds |



Shop Drano

Sponsored ⓘ

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

One-time purchase: ◉

$ **19** 99

Get Fast, Free Shipping with Amazon Prime

**FREE** delivery **Monday, December 15** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Sunday, December 7.** Order within **13 hrs 42 mins.**
Join Prime

Delivering to Kenilworth 60043 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| --- | --- |
| Sold by | Drain Weasel |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |



Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 5 of 18 PageID #:18

| Product Benefits | Effortlessly removes hair clogs from sinks, showers, and tubs |
| Manufacturer | FlexiSnake |

## About this item

- UNIQUE DESIGN – With a distinctive 360 degree rotation, our 18-inch drain snake cleaner, featuring micro-hooks, locks in hair, filth, and grime.
- EASY TO USE - Our easy-to-use drain opener works in 3 steps. Simply insert the wand, rotate the handle, and remove the clog. After unclogging, toss the wand in the trash and replace it with a refill.
- DISPOSABLE WANDS FOR EASY CLEAN UP – just dispose of used wands effortlessly. Our snake drain hair clog remover includes 5 convenient wand refills and a reusable quick connect handle.
- WORKS ON MOST DRAINS – Drains come in different shapes and lengths. Be sure you pick the correct length and drain size. Product works best for 0.5-5 Inch Pipes.

› See more product details

💬 Report an issue with this product or seller

## Competitively priced item

**Amazon's Choice**

Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

⭐⭐⭐⭐⭐ (2729)

$12.56

*Sponsored* ⓘ

☐ Add a gift receipt for easy returns

**Subscribe & Save** 🛒    ○
$17.99

**FREE delivery Monday, December 15** on orders shipped by Amazon over $35

| Ships from | Amazon |
| Sold by | Drain Weasel |

[ Add to List ]

### Other sellers on Amazon

New (2) from $19.99   FREE Shipping on orders over $35.00 shipped by Amazon. ›

*Sponsored* ⓘ

## FlexiSnake products customers bought together



☑ + ☑

Total price: $49.98

[ **Add both to Cart** ]

**This item:** FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4 ⭐⭐⭐⭐ 35,483
$19.99

*Sponsored* ⓘ
FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bathroom,...
4.8 ⭐⭐⭐⭐⭐ 701
$29.99 ($3.00/count)
✓prime

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool - Pipe, Bathroom, Bathtub Cleaner w/ 5 wands and Removable Handle - Amazon.com

Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 6 of 18 PageID #:19

## 4 stars and above  Sponsored ⓘ

     

**FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat...**
★★★★★ 701
$29⁹⁹ ($3.00 / count)
✓prime

**35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...**
★★★★☆ 6,920
#1 Best Seller
$7⁹⁹
✓prime

**Drain Auger 25 Ft with Gloves, Plumbing Snake Drain Auger Hair Clog Remover, Heavy ...**
-17% $24⁹⁹
List Price: $29.99
✓prime

**FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool Kit, Sink, Pipe, Bathroom...**
★★★★☆ 4,233
$14⁹⁹ ($14.99 / count)
✓prime

**FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"...**
★★★★☆ 645
$21⁹⁹ ($4.40 / count)
✓prime

**Drain Auger, Clog Remover with Drill Adapter, 25 Feet Flexible Plumbing Snake Use M...**
★★★★☆ 6,871
-9% $31⁹⁷
List: $34.97
✓prime

**FlexiSnake Drain Weasel MAX Drain Hair Clog Remover Tool with Rotating Handle and 2...**
★★★★☆ 1,922
$19⁹⁹
✓prime

## Products related to this item  Sponsored ⓘ

      

**FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner...**
-17% $23⁹⁸
List: $28.98
✓prime

**FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"...**
★★★★☆ 645
$21⁹⁹ ($4.40 / count)
✓prime

**WORKPRO 3 Piece Groove Joint Plier Set, 12/10/8 Inch Adjustable Water Pump Pliers, ...**
★★★★☆ 1,946
-20% $23⁹⁹
List: $29.99
✓prime

**59787 Model K-3 Toilet Auger Clog Remover Toilet Snake for Unclogging with 3...**
★★★★☆ 96
-14% $42²⁹
List: $48.99
✓prime

**FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat...**
★★★★★ 701
$29⁹⁹ ($3.00 / count)
✓prime

**35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...**
★★★★☆ 6,920
#1 Best Seller
$7⁹⁹
✓prime

**Drain Auger 25 Ft with Gloves, Plumbing Snake Drain Auger Hair Clog Remover, Heavy ...**
★★★★☆ 7,572
-17% $24⁹⁹
List Price: $29.99
✓prime

## Product description

Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 7 of 18 PageID #:20



Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 8 of 18 PageID #:21

### FlexiSnake Drain Weasel Standard

## Instant Clog Remover - Clean Out Sinks, Showers, And Tubs, Fast!

Introducing the revolutionary FlexiSnake Drain Weasel - your definitive answer to all those troublesome clogged drain issues! Bid farewell to the days of contending with chemicals, costly plumber visits, or the hassle of disassembling your drain pipes. Thanks to the Drain Weasel drain snake, unclogging your drain has never been easier, faster, or more efficient!



## Drain Weasel Comparison Table

    

| | 5PK Standard | 10 PK Standard | 5PK PRO | 10PK PRO | 10PK Std Refill |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★½ 35,483 | ★★★★½ 35,483 | ★★★★½ 645 | ★★★★½ 939 | ★★★★★ 701 |
| Price | $19.99 | $32.99 | $21.99 | $32.95 | $29.99 |
| Hook Construction | Flexible Micro Hook | Flexible Micro Hook | Heavy Duty Hook | Heavy Duty Hook | Flexible Micro Hook |
| Shaft Construction | Ultra Flexible Shaft | Ultra Flexible Shaft | Stiffer Ribbed Shaft | Stiffer Ribbed Shaft | Ultra Flexible Shaft |

12/5/25, 10:17 AM

Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 9 of 18 PageID #:22

FlexiSnake Drain Weasel Sink Snake Hair Clog Tool for Pipe, Bathtub, Bathroom Cleaner, Drain Clog Remover, Made in the USA, 5 Wands and Removable Handle - Amazon.com

| Shaft Diameter | 1/8 Inch | 1/8 Inch | 3/16 Inch | 3/16 Inch | 1/8 Inch |
|---|---|---|---|---|---|
| Applications | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub |
| Included Components | 1 Handle & 5 Wands | 1 Handle & 10 Wands | 1 Handle & 5 Wands | 1 Handle & 10 Wands | 10 Wands only |
| Length | 18 Inches | 18 Inches | 18 Inches | 18 Inches | 18 Inches |

## Product Videos



**C. Wise**
Customer Review: Definitely Works! | See Full Review

## From the brand

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe Bathroom, Bathtub Cleaner Opener, Mold in thread 5 Wands and Removable Handle - Amazon.com

Case 1:25-cv-14775 Document #: 1-1 Filed: 13/05/25 Page 10 of 18 PageID #: 23



**Flexi Snake Drain Weasel**

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FlexiSnake |
| Part Number | DWPSK5A |
| Item Weight | 3.2 ounces |
| Product Dimensions | 23 x 3 x 1 inches |
| Item model number | DWPSK5A |
| Is Discontinued By Manufacturer | No |
| Size | Handle + 5 Refill Wands |
| Color | Orange/Yellow |
| Style | 5 Pack |
| Item Package Quantity | 1 |
| Number Of Pieces | 5 |
| Number of Handles | 1 |
| Included Components | Handle, wand(5) |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B01NB0729G |
| Customer Reviews | 4.4 ★★★★☆ ∨ (35,483)<br>4.4 out of 5 stars |
| Best Sellers Rank | #281 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#3 in Drain Augers |
| Date First Available | July 28, 2017 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to **tell us about a lower price?** ∨

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe Bathroom, Bathtub Cleaner, Clear and Unclog through Drains and Removable Handle - Amazon.com

Case 1:25-cv-14775 Document #: 1-1 Filed: 13/05/25 Page 11 of 18 PageID #:24

## Important information

### Safety Information

Adult Supervision is needed to use this product.

### Directions

1. Insert the wand into the drain. 2. Rotate the handle. 3. Remove the clog.

## Explore more from FlexiSnake Sponsored ⓘ

      

| | | | | | | |
|---|---|---|---|---|---|---|
| FlexiSnake Drain Weasel MAX Drain Hair Clog Remover Tool with Rotating Handle and 2... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner... | FlexiSnake Drain Weasel MAX Power Sink Snake Hair Clog Remover Tool, Sink, Pipe, Ba... | FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool Kit, Sink, Pipe, Bathroom... | FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner... |
| ★★★★☆ 1,922 | -4% $22.98 | ★★★☆☆ 114 | ★★★★☆ 282 | ★★★★☆ 4,233 | ★★★★☆ 645 | -17% $23.98 |
| $19.99 | List: $23.98 | $19.90 ($19.90 / count) | Amazon's Choice | $14.99 ($14.99 / count) | $21.99 ($4.40 / count) | List: $28.98 |
| ✓prime | ✓prime | ✓prime | $18.99 ($3.80 / count) | ✓prime | ✓prime | ✓prime |
| | | | ✓prime | | | |

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



## Customer reviews

⭐⭐⭐⭐⯪ **4.4 out of 5**

35,483 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 5% |

How customer reviews and ratings work ⌄



Sponsored ⓘ

### Customers say

Customers find the drain snake effective at clearing clogs, unclogging drains in minutes, and pulling out large amounts of hair. The tool is easy to use, particularly in bathroom sinks, and customers consider it worth the money. While some customers find it easy to clean, others report difficulties with the cleaning process.

🤖 Generated from the text of customer reviews

**Select to learn more**

✓ Functionality  ✓ Value for money  ✓ Ease of use  ✓ Drain clearance  ✓ Hair removal
✓ Draining speed  ✓ Drain cleaning  ✓ Ease of cleaning

### Reviews with images

See all photos ›

     

### Top reviews from the United States

 Book Nerd 85

⭐⭐⭐⭐⭐ **Works To Well, Wasn't Prepared for the Hairball**

Reviewed in the United States on July 13, 2025

Style: 5 Pack | **Verified Purchase**

I usually receive my Amazon purchases and use them without ever feeling the need to leave a review.

However within two minutes of using this product I was talking out loud to myself how I'm not sure the reviews could even describe how amazing the Drain Weasel is.

My shower was very, very clogged. It had been draining slowly but when I looked in after my last shower the next day, standing water.

It took two min to understand the directions and assemble the tool, it worked within the first 10 seconds of use when a giant hair clog came out, which was both amazing and made me wonder if I was starting to go bald.

This was a stubborn clog, I had to work at it for 30 min but the tool kept going. It was easy to use and kept

⌄ Read more

37 people found this helpful

| Helpful |   Report

 BunnyHugger

★★★★★  It is easy and works amazingly well
Reviewed in the United States on October 12, 2025
Style: 5 Pack  |  Verified Purchase

This is the best drain opening tool I have ever used. I've been really lousy at using proper plumbing snakes in the past, but this one is easy to use, gets around bends easily, and pulls up incredible gobs of hair from my bathroom sink. The first time I used it, the sight of the huge nasty ball of stuff emerging from the drain caught me off guard and I felt lightheaded, even though I'm not usually that squeamish. Whenever my bathroom drain starts to get slow I just pull out one of these and in about five minutes it's back to draining freely. The only drawback is that I try to avoid single use plastics, so I feel a little bad about using something so disposable.

2 people found this helpful

| Helpful |   Report

 Cameron Miller

★★★★★  Skeptic Turned Highly Impressed
Reviewed in the United States on September 21, 2025
Style: 5 Pack  |  Verified Purchase

I don't usually leave reviews for products, but WOW, does this work!! My bathtub had recently started backing up during showers, which is what sent me searching. I knew something needed to be done, but I didn't want to go the chemical route if I could help it, and wanted to try fixing it myself before calling my apartment's maintenance team. I wasn't 100% convinced even with seeing others' reviews, but figured it'd be worth a try.

Y'all, I had the clog removed in MAYBE all of five minutes. I only used two of the five removal wands, so now I have extras for the future! Value is great for the money in that regard, and my tub drain is completely clear now. Super simple to use & really does its job. I highly recommend!!

3 people found this helpful

| Helpful |   Report

 a

★★★★☆  Works well to get our hair balls
Reviewed in the United States on October 22, 2025
Style: 5 Pack  |  Verified Purchase

Definitely works! It cleans the drain of all hair balls. It's flexible enough to get into the drain. However, I wish it was slightly more durable. It did come apart during use but I would still buy it again.

One person found this helpful

12/5/25, 10:17 AM
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe Bathroom, Bathtub Cleaner Opener 4 Wand 5 Drains and Removable Handle - Amazon.com

Case 1:25-cv-14775 Document #: 1-1 Filed: 13/05/25 Page 14 of 18 PageID #:27

Helpful | Report

Vermont

⭐⭐⭐⭐⭐ **Great purchase!**

Reviewed in the United States on October 24, 2025

Style: 5 Pack | Verified Purchase

Perfect. Easy to use and works great! Cheaper and avoids putting drain cleaners through the septic. Use this regularly on Airbnb turnovers and saves a lot of time when drains are cleared regularly!

2 people found this helpful

Helpful | Report

Amazon Customer LLJ

⭐⭐⭐⭐⭐ **Works GREAT**

Reviewed in the United States on November 3, 2025

Style: 5 Pack | Verified Purchase

This thing makes a gross job easy! No clean up, throw it and the hair away. Easy to use and very effective at removing hair from drains. Saves ALOT on plumber calls.

Helpful | Report

Valerie

⭐⭐⭐⭐⭐ **Hint: use needle-nosed pliers to grab stubborn hair clogs**

Reviewed in the United States on November 2, 2025

Style: 5 Pack | Verified Purchase

What they said! I won't post yet another photo of a gross hair clog, (they basically all look the same.) This set definitely works! I had a lot of trouble with the second shower drain, as the clog was huge and it got tightly wrapped around the part you can't see under the stopper. I remembered using my needle-nosed pliers to get a clog out of a sink years ago. It worked once again. You have to shake the slimy soap off into the water in order to get a good grip on the hair clog. It took a few good yanks, but I finally got the entire clog of hair out. It kind of rips off in chunks at first.

Only thing I hated was you can't reuse the snakes. There should be someway to clean off some of the junk that sticks to it no matter what, for re-use. It's a pretty expensive set for only five wands. But with the cost of liquid drano-type bottles of clog remover, it's a matter of switching one disposable plastic for another. Also, the ad description does NOT state that each snake is for one-time use only. I hope they sell refills!

3 people found this helpful

Helpful | Report

MJ

⭐⭐⭐⭐⭐ **This works!**

Reviewed in the United States on November 27, 2025

Style: 5 Pack | Verified Purchase

This is the best product I've found for removing hair and gunk out of drains instead of relying on caustic drain clearing products. You will be disgusted but your drains will be able to do their job!

Helpful | Report

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe Bathroom Bathtub Cleaner, 25-Inch Wand with 5 Wands and Removable Handle - Amazon.com

Case 1:25-cv-14775 Document #: 1-1 Filed: 13/05/25 Page 15 of 18 PageID #:28

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

 Sandra

★★★★★ **Rara vez califico algo, pero esto lo vale.**

Reviewed in Mexico on May 20, 2023

Style: 5 Pack    **Verified Purchase**

Tras 1 año de usar productos como Drano y otros métodos. Justo antes de desarmar el drenaje, escogí mejor usar esto y es de las mejores compras que he hecho de Amazon.

En menos de 2 minutos resolví el problema!

10/10

Report

Translate review to English

 Reshmi

★★★★★ **Works perfectly!**

Reviewed in the United Kingdom on November 19, 2023

Style: 5 Pack    **Verified Purchase**

I don't usually leave reviews on products that I've used but I have to on this! This worked absolutely perfectly for us - our drain was clogged with so much hair that it became super slow to drain. Hooked this up in less than 10 seconds and pushed it all the way down the hole and used the spin thing to bring it up and within 3 goes our entire drain was hair free! It's a bit annoying that it's a one use type of product but I can leave with that considering we ordered the 6 piece one.

Report

 Claudio Zirmiani

★★★★★ **fantastico!**

Reviewed in Italy on April 18, 2019

Style: 5 Pack    **Verified Purchase**

Arrivato in tempi rapidissimi con Amazon, l'articolo devo dire che funziona proprio,pulisce lo scarico del lavandino in pochi minuti,basta inserirlo e girarlo su se stesso e il gioco e' fatto, rimuove tutti i capelli e residui di sporco.Consigliatissimo!

Report

Translate review to English

 Darren

★★★★★ **WORKS LIKE A CHARM!**

Reviewed in Canada on March 9, 2025

Style: 5 Pack    **Verified Purchase**

12/5/25, 10:17 AM    FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe Bathroom, Bathtub Cleaner Genuine Made in the USA 5 Wands and Removable Handle - Amazon.com

Case: 1:25-cv-14775 Document #: 1-1 Filed: 13/05/25 Page 16 of 18 PageID #:29

Simply amazing, unclogged my shower drain in seconds and it was not hard to use at all! It fit the holes in my shower drain so I didn't need to try and take it apart, which was good cause my drian has been grouted over. Best of all, no harsh chemicals needed!

Report

Weiming Li

★★★★★ **Flexible snake that helps removing filth in drains!**
Reviewed in Australia on November 14, 2020
Style: 5 Pack    Verified Purchase

One hook was pretty much I needed to clean out the filth in my bathroom sink!

At first I did not expect to have much hair and filth clogged in the sink, so I pushed the hook all the way down till it could not go further, rotated the handle a few times and suddenly I felt the tension as I tried to pull up the snake. I thought the hook was not strong enough and worried that it could break. But as soon as I put more force pulling up, the amount of hair captured was beyond astonishing!

Used another two hooks to make sure that the drain was clean enough. Overall, a happy purchase! Minimal storage space required!

Report

See more reviews ›

Back to top

Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 17 of 18 PageID #:30

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

| English ‹› | 🇺🇸 United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕
© 1996-2025, Amazon.com, Inc. or its affiliates