Exhibit 2



Deliver to
Chicago 60601

Tools & Home Improvement

Search Amazon

EN

Hello, Julie
Account & Lists

Returns
& Orders    0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care    Luxury

Prime
THURSDAY NIGHT FOOTBALL    03 : 08 : 21

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop Clorox 2

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



3 pack

Click to see full view

9 VIDEOS

**Ask Rufus**

Can it be used on bathroom sinks?

Does it require any assembly?    Is it reusable?

Ask something else

**...ake Hair Drain Clog Remover
...Shower Snake Sink Unclogger
... Exquisite Packaging**

EAGLE Store

9,011) | Find specific info

20K+ bought in past month

~~25%~~ $5.99 ($2.00 / count)
List Price: ~~$7.99~~

Today
**FREE Returns**

Thank you for being a Prime Member. Pay ~~$5.99~~ **$0.00 for this
order**; get a $200 Amazon Gift Card upon approval for the
Amazon Business Prime Card. Terms apply. Learn more

Style: **3 Pack**

Color: **Orange**

$5.99
($5.99 /
count)
FREE Delivery
Overnight 7
AM - 11 AM

$5.99
($2.00 /
count)
~~$7.99~~
FREE Delivery
Today 5 PM -
10 PM

**Bundles with this item**

| | |
|---|---|
| Brand | ARCTIC EAGLE |
| Scent | Unscented |
| Item Weight | 0.06 Kilograms |
| Product Benefits | Easy to use, environmentally friendly, cost-effective, and widely applicable for various drain clogs |
| Manufacturer | ARCTIC EAGLE |

**About this item**

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5" before purchasing
- Soft & Flexible Barbed Wand：Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris
- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs，sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages
- Economical & Green :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use.You

$5.99 ($2.00 / count)

Today

FREE delivery Today
5 PM - 10 PM to Chicago 60601
on qualifying orders over $25.
Order within 2 hrs 10 mins

Shorter shipping distance

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    ArcticEagleDirect
Returns    FREE
refund/replacement
until Jan 31, 2026
Gift options    Available at checkout

See more

Add to List

**Other sellers on Amazon**

New (3) from $5.99
Today 5 PM - 10 PM



35.5inch Drain Clog Remover(1p...
4.4    6,584
$7.99

Sponsored

11/6/25, 3:51 PM    Amazon.com: ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Clogged Tool with Exquisite P...

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 3 of 125 PageID #:34



won't need the expensive plumber service and more green and secure than bad smell chemical drain cleaners

- Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean.

- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is larger than 0.45in before purchasing

Report an issue with this product or seller

**There is a newer version of this item:**

Longer Drain Clog Remover Sink Snake: 3 Pcs Hair Remover Tools for Shower Bath and Bathtub   (25in Longer Size)
$6.29 ($2.10 / count)
(2,020)
In Stock

Sponsored

## Customers also bought

Based on products customers bought together

  +    +  

Total price: $40.97

Add all 3 to Cart

These items are shipped from and sold by different sellers.

Show details

**This item:** ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink...
4.5    9,011
-25% $5⁹⁹ ($2.00/count)
List: $7.99

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4    35,345
$19⁹⁹

Sponsored
LEKEYE Drain Hair Catcher/Bathtub Drain Cover/Drain Protector for Pop-...
4.5    15,142
-12% $14⁹⁹
List: $16.99

## 4 stars and above  Sponsored ⓘ

          

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &...
6,584
#1 Best Seller
$7⁹⁹

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ...
35,345
$19⁹⁹

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,946
$14⁹⁵ ($4.98 / count)

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
199
$9⁴⁷

25 Inch Hair Drain Cleaner Tool, Clog Remover Tool, 6 Pack Drain Auger Hair...
4,155
$4⁹⁹

Forlivese 3 Pack Drain Snake,Drain Remover,Sink S... Sewer Kitche...
2⁺
-10% $4⁴⁹
($1.50 / count)
Typical: $4.99

## From the brand

11/6/25, 3:51 PM — Amazon.com: ARCTIC EAGLE Drain Snake Hair Drain Clog Remover, 3 Pack Shower Snake Sink Clog Tool with Exquisite P...

Case 1:25-cv-18775 Document #: 1-2 Filed: 12/05/25 Page 4 of 125 PageID #:35

**ABOUT US**

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at home and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain Snakes**

Visit the Store

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks                    Bathtub                    Kitchen Sinks

### Easy to Use!

**1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.**

**2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.**

**3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".**

**4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.**

### Solved The Problem! Worked Great and Highly Recommend!

**Notes:**

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

Def 1 Arctic Eagle Direct

11/6/25, 3:51 PM     Amazon.com: ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Uclogger Tool with Exquisite P...

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 5 of 125 PageID #:36

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | | | | |
|---|---|---|---|---|
| **Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St…** | **Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool…** | **ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U…** | **3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S…** | **3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl…** |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | | |
|---|---|---|---|---|---|
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Package Dimensions :** 9.09 x 4.61 x 0.55 inches; 2.08 ounces

**Item model number :** NO

**Date First Available :** June 6, 2020

**Manufacturer :** ARCTIC EAGLE

**ASIN :** B089R694YM

**Best Sellers Rank:** #63 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
   #2 in Drain Augers

**Customer Reviews:**
4.5      (9,011)

## Product Videos

11/6/25, 3:51 PM                    Amazon.com: ARCTIC EAGLE Drain Snake Hair Drain Clog Remover, 5 Packs Shower Drain Sink Auger Tool with Exquisite P...

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 6 of 125 PageID #:37

Dana Garcia    Earns commissions
Honest Review of Drain Snake

## Important information

### Safety Information

This product should be used with caution to ensure safety. It is recommended to use protective equipment when necessary. Keep the product away from children. Use in a well-ventilated area. If exposed, seek medical advice.

### Directions

Straighten the drain clog remover cleaning tool first. Hold the handle loop, pull it from up and down and rotate a few times. If you feel that there are blockages on hook, and then lift it up slowly.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery  Sponsored ⓘ













| | | | | | |
|---|---|---|---|---|---|
| Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs… | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover … | Sewer Drain Brush, Drain Clog Remover, 17inch Flexible Long Pipe Snake Hair Clogs C… | 63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner… | 35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &… | The original Zip-It Clog Remover 2 Overall Length Snake Cleaner ( |
| 70,943 | 9,663 | 964 | 3 | #1 Best Seller 6,584 | 2, |
| #1 Best Seller | $7⁹⁹ | $9⁹⁹ | $9⁹⁹ | $7⁹⁹ | $14⁹⁵ ($4.98 / c |
| -7% $16⁹⁷ | | | | | |
| ($0.11 / fluid ounce) | | | | | |
| List: $18.21 | | | | | |

Sponsored

## Similar brands on Amazon

Sponsored



Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,...
4.5          70,943
$9.47



FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4          35,345
$19.99



Drain Snake Gutter Clea...
3.9
$13.99

## Customer reviews

### 4.5 out of 5

9,011 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 2% |
| 1 star | | 3% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain snake effective, working in minutes and instantly clearing sink drains. The tool is easy to use, saves hundreds in plumber costs, and is considered the best drain snake ever. It successfully removes hair and soap from bathtubs, and customers report their sinks draining like new again. While some customers say it lasts a long time, others mention it breaks easily.

✴ Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (492)   ✓ Drain cleanliness (244)   ✓ Ease of use (194)   ✓ Value for money (153)

✓ Quality (134)   ✓ Hair removal (132)   ✓ Draining ability (60)   — Durability (98)

### Reviews with images                                     See all photos ›

   

## Top reviews from the United States

 Brooklyne Calvillo-Cornejo

**Just do it, your drain will thank you.**

Reviewed in the United States on August 4, 2025

Style: 6 Pack     Color: Orange     **Verified Purchase**

This helped unclog my sink drain literally within minutes! I used draino as well so that helped too but this actually got down in there and removed so much hair. We had build up from the previous tenants so it was nice to clear out all of our drains! Now, no back up, the sink drains so smoothly. These are easy to use and I love having the 6 pack, it's a great value. They are flexible and function as described.

5 people found this helpful

Def 1 Arctic Eagle Direct

11/6/25, 3:51 PM    Amazon.com: ARCTIC EAGLE drain snake - Hair Drain Clog Remover - 3 Pack Shower Snake Sink clog Tugger Tool with Exquisite P…

Case 1:25-cv-14775-Document 1-2 Filed: 12/05/25 Page 8 of 125 PageID #:39

Helpful    Report

KirieTheCat

**Pleased with this method of removing hair from the drain!**
Reviewed in the United States on August 4, 2025
Style: 3 Pack    Color: Green    Verified Purchase
I have purchased some similar to these before & they lasted for a while. Eventually, the little grabbers get bent backwards & the product stops working. However, they work well for quite some time. Better than pouring stuff down the drain ending up in my septic tank, which I don't like. Easy to use. You can get the drain unclogged quickly! Good value for money. Hope these work as well as the last ones I purchased.

5 people found this helpful

Helpful    Report

Gabrielle O'Neill

**Did the job!**
Reviewed in the United States on July 8, 2024
Style: 3 Pack    Color: Orange    Verified Purchase
I recently purchased a drain clog tool, and I must say that it has been a game-changer when it comes to tackling stubborn clogs in my drains. This tool has proven to be highly effective and has saved me both time and money.

First and foremost, the design of this drain clog tool is impressive. It features a flexible and durable cable that easily navigates through the twists and turns of my pipes, ensuring that it reaches the source of the clog. The handle is ergonomic and comfortable to grip, allowing for easy maneuverability while applying the necessary pressure to clear the blockage.

What sets this drain clog tool apart is its effectiveness. It effortlessly removes even the most stubborn clogs, whether it's hair, grease, or other debris. The cable is strong and sturdy, allowing it to break through the clog without causing any damage to the pipes. I have used it on multiple occasions, and each time it has successfully cleared the blockage, restoring proper water flow in my drains.

⌄ Read more

10 people found this helpful

Helpful    Report

Amazon Customer

**It works great**
Reviewed in the United States on September 17, 2025
Style: 3 Pack    Color: Orange    Verified Purchase
Absolutely amazing, I don't normally like to write a review, but this one is exceptional, I thought it wasn't going to work, but surprisingly, it did, I used it to unclog my bathroom sink, it worked, it brought out a lot of hair, and water started flowing freely in my sink, highly recommended.

Helpful    Report

HAN

**Drains Cleared Easily!**
Reviewed in the United States on October 26, 2025
Style: 3 Pack    Color: Orange    Verified Purchase
The ARCTIC EAGLE Drain Snake made clearing my shower drain super easy. It worked quickly and removed all the hair without any hassle. Very simple and effective!

Helpful    Report

Amazon Customer

**great product**
Reviewed in the United States on October 10, 2025
Style: 3 Pack    Color: Orange    Verified Purchase
These really grabbed the slimy hair in my drain that I did not want to grab with my hands and that was hard to reach. Made cleaning out my tub drain much easier. Worked great.

Helpful    Report

11/6/25, 3:51 PM                Amazon.com: ARCTIC EAGLE drain snake, Hair Drain Clog Remover, 3 Pack Shower Snake Sink Tub Dredge Tool with Exquisite P…

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 9 of 125 PageID #:40



**namedot**

**Works ok**

Reviewed in the United States on October 28, 2025

Style: 3 Pack      Color: Orange      <span style="color:orange">Verified Purchase</span>

It works but not as well as I had hoped. It does clear the drain if it's heavily clogged but still leaves hair to be removed.

Helpful      Report



**Amazon Customer**

**Arctic Eagle Drain Snake**

Reviewed in the United States on October 26, 2025

Style: 3 Pack      Color: Orange      <span style="color:orange">Verified Purchase</span>

Goodness--this little plastic thing is amazing. I opened the package of three, took one out and inserted it down my bathroom sink drain and pulled it back out. I did not twist or anything just put it down the drain and pulled a large clump of hair out. My drain now works fabulously. Actually I am shocked at how easy it was to use. I love my plumber but he will have to wait for my next plumbing emergency. Thanks for reading my review!!!

Helpful      Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

**Aziz**

**Easy to use and effective**

Reviewed in Saudi Arabia on February 8, 2025

Style: 3 Pack      Color: Orange      <span style="color:orange">Verified Purchase</span>

.

Report

**Ramy**

**Unleash the Hair Monster with the Drain Clog Remover!**

Reviewed in the United Arab Emirates on May 28, 2023

Style: 3 Pack      Color: Orange      <span style="color:orange">Verified Purchase</span>

Greetings, fellow hair battlers! Today, I'm here to share my hair-raising experience with the Drain Clog Remover, specifically the 3 Pack Snake Clog Remover Tool. Now, just to be clear, this review is all about my personal encounter, and I'm not getting paid to spill the hairy details. So, let's dive into the depths of drain-cleaning adventures!

Pros:

Hair Magic: Brace yourselves, because this clog remover will reveal a hair monster you never thought existed. The amount of hair I extracted from my drain was both fascinating and horrifying. Who knew such a small tool could conquer such a tangled mess?

Versatile Design: This tool is a true multitasker. Whether it's the bathroom sink, shower drain, or even the occasional kitchen sink clog, the Drain Clog Remover tackles them all. No clog is too mighty for this mighty

⌄ **Read more**

Report



**Mrs. T**

**Very effective!**

Reviewed in Canada on July 23, 2025

Style: 3 Pack      Color: Orange      <span style="color:orange">Verified Purchase</span>

We frequently get plugged drains, and I was looking for a quick way to pull the hair out. I decided to try these and was amazed how easy it worked and how effective it is. Would definitely recommend! Fits down a narrow space as well, so no frustration trying to get a plug out, it simply fits down the opening with the plug still in.

Report

ابراهيم فوزي

**عملية جدا**

Reviewed in Saudi Arabia on December 11, 2022

Style: 3 Pack    Color: Orange    **Verified Purchase**

تنظف و تمسك البالوعات بشكل جيد جدا

Report

**Translate review to English**

Pamela Harris

**Amazing**

Reviewed in Canada on October 20, 2025

Style: 3 Pack    Color: Orange    **Verified Purchase**

Works like a charm I'm so happy it unclogged all my drains.

Report

**See more reviews ›**

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Def 1 Arctic Eagle Direct

11/6/25, 3:51 PM
Case 1:25-cv-14775-ADB   Document # 1-2   Filed 12/05/25   Page 11 of 125   PageID #: 42
Amazon.com: ARCTIC EAGLE Drain Shake Hair Drain Clog Remover 5 Pack Shower Shake, Sink Unclogger Tool with Exquisite P...

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct

11/6/25, 4:02 PM

Deliver to
Chicago 60601    All ▾    Search Amazon

EN ▾    Hello, Julie    Returns    0
Account & Lists ▾    & Orders

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

prime THURSDAY NIGHT FOOTBALL    02 : 57 : 26

POPULO Drain Auger, Auto Feed Plumbing    $47⁹⁷    Shop now
4.4    40
Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers





Click to see full view

✦ Ask Rufus

Can it be used on all drain types?

Is this tool easy to store?

Does it require any assembly?    Ask something else

# Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Claw - Drain Cleaner Tool for Kitchen, Bathroom, Tub Toilet Orange (3+1), Plungers for Clearing Blocked Drains

Visit the ARCTIC EAGLE Store

5.0    (3)    |    Find specific info

$9⁹⁹ ($9.99 / count)

**Tomorrow**

FREE Returns

Thank you for being a Prime Member. Pay ~~$9.99~~ **$0.00 for this order**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

| | |
|---|---|
| Brand | ARCTIC EAGLE |
| Manufacturer | ARCTIC EAGLE |
| Number of Items | 4 |

## About this item

- Package Includes: Three flexible orange hair clog removers and one metal grabber tool, suitable for reaching and pulling out tangled hair, food debris, and other buildup from your drains

- Flexible & Easy to Use: The 20-inch plastic drain snakes easily bend through pipes and tight spaces without breaking, while the metal grabber tool grips and removes stubborn clogs with a simple press-and-release handle

- Eco-Friendly: No need for harsh chemicals! Our Plungers for clearing blocked drains are safe for your pipes and better for the environment

- Say Goodbye to Slow Drains: Plungers for clearing blocked drains are designed for showers, bathtubs, bathroom sinks, and even kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly

- Wide Application: Skip the expensive plumber visit. Plus, all the tools are reusable for long-term use

Report an issue with this product or seller

## Similar item to consider

Amazon's Choice ▸



Amazon Basics Max Strength Drain Cleaner Hair Clog Remover Gel - Unclogs Hair and Grease, 80 Fl Oz

80 Fl Oz (Pack of 1)
(3173)
$6.95 ($0.09/fluid ounce)

$9⁹⁹ ($9.99 / count)

**Tomorrow**

FREE delivery **Tomorrow, November 7** to Chicago 60601. Order within **8 hrs 57 mins**

⊘ Shorter shipping distance

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | ArcticEagleDirect |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

⌄ See more

Add to List





BraMccer 5 Pcs 35 Inch Drain Sn...
5.0    3
$8⁹⁹

Sponsored

Def 1 Arctic Eagle Direct

11/6/25, 4:02 PM
Drain Snake Hair Clog Remover 20 Inch Plastic Sink Unclogger & Stainless Steel Claw Drain Clear Tool for Kitchen, Bathroo...

Case 1:25-cv-14775-Document #: 1-2 Filed: 12/05/25 Page 13 of 125 PageID #:44

Sponsored

## Frequently bought together



\+

This item: Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Cla…
$9⁹⁹ ($9.99/count)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene…
$6⁵⁸ ($0.41/fluid ounce)

Total price: $16.57

**Add both to Cart**

These items are shipped from and sold by different sellers.
Show details

## Products related to this item   Sponsored ⓘ













| FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub … | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover … | 5 Pcs 35 Inch Drain Snake Hair Clog Remover Tool, Anti-Break Metal Sink Snake with … | 61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle… | 35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & … | FlexiSnake Drai… Refill - Sink Sna… Clog Remover T… Pipe, Bat… |
|---|---|---|---|---|---|
| 35,345 | 9,663 | 3 | 18 | #1 Best Seller 6,584 | 1, |
| $19⁹⁹ | $7⁹⁹ | $8⁹⁹ | -20% $7⁹⁹ Typical: $9.99 | $7⁹⁹ | $29⁹⁹ ($3.00 / c |

## From the brand

11/6/25, 4:02 PM      Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Claw Drain Cleaner Tool for Kitchen, Bathroo…

Case 1:25-cv-14775-Document #: 1-2 Filed: 12/05/25 Page 14 of 125 PageID #: 45

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks             Bathtub             Kitchen Sinks

### Easy to Use!

1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

### Solved The Problem! Worked Great and Highly Recommend!

**Notes:**

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St...

Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool...

ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U...

3 Pack Drain Snakes with Exquisite Packaging + 3 Pack

3 Pack Drain Snakes with Exquisite Packaging + 1 Pack

Def 1 Arctic Eagle Direct

| | | | | | | Drain Snakes & 1 Pack S... | Flexible Steel Drain Cl... |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Product Dimensions** : 3 x 2 x 0.5 inches; 9.59 ounces

**Item model number** : DCR_KF4-1

**Date First Available** : February 13, 2025

**Manufacturer** : ARCTIC EAGLE

**ASIN** : B0DX1DWYFN

**Best Sellers Rank:** #760,276 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
  #1,366 in Drain Augers

**Customer Reviews:**
5.0    {3}

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery   Sponsored ⓘ


The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,946
$14⁹⁵ ($4.98 / count)


FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bathroom, Ba...
35,345
$32⁹⁹


Rectorseal 83114 2 EZ 113B Trap Kit with Brush 612
Amazon's Choice
-36% $14⁷⁵
List: $23.17


Omont Snake Drain Hair Clog Remover Tool, 34 Inch Stainless Steel Claw and 3 Pack 1...
19,143
$8⁹⁹


5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ...
9,663
$7⁹⁹


5 Pcs 35 Inch Drain Snake Hair Clog Tool, Anti-Break Sink Snake with...
3
$8⁹⁹

11/6/25, 4:02 PM
Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 16 of 125 PageID #:47
Drain Snake, Hair Clog Remover, 18 inch Plastic Sink Unclogger, 6x Stainless Steel Drain Clean of Drain Cleaning Tool for Kitchen, Bathroo…

Sponsored

## Similar brands on Amazon

Sponsored

Drain Snake, Drain Clog Remover -
Gutter Cleaning Tools Drain Cleaner fo…
3.9          3,921
$13.99

Green Gobbler Drain Clog Dissolver |
Powerful Liquid Drain Opener & Toilet…
4.2          108,695
$23.68

WOHPW To
Toilet Plung
4.5
$35.99

## Customer reviews

### 5 out of 5

3 global ratings

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Top reviews from the United States

Ama Customizer

**Plastic 'hair snakes' work pretty well**
Reviewed in the United States on May 9, 2025
Amazon Vine Customer Review of Free Product ( What's this? )

These are handy little snakes for drains that get a lot of hair in the trap. Just shove them in the drain, wiggle it around and pull out something very gross. Throw away the gunk and reuse the plastic. For under $5, this is a nice way to avoid more expensive repairs

Helpful          Report

See more reviews ›

Sponsored

11/6/25, 4:02 PM
Case 1:25-cv-14775-Document #: 1-2 Filed: 12/05/25 Page 17 of 125 PageID #:48
Drain Snake Hair Clog Remover 6Pack - Plastic Sink Unclogger 06/stainless Steel Claw 1 Drain Cleaning Tool for Kitchen, Bathroo…

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

| English | United States |

Def 1 Arctic Eagle Direct

Drain Snake Hair Clog Remover Tool - 8 Inch Plastic Sink Unclogger, 6 Stainless Steel Claw Drain Cleaner Tool for Kitchen, Bathroo…

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct

11/6/25, 4:03 PM

Deliver to
Chicago 60601          All ▾    Search Amazon

EN ▾          Hello, Julie          Returns      0
                    Account & Lists ▾      & Orders

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

prime | THURSDAY NIGHT FOOTBALL    02 : 56 : 35

Shop FlexiSnake
Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

✦ Ask Rufus

Can it be used on kitchen sinks?    Does it require any assembly?

Is it safe for all types of pipes?    Ask something else

### 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cleaning Claw

Visit the ARCTIC EAGLE Store
Find specific info

-29% $9⁹⁹
Bundle Was Price: $13.98 ⓘ

Thank you for being a Prime Member. **Pay** $9.99 **$0.00 for this order;** get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

#### Bundles with this item

| | |
|---|---|
| Brand | ARCTIC EAGLE |
| Scent | Unscented |
| Product Benefits | Instantly Clears Clogs |

#### About this item

- Instantly Clears Clogs: Sick of standing water in your sink or tub? This claw tool dives deep into drains to grab nasty blockages in seconds
- Flexible Reach: The 24-inch flexible steel cable easily slides through curved pipes and U-bends, making it suitable for bathroom sinks, showers, and bathtubs
- Powerful Gripping Claw: The spring-loaded four-prong claw grabs and holds onto hair, debris, and small objects — just press the handle and pull out the clog with ease
- Effective Design: Made from solid steel with a tough spring mechanism, this tool is built for strength and precision — perfect for quick home fixes
- No Tools or Chemicals Needed: Skip the expensive plumber visit. This simple grabber tool helps you fix slow drains yourself without using harsh chemicals

Report an issue with this product or seller

#### 4+ star item to consider

$9⁹⁹
Delivery **Saturday, November 8**
to Chicago 60601. Order within
**1 hr 56 mins**

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by      ArcticEagleDirect
Returns      Returnable until Jan 31, 2026
Payment      Secure transaction

⌄ See more

Add to List



35 Inch/90cm Drain Snake Hair...
$11⁹⁹

Sponsored

Def 1 Arctic Eagle Direct

11/6/25, 4:03 PM    3 Pack Drain Snakes with Exquisite Packaging, 2 1Pack Flexible Steel Drain Cleaning Claw, Marlborough Tools & Home Improve…

Case 1:25-cv-14775  Document #: 1-2  Filed: 10/05/25  Page 20 of 125  PageID #:51



Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

19.6 in

(2703)

$13.22

Sponsored

## This bundle contains 2 items (may ship separately)



1 of ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool with Exquisite Packaging

9011

$4.28 ($1.43 / count)

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5" before purchasing
- Soft & Flexible Barbed Wand:  Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris
- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs, sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages
- Economical & Green :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use.You won't need the expensive plumber service and more green and secure than bad smell chemical drain cleaners
- Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean.
- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is larger than 0.45in before purchasing



1 of Drain Hair Clog Remover Tool – 24 Inch Flexible Steel Drain Cleaning Claw for Shower, Sink, Tub, Bathroom and Kitchen – Easy Hair Grabber for Clogged Drains, Plungers for Clearing Blocked Drains

7

$5.71

- Instantly Clears Clogs: Sick of standing water in your sink or tub? This claw tool dives deep into drains to grab hair, helping you clear blockages in seconds.
- Flexible Reach: The 24-inch flexible steel cable easily slides through curved pipes and U-bends, making it suitable for bathroom sinks, showers, and bathtubs.
- Powerful Gripping Claw: The spring-loaded four-prong claw grabs and holds onto hair, debris, and small objects — just press the handle and pull out the clog with ease.
- Effective Design: Made from solid steel with a tough spring mechanism, this tool is built for strength and precision — perfect for quick home fixes.
- No Tools or Chemicals Needed: Skip the expensive plumber visit. This simple grabber tool helps you fix slow drains yourself without using harsh cleaners.

## Buy it with

 +   + 

Total price:  $25.53

Add all 3 to Cart

These items are shipped from and sold by different sellers.

Def 1 Arctic Eagle Direct

| **This item:** 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cleaning Claw | zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair… | Gotega Bathroom Sink Drain Strainers, Hair Catcher Shower Drain Covers Protector, Flexible… | Show details |
|---|---|---|---|
| $9⁹⁹ | $7⁹⁵ | $7⁵⁹ | |

## Products related to this item  Sponsored ⓘ











| 35 Inch/90cm Drain Snake Hair Clog Remover, 5Pcs Long Anti-break Metal Sink… | Drain Snake,61 inch Flexible Grabber Claw Pick Up Reacher Tool,Drain Clog… | Snake Drain Hair Removal Tool - 23FT Reusable 72A Carbon Steel Drain Snake Hair… | 32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating… | Drain Snake Hair Drain Clog Remover,SEVVETROOL Plumbing Drain Auger… | POPULO Drain Auto Feed Plun Snake Clog Rer Unclog Sink Dr… |
|---|---|---|---|---|---|
| $11⁹⁹ | 39 | 5 | 199 | 21 | 18 |
| | $9⁹⁹ | -31% $20⁶⁹ | $9⁴⁷ | Amazon's Choice | $32⁹⁷ |
| | | List: $29.99 | | -9% $29⁹⁹ | |
| | | | | Typical: $32.99 | |
| | | | | You pay $28.49  with coupon | |

---

## From the brand

**ABOUT US**

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at home and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain Snakes**

Visit the Store

---

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

Def 1 Arctic Eagle Direct

11/6/25, 4:03 PM    3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cleaning Claw Lance for Dog... - Home Improve…

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 22 of 125 PageID #:53

## Applications

Bathroom Sinks                          Bathtub                              Kitchen Sinks

## Easy to Use!

1.Straighten the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

## Solved The Problem! Worked Great and Highly Recommend!

Notes:

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | | | | |
|---|---|---|---|---|
| Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St… | Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool… | ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U… | 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S… | 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl… |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

Def 1 Arctic Eagle Direct

11/6/25, 4:03 PM
Case 1:25-cv-14775 Document #: 1-2 Filed: 10/05/25 Page 23 of 125 PageID #:54

2 Pack Drain Snakes with Exquisite Packaging - 21 Flexible Steel Drain Cleaning Claw Lab - Bathroom Tools & Home Improve…

**Date First Available :** March 31, 2025

**ASIN :** B0F32VHYZS

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

---

## Important information

### Directions

1. Insert the flexible steel cable into the drain. 2. Press the handle to extend the four-prong claw. 3. Rotate the handle to grab hair, debris, or small objects. 4. Pull out the clog by reversing the process. 5. Repeat if necessary. No tools or chemicals needed.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

## Related products with free delivery   Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... | POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... | PIPE GEL Professional Drain Cleaner for Kitchen Sink, Strong Drain Opener, Unclog S... | Drain Snake Hair Drain Clog Remover,SEVVETROOL Plumbing Drain Auger... | Snake Drain Hair Removal Tool - 23FT Reusable 72A Carbon Steel Drain Snake Hair... | Drain Snake,61 Flexible Grabbe Pick Up Reache Tool,Drain Clog |

- POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... — 40 — -31% $32⁹⁷ — List Price: $47.97
- POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... — 18 — $32⁹⁷
- PIPE GEL Professional Drain Cleaner for Kitchen Sink, Strong Drain Opener, Unclog S... — -13% $12⁹⁹ — ($1.23 / ounce) — Typical: $14.99
- Drain Snake Hair Drain Clog Remover,SEVVETROOL Plumbing Drain Auger... — 21 — Amazon's Choice — -9% $29⁹⁹ — Typical: $32.99 — You pay $28.49 with coupon
- Snake Drain Hair Removal Tool - 23FT Reusable 72A Carbon Steel Drain Snake Hair... — 5 — -31% $20⁶⁹ — List: $29.99
- Drain Snake,61 Flexible Grabbe Pick Up Reache Tool,Drain Clog — 39 — $9⁹⁹

---

## Similar brands on Amazon
Sponsored

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews



Sponsored

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

Def 1 Arctic Eagle Direct

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct

11/6/25, 4:04 PM — Amazon.com: 14 Pack Drain Snake with Exquisite Packaging, Stainless Steel Drain Augers & 0F1x 1x Stainless Steel Hair Claw : Tools & …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 27 of 125 PageID #:58

Sponsored

Deliver to
Chicago 60601

All ▾    Search Amazon

EN ▾    Hello, Julie
Account & Lists ▾

Returns
& Orders

0

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾

prime | THURSDAY NIGHT FOOTBALL    02 : 55 : 57

Shop now

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



$12.99

Delivery **Tomorrow, November 7** to Chicago 60601. Order within **1 hr 56 mins**

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    **Amazon**
Sold by    **ArcticEagleDirect**
Returns    **Returnable until Jan 31, 2026**
Payment    **Secure transaction**

⌄ See more

Add to List

-19%  $12.99
Bundle Was Price: $15.98

Thank you for being a Prime Member. **Pay** $12.99 **$0.00 for this order**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Bundles with this item**

Click to see full view

◆ Ask Rufus

Can it be used on kitchen sinks?    Is this product reusable?

Does it require any tools to use?    Ask something else

stainless steel hair grabber with standard packaging

- Soft & Flexible Barbed Wand:  Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris

- Eco-Friendly: No need for harsh chemicals! Our drain cleaning tools are good for your pipes and better for the environment

- Say Goodbye to Slow Drains: Designed for showers, bathtubs, bathroom sinks, and even

Sponsored

Def 1 Arctic Eagle Direct

11/6/25, 4:04 PM    Amazon.com: 3 Pack Drain Snakes with Exquisite Packaging, 2 Pack Drain Snakes & 1 Pack Stainless Steel Hair Claw : Tools & …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 28 of 125 PageID #:59

kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly

- A better alternative: This drain cleaning set helps you save on expensive plumber visits. Plus, all the tools are reusable for long-term use

Report an issue with this product or seller

### 4+ star item to consider

 Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

**19.6 in**

(2703)
$13.22

Sponsored

## This bundle contains 2 items (may ship separately)



1 of ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool with Exquisite Packaging
9011
$4.87 ($1.62 / count)

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5" before purchasing
- Soft & Flexible Barbed Wand： Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris
- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs， sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages
- Economical & Green :The drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use.You won't need the expensive plumber service and more green and secure than bad smell chemical drain cleaners
- Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean.
- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is larger than 0.45in before purchasing

1 of Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Claw - Drain Cleaner Tool for Kitchen, Bathroom, Tub Toilet

Def 1 Arctic Eagle Direct

11/6/25, 4:04 PM
Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 29 of 125 PageID #:60
Amazon.com: 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack Stainless Steel Hair Claw : Tools & ...



Orange (3+1), Plungers for Clearing Blocked Drains
3

$8.12 ($8.12 / count)

- Package Includes: Three flexible orange hair clog removers and one metal grabber tool, suitable for reaching and pulling out tangled hair, food debris, and other buildup from your drains
- Flexible & Easy to Use: The 20-inch plastic drain snakes easily bend through pipes and tight spaces without breaking, while the metal grabber tool grips and removes stubborn clogs with a simple press-and-release handle
- Eco-Friendly: No need for harsh chemicals! Our Plungers for clearing blocked drains are safe for your pipes and better for the environment
- Say Goodbye to Slow Drains: Plungers for clearing blocked drains are designed for showers, bathtubs, bathroom sinks, and even kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly
- Wide Application: Skip the expensive plumber visit. Plus, all the tools are reusable for long-term use

## Buy it with

 +  +

Total price: $28.53

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack...
$12.99

Gotega Bathroom Sink Drain Strainers, Hair Catcher Shower Drain Covers Protector, Flexib...
$7.59

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Ha...
$7.95

## Products related to this item  Sponsored ⓘ

   

33 Feet Drain Snake Auger, Plumbing Snake Drain Hair Clog Removal Tool, Sink Unclog...
78
-8% $35.99
List: $38.99
You pay $34.19 with coupon

Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty ...
54
Limited time deal
-10% $32.99
List: $36.69

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...
6,584
#1 Best Seller
$7.99

HimaPro Professional Toilet Auger/Closet Auger, 3 Feet Pipe Snake for Unclogging To...
70
$37.99

Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Sink Unclog...
9
$32.99
You pay $31.34 with coupon

## From the brand

11/6/25, 4:04 PM    Amazon.com : 1 Pack Drain Snakes with Exquisite Packaging , 20 inch Drain Snakes & 1 Pack Stainless Steel Hair Claw : Tools & …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 30 of 125 PageID #:61

**ABOUT US**

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at home and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain**
Visit the

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks                  Bathtub                  Kitchen Sinks

### Easy to Use!

**1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.**

**2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.**

**3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".**

**4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.**

### Solved The Problem! Worked Great and Highly Recommend!

**Notes:**

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

Def 1 Arctic Eagle Direct

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 31 of 125 PageID #:62

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St... | Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool... | ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U... | 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S... | 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl... |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9.99 | $5.99 | $5.99 | $12.99 | $9.99 |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Date First Available** : March 25, 2025

**ASIN** : B0F2FSPRFQ

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Related products with free delivery** Sponsored ⓘ

Def 1 Arctic Eagle Direct











Air Wick Scented Oils 4+0 Advanced Gadget

6,090

Amazon's Choice

$15⁹² ($3.98 / fluid ounce)

6 FT Drain Snake for Toilets Drain Auger Toilet Snake Auger Silicone Protection to …

10

$55⁹⁹

Drain Clog Remover Tool, 60" Stainless Steel Drain Unblocker,40" Snake Remover, 60"…

48

$9⁹⁹

8 Pack 25inch Drain Snake Clog Remover, Drain Hair Remover, Sink Snake Drain Auger …

2,274

$5⁹⁹ ($0.75 / count)

Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty …

54

Limited time deal

-10% $32⁹⁹

List: $36.69

Sponsored

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**No customer reviews**

Sponsored

Def 1 Arctic Eagle Direct

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

## Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Def 1 Arctic Eagle Direct

Amazon.com : Pack Drain Snakes with Exquisite Packaging, 2 Pack Drain Clog Remover & 01 Pack Stainless Steel Plus Claw : Tools & ...

Investor Relations

Amazon Devices

Amazon Science

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct

11/7/25, 4:42 PM

Case 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 35 of 125 PageID #:66

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & Cleaning Brush(2pcs), Hair Catcher Drain Auger ...



Deliver to
Chicago 60602

Tools & Home Improvement

Search Amazon

EN

Hello, Angie
Account & Lists

Returns
& Orders          0

All     Rufus     Holiday Deals     Same-Day Delivery     Amazon Haul     Medical Care     Luxury



Tools & Home Improvement     Best Sellers     Deals & Savings     Gift Ideas     Power & Hand Tools     Lighting & Ceiling Fans     Kitchen & Bath Fixtures     Smart Home     Shop by Room

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

🔆 Ask Rufus

Can it remove pet hair?     Is it safe for all types of pipes?

Does it require any special storage?     Ask something else

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & Cleaning Brush(2pcs), Hair Catcher Drain Auger Cleaner Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, 9 Pack

Brand: KeyFar

(6,594)     |   Search or ask

Amazon's Choice

10K+ bought in past month

$7.99

Today

FREE Returns

Get a $150 Gift Card: Pay $0.00 $7.99 upon approval for Prime Visa. No annual fee.

- 【EXCELLENT LENGTH】 Metal clog remover is 35.5 inches long with a claw extending from the top, which could easily insert to deeper pipes, and grab the blockage and hair. Drain snake is 25 inches long with tiny hooked teeth on it, which is perfect to insert and easy to pull out hair and blockage. Cleaning brush is bendable and durable for daily cleaning of pipe inner wall.

- 【PRACTICAL COMBINATION】 6 pack of drain hair cleaning snake, 1 pack of metal clog remover, 2 pack of sink drain overflow brush. This practical set covers the functions of cleaning hair, grabbing blockages and daily cleaning pipes.

- 【BENDABLE & FLEXIBLE】 The drain snakes is made of PP material, which is highly flexible. The metal clog remover and drain overflow brushes can be bent any shape to adapt the sewer and pull out the clog without damaging the pipes.

- 【HIGH QUALITY & WIDE APPLICATION】 The kit is made of durable and environmentally-friendly material which is not easy to snap or break. The operation is simple and much safer. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewers etc.

- 【EASY OPERATION AND SAVE MONEY】 This set of cleaning tool can help you save the money on plumber service. Tools are also reusable. Just put the clog remover or brush into the pipe, rotate, and pull out the blockage, hair and dirt.



$7.99

Today

FREE delivery Today
5 PM - 10 PM on qualifying orders over $25. Order within 1 hr 17 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from     Amazon
Sold by          JY-Direct
Returns         FREE refund/replacement until Jan 31, 2026

Gift options  Available at checkout

⌄ See more

Add to List

Sponsored

Def 2 JY-Direct

11/7/25, 4:42 PM                 3.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & Cleaning Brush(2pcs) Hair Catcher Drain Auger …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 36 of 125 PageID #:67

> See more product details
> Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  +

**This item:** 35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & …
4.4          6,594
$7⁹⁹

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean…
4.4          35,350
$19⁹⁹

Sponsored
ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger…
4.5          9,016
-25% $5⁹⁹ ($2.00/count)
List: $7.99

Total price: $33.97

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Based on your recent views Sponsored ⓘ

    

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai…
5
-8% $11⁹⁹
Typical: $12.99

55inch Steel Core Drain Clog Remover Tool With Rotating Handle, Slim Snake Drain Ha…
33
-30% $13⁹⁹
Typical: $19.99

Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner…
23
$11⁹⁹
You pay $10.79  with coupon

61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle…
18
-20% $7⁹⁹
Typical: $9.99

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), …
61
Amazon's Choice
$9⁹⁹

32 Inch Snake Drain Hair Removal Tool (Anti-Break Met Nylon Coating…
19
$9⁴⁷

## 4 stars and above Sponsored ⓘ

     

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), …
61
$9⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…
199
$9⁴⁷

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…
2,947
$14⁹⁵ ($4.98 / count)

35.5 Inch Drain Clog Remover Tool (1pc), 30 Inch Sink Snake Drain Tool (5 pcs) & 59…
316
-31% $8⁹⁹
List: $12.99

5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover …
9,665
$7⁹⁹

FlexiSnake Drai Sink Snake Hair Removal Tool ( Bathroom, Bath…
3
$19⁹⁹

11/7/25, 4:42 PM    35-5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs), 2pcs Hair Catcher Drain Auger …

Case 1:25-cv-14775   Document #: 1-2 Filed: 12/05/25 Page 37 of 125 PageID #:68

✦ **Looking for specific info?**

| Ask Rufus or search reviews and Q&A |
| --- |

Can it remove pet hair?    Is it safe for all types of pipes?    Does it require any special storage?

Can it be used in a shower drain?    Is it reusable?

## Product description

**How to use:**

1. Plug the drain clog remover into the drain pipe slowly.

2. Press the handle, the claw will open and get ready for grasp.

3. When reach the clog, release the handle will close the claw to grasp the clog.

4. Pull it out gently. If the blockage is serious, repeat the above steps

## Product information

### Technical Details

| | |
| --- | --- |
| Manufacturer | KeyFar |
| Part Number | JCX-XSDQL15SET |
| Item Weight | 9.6 ounces |
| Product Dimensions | 35 x 1.5 x 0.3 inches |
| Item model number | JCX-XSDQL15SET |
| Color | black Orange White |
| Material | Plastic Metal Polymer |
| Item Package Quantity | 1 |
| Usage | Professional drain clog remover Drain Hair Remover, Drain Snake Clog Remover Cleaning Brushes Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, |
| Included Components | 25Inch Drain Snake 6pack, 35Inch Drain Clog Remover, Drain Cleaning Brush 2pack |

### Additional Information

| | |
| --- | --- |
| ASIN | B0C3L7FKCQ |
| Customer Reviews | 4.4 ⭐ (6,594) 4.4 out of 5 stars |
| Best Sellers Rank | #32 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #1 in Drain Augers |
| Date First Available | April 26, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Def 2 JY-Direct

11/7/25, 4:42 PM    5 5inch Drain Clog Remover Updry, 22inch Drain Snake Hair Remover(2pcs), Cleaning Brush(2pcs), Hair Catcher, Drain Auger …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 38 of 125 PageID #:69

| Batteries Included? | No |
| Batteries Required? | No |

## Feedback

Would you like to **tell us about a lower price?**

## Product Videos



Jeremy G Reviews   Earns commissions
Can it Really Unclog your Tub?

▶

-0:00

## Related products with free delivery  Sponsored ⓘ








| 63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ... | Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty ... | 12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ... | 32 Inch Snake Removal Tool (Anti-Break Met Nylon Coating... |
| 1 | 9,665 | 35,350 | 53 | 61 | 19 |
| $9⁹⁹ | $7⁹⁹ | $19⁹⁹ | $36⁶⁹ | Amazon's Choice $9⁹⁹ | $9⁴⁷ |

Sponsored

## Similar brands on Amazon

35.5inch Drain Clog Remover(4pcs), 25inch Drain Snake Hair Remover(2pcs), 2 Cleaning Brush (2pcs), Hair Catcher Drain Auger ...

Sponsored



MEISTERFAKTUR drain snake [50 FT] - Auto Feed - Ideal plumbing snake for...
3.8          1,149
$49.99  List: $69.99



FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4          35,350
$19.99



Drain Foam
Foaming Dr
3.8
$29.99

## Customer reviews

4.4 out of 5

6,594 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain cleaner works well, particularly for removing hair from shower drains and clearing stubborn bathroom sink drains. The product is easy to use for unclogging sinks and offers good value for money, with one customer noting it's worth keeping at home. While some customers report the product is durable, others mention it breaks easily.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Functionality    ✓ Value for money    ✓ Drain cleanliness    ✓ Quality    ✓ Ease of use
✓ Hair removal    ✓ Drain cleaning    — Durability

## Reviews with images

See all photos ›

   

## Top reviews from the United States

Ana Rodriguez

**Super effective and easy to use!** 💧
Reviewed in the United States on October 20, 2025
Verified Purchase

This drain cleaning set works amazingly well! It comes with several tools, so you have the perfect option for any type of clog. The orange plastic ones are great for catching hair in the sink or shower, and the flexible metal grabber reaches deep into the drain to remove tougher blockages.

It's very easy to use and saves money since you don't need to call a plumber. I cleared my bathroom sink in minutes! Definitely worth buying — every home should have one of these sets.

One person found this helpful

Helpful          Report

April

**Works Like a Charm – Must-Have for Every Home!**
Reviewed in the United States on August 27, 2025
Verified Purchase

This 9-piece drain cleaning tool set is a total lifesaver! I've used it in my bathroom sink, tub, and even the kitchen, and it worked perfectly every time. The 35.5-inch clog remover is great for deeper blockages, and the 25-inch snakes are super handy for pulling out hair and gunk from bathroom drains.

The cleaning brushes are a nice bonus for scrubbing around the drain area, and everything is reusable and easy to rinse off. I was honestly shocked at how much hair I pulled out with very effort—it's oddly

11/7/25, 4:42 PM 35.5inch Drain Clog Remover Tool, Drain Snake Hair Remover(2pcs) & Cleaning Brush(2pcs) Hair Catcher Drain Auger …

Case 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 40 of 125 PageID #:71

satisfying!

Way cheaper and faster than calling a plumber. If you deal with slow drains or hair clogs, do yourself a favor and grab this set. It's simple, effective, and every household should have one!

**7 people found this helpful**

[ Helpful ]    Report

 Kerry wright

**Clogged drains**

Reviewed in the United States on October 31, 2025

Verified Purchase

The orange tool worked great for my tub but the grabber tool i have yet to use. It's easy to use and has saved me lots of money already.

[ Helpful ]    Report

 TTW Road-Tested Reviews

**Finally Got the Hair Clog Out!**

Reviewed in the United States on October 10, 2025

Verified Purchase

This drain snake set worked great on my slow-draining bathroom sink. The flexible plastic snakes have little barbs that are incredibly effective at grabbing and pulling out stubborn hair clogs (so easy to pull out). The 25-inch pieces were the perfect length for the job. It was surprisingly easy to use; just feed it down the drain, twist, and pull. I also appreciate that the kit includes a longer 35.5-inch tool for deeper clogs and small brushes for cleaning the drain stopper (I haven't used yet). It's a simple, effective, and affordable solution. A helpful tip is to wear gloves and be prepared for what comes out (I had black residue spit out), then run hot water for a minute after you're done. This kit saved me!

[ Helpful ]    Report

 Rose City

**Super quality, easy to use, highly recommend**

Reviewed in the United States on November 1, 2025

Verified Purchase

Really nice quality item, nothing 'cheap' about it, despite the price. Solved my problem with ease, highly recommend.

[ Helpful ]    Report

Jonman

**Not for Old or Complicated Drains**

Reviewed in the United States on October 22, 2024

Verified Purchase

An example of the worst possible scenario - MY scenario.

Welcome to hell.

It's been 3 days since the drain became fully clogged. Typically you can just pull out the hair, but this time was different. There's no hair or anything else visible to extract from the drain hole. Whatever it is, it's 3 inches back and maybe one inch down.

This morning was day 3 of hell. I was crunched for time before work but determined to take a shower without Liquid Plumr all over my feet and the chemicals in my lungs. I was kneeling outside of the tub, afraid to look the drain hole in the eye at this point. Full-blown cognitive dissonance had manifested itself in my psyche, and in the same sheepish way I might open up a letter that I know contains a collection notice, I avoided looking down, wishing the problem would have solved itself by now.

⌄ Read more

**163 people found this helpful**

[ Helpful ]    Report

Alex

**Highly Recommend - Miminal Effort and easy to use**

Reviewed in the United States on September 15, 2025

Def 2 JY-Direct

11/7/25, 4:42 PM    35 5inch Drain Clog Remover Tool, 2 6inch Drain Snake Hair Remover(2pcs) & Cleaning Brush(2pcs) Hair Catcher Drain Auger …

Case 1:25-cv-14775    Document #: 1-3 Filed: 12/05/25 Page 41 of 125 PageID #:72

Verified Purchase

Worked great! I had a stubborn clog in my shower drain that I couldn't remove just using a clothes hanger and coca cola. Tried the brush and the orange snake tool - easily cleaned the mess in my drain. Minimal effort, and easy clean up after. Followed it up with Coca cola and boiling water. Clog is gone!!! I washed both parts for use again.

Highly recommend.

One person found this helpful

[ Helpful ]    Report

 Bradley Henderson

**Might not need to all the plumber ever again**

Reviewed in the United States on October 28, 2025

Verified Purchase

Our long hair clogs the shower drains often and I got sick of calling a plumber. Best $8 I ever spent! The orange sticks are incredibly effective at clearing hair. The white pipe cleaner cleaned all the left over gunk. Highly recommend. Plus you can reuse all the items over again so it's a no brainer.

[ Helpful ]    Report

See more reviews ›

## Top reviews from other countries

 CLR

**Do not buy!**

Reviewed in Canada on October 30, 2025

Verified Purchase

Junk

Report

 Chris S

**Great value drain cleaning kit**

Reviewed in the United Kingdom on June 14, 2025

Verified Purchase

Enabled me to clear blockage in a bath and a shower cubical - the plastic snakes fit down the plug hole and extracted a lot of clogged hair.

Report

Lee Bradberry

**Great product, worked as intended**

Reviewed in the United Kingdom on January 13, 2025

Verified Purchase

Orange strips worked well, albeit not long enough for what I needed (I attached 2 together with some duck tape and string and it worked perfectly). Duct tape to hold it together, and string to pull it back out if the duct tape didn't hold. I'm putting this down to a user error as seller clearly said length and if I purchased again I would get longer ones.

My sink was blocked so I pushed the orange tool through the sink hole (not advised) as it's hard to remove and when you do the orange spikes will break off, adding to the blockage.

That didn't work as it had to go round the U-bend, I then removed the U-bend (easy to DIY), and put the orange tool straight into the waste pipe. After inserting the orange tool, I couldn't get it round a corner as they are fairly stiff to begin with. I took it out bent the ends ever so slightly (not enough to weaken it and in the direction of the next pipe - this case vertically down), it went in relatively easy.

⌄ Read more

Def 2 JY-Direct

11/7/25, 4:42 PM

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 42 of 125 PageID #:73

35 5inch Drain Clog Remover(1pcs), 24inch Drain Snake Hair Remover(2pcs) & Cleaning Brush(2pcs), Hair Catcher Drain Auger ...



Report

penfal

**The Wired Brushes all I needed.**

Reviewed in the United Kingdom on January 25, 2025

Verified Purchase

The spiral brushes were the best. Orange ones to big for my sink holes. Haven't used the other. I used the brush first up and down in all the little holes. Lots of black bits came up.Then I Ran the tap brilliant done. I am going to pop down some vinegar. Heat it up and pour it down.Cheap and cheerful item.

Report

Allison McBrien

**Not as flexible as I thought**

Reviewed in the United Kingdom on February 4, 2025

Verified Purchase

Was not suitable for what I had ordered it for. Shorter than expected. Might be useful for some blockages as long as not block not too far down.

Report

**See more reviews ›**

Sponsored

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

11/7/25, 4:42 PM Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 43 of 125 PageID #:74

35 5inch Drain Clog Remover(Upcay), 23inch Drain Snake Hair Remover(2pcs), 2" Cleaning Brush(2pcs), Hair Catcher Drain Auger …

› See More Ways to Make
Money

| English | United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Subscription Boxes Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com: 8 Pack 25inch Drain Snake Clog Remover Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775 Document #: 1-8 Filed: 12/05/25 Page 44 of 125 PageID #:75

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



8 pack

8 Pack 25inch Drain Snake Clog Remover, Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bath Tub, Toilet, Kitchen Sink, Sewer

Brand: KeyFar

(2,279)   Search or ask

10K+ bought in past month

$5.99 ($0.75 / count)

**Overnight**

FREE Returns

Get a $150 Gift Card: Pay $0.00 $5.99 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| Brand | KeyFar |
| Scent | Unscented |
| Item Weight | 0.17 Kilograms |
| Product Benefits | Efficiently removes hair and blockages with a reusable, cost-effective tool, suitable for various |
| Manufacturer | KeyFar |

## About this item

- 【VALUABLE COMBINATION】8 pack of drain cleaning snake will fulfill your need to remove hair and other blockage.
- 【EXCELLENT LENGTH & FLEXIBLE】Drain snake is 25 inches long with tiny hooked teeth on it. The product is made by PP material which is highly flexible. Its flexibility allows it to remove deeper hair and blockage in the curved pipe.
- 【EASY OPERATION & WIDE APPLICATION】The operation is simple and much safer. Just hold the handle, insert it, spin, then pull it out. Repeat the above steps until the drain pipe is clear. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewer etc.
- 【HIGH QUALITY & REUSABLE】The product is made of durable and environmentally-friendly material which is not easy to snap or break, can be used for a long time.
- 【CAN'T MISS PRODUCT】More environmentally-friendly than chemicals and more cost-effective than plumber service, definitely value for money.

› See more product details

Report an issue with this product or seller

$5.99 ($0.75 / count)

**Overnight**

FREE delivery **Overnight** 7 AM - 11 AM on qualifying orders over $25. Order within 7 hrs 2 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

## In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    JY-Direct
Returns    FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

ⅴ See more

Add to List





MUSMU 5 in 1 Compatible for Dr...
4.3    9,665
$7.99

Sponsored

Sponsored

## Customers also bought

Based on products customers bought together

 +  + 

Total price: $33.97

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** 8 Pack 25inch Drain Snake Clog Remover, Drain Hair Remover, Sink Snake Drain Aug...
4.4    2,279
$5⁹⁹ ($0.75/count)

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4    35,350
$19⁹⁹

Sponsored
zaa Shower Drain Hair Catcher, 2 Pack Premium Silicone Drain Protector & Shower Drain Cover...
4.3    2,974
-38% $7⁹⁹
List: $12.99

## Based on your recent views  Sponsored ⓘ

     

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...
#1 Best Seller
$7⁹⁹

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai...
5
-8% $11⁹⁹
Typical: $12.99

22.4inch Drain Snake (1pc), 20inch Hair Drain Clog Remover (12 pcs) & 18Inch Cleane...
40
$6⁵⁹

25 Inch Hair Drain Cleaner Tool, Clog Remover Tool, 6 Pack Drain Auger Hair...
4,155
$4⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
199
$9⁴⁷

12 Pack Drain C Remover Kit, 5 Snake(3pcs), 37 Sink Snake(2pc...
6
$9⁹⁹

## Products related to this item  Sponsored ⓘ

     

11in1 Drain Snake Set with 24 inch Magnetic Sewer Cleaning Hook, 25 Inch Sink Snake...
18
-8% $9¹⁷
Typical: $9.97

32 Inch Drain Snake, Anti-Break Metal Hair Removal Tool with Nylon Coating Sink Sna...
199
$8⁹⁷

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
28
$7⁹⁹

Hair Drain Clog Remover Tool – 6 × 25-Inch Drain Snake + 1 × 24-Inch Drain Cleaner T...
11,272
$5⁹⁹ ($5.99 / count)

12 PCS Drain Snake, Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bat...
125
$5⁴⁷

12 Pack Drain C Remover Kit, 5 Snake(3pcs), 37 Sink Snake(2pc...
6
Amazon's Choice
$9⁹⁹

## 🔴 Looking for specific info?

Ask Rufus or search reviews and Q&A

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com: 2 Pack 25 Inch Drain Snake Clog Remover Drain Hair Removal Tool + Snake Drain Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775-Document #: 1-8 Filed: 12/05/25 Page 46 of 125 PageID #:77

Can it be used on curved pipes?    Does it require any special storage?    Is it safe for all types of drains?

Can it remove other types of clogs?    Is this product reusable?

## Product Videos



## Product information

### Item details

| | |
|---|---|
| Brand Name | KeyFar |
| Product Benefits | Efficiently removes hair and blockages with a reusable, cost-effective tool, suitable for various pipes. |
| Manufacturer | KeyFar |
| Customer Reviews | 4.4                    (2,279) 4.4 out of 5 stars |
| Best Sellers Rank | #226 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #4 in Drain Augers |
| ASIN | B0BY28TXC3 |
| Item Type Name | drain snake |
| Included Components | drain hair remover |
| Item Height | 0.6 inches |
| Unit Count | 8.0 Count |

### Features & Specs

| | |
|---|---|
| Scent | Unscented |

### Measurements

| | |
|---|---|
| Item Weight | 0.17 Kilograms |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return

Def 2 JY-Direct

Guarantee does not affect your legal right of withdrawal in any way. You
can find out more about the exceptions and conditions here.

**Feedback**

Would you like to tell us about a lower price?

## Product description

## How to use:

## Important information

### Directions

Hold the handle, insert it, spin, then pull it out. Repeat the above steps until the drain pipe is clear.

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com : 4 Pack 25 Inch Drain Snake, Clog Remover Drain Hair Remover Sink Snake Drain Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775 Document#: 1-8 Filed: 12/05/25 Page 48 of 125 PageID #:79

## Related products with free delivery Sponsored ⓘ



Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible …

21,584

$7⁹⁹



6PCS 25inch Drain Clog Remover Tool,hair clog remover tool,sink snake drain hair re…

$7¹⁹



6 Pack Drain Clog Remover - Flexible Drain Snake for Effective Cleaning Hair and De…

2

$6⁹⁹



The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…

2,947

$14⁹⁵ ($4.98 / count)



32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…

199

$9⁴⁷

12 Pack Drain C… Remover Kit, 5… Snake(3pcs), 37… Sink Snake(2pc…

6…

Amazon's Choice

$9⁹⁹

Sponsored

## Similar brands on Amazon

Sponsored



Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…

3.8        203

$29.99



Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,…

4.5        70,966

$9.47



FlexiSnake … Clog Remov…

4.4

$19.99

## Customer reviews

### 4.4 out of 5

2,279 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 13% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 5% |

How customer reviews and ratings work

### Customers say

Customers find the drain snake effective at removing hair and soap scum clogs, with one customer noting it works better than chemical drain cleaners. The tool is easy to use and offers good value, saving money on plumbing bills. While some customers report the product is durable and easy to remove clogs, others mention it breaks easily and gets stuck in drains.

ai Generated from the text of customer reviews

Select to learn more

✓ Functionality   ✓ Value for money   ✓ Clog removal   ✓ Ease of use   ✓ Hair removal

✓ Quality   — Durability   — Drain access

### Reviews with images

See all photos ›

Def 2 JY-Direct

11/7/25, 4:43 PM
Amazon.com: 4 Pack 25 Inch Drain Snake Clog Remover Drain Hair Remover Drain Snake Drain Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775-Document #: 1-8 Filed 12/05/25 Page 49 of 125 PageID #:80








Sponsored

## Top reviews from the United States

 SJ

**How well it works. It took care of the clogged hair fast and easy.**

Reviewed in the United States on October 8, 2025

Verified Purchase

These drain snake clog removers are great. The water in my shower was going down the drain so slowly. I don't like using drain cleaners with my pet around.
I thought I would give these a try. I did what the directions said and the hair just came out. Sorry to say, there was so much, but it came out easy. Now my drain is running like it should.
I like the price and the quality. They are pretty strong and flexable.
A must if you have long hair.

One person found this helpful

Helpful | Report

Ashley

**Does the JOB!**

Reviewed in the United States on November 3, 2025

Verified Purchase

Product is so easy to use. I did not have to remove the drain cover to insert snake. Took less than 5 minutes to unclog my tub. So convenient and nice to have a multipack. Will continue to repurchase.

Helpful | Report

Deborah L

**Works really well!**

Reviewed in the United States on October 1, 2025

Verified Purchase

Thought l would have to call plumber for very slow drain. Had tried nunerous liquid drain cleaners which did nothing. This solved issue imnediately. Kept pulling out hair and gunk and water was draining perfectly in a couple minutes.

One person found this helpful

Helpful | Report

Brenda B.

**Work Great, Only One Small Issue.... Read Review**

Reviewed in the United States on December 10, 2024

Verified Purchase

Giving this 4-stars only because of one reason. Actually, they deserve 5-stars.
I've bought these at the big box stores and they cost a lot more than from Amazon. Also, with Amazon, you get triple what you get at the store. So what's the problem?
They work great for what I try to do with them. But I'm in an old house. 64 years old. Original bathtub. Original shower. Things were built differently back then. The drain holes are smaller with a guard on them that I cannot remove. It's a little difficult for me to shove these down the drains but with a little work, they will go down. I'm sure in newer homes they will easily fit down the drain. I also have the same issue with the ones I've bought at big box stores so it's my house, not the products fault. They do get the gunk out and the drains work quickly and smoother after using.
The only thing I would suggest is that you use some heavy work type of glove when using, those little prongs are very sharp, like heavy thorns on a rose. So to protect your fingers, I'd suggest work gloves. Gloves that you do dishes with or for cleaning will only tear, so I use those cheap grey leather gloves you can get just about anywhere.
Great value. Works well.

10 people found this helpful

11/7/25, 4:43 PM    Amazon.com: 4 Pack 25 Inch Drain Snake Clog Remover Drain Hair Remover Snake Clog Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775-Document#-1-8-Filed-12/05/25-Page-50-of-125-PageID-#:81

Helpful    Report

Nancy

**This crazy, plastic snake really works!!**
Reviewed in the United States on September 20, 2025
Verified Purchase

What can I say....these plastic drain snakes really work!! My husband was about to get under his bathroom sink and take apart the drain (a job he hates to do) but he decided to do some yardwork first. When he went outside, I grabbed the pack of snakes I'd recently ordered from Amazon and I snaked out his drain - the hair and gunk I pulled out was disgusting!! Later in the day he used his sink and said, "I don't know what happened but my sink is draining like a charm". Not sure I'll tell him what I did since I'm pretty sure he'd say, "There's no way a piece of plastic could clear a drain!" (But it did.)

One person found this helpful

Helpful    Report

Sibaseubo

**Good price but teeth break easily**
Reviewed in the United States on October 9, 2025
Verified Purchase

These were a good deal but the 1st one we used already is missing most of the teeth so they break off very easy.

Helpful    Report

Sam

**Worked really well**
Reviewed in the United States on October 10, 2025
Verified Purchase

It worked really well, dragged a lot of hair with scum out of my drain, unclogged it instantly

Helpful    Report

clshome

**Gets the job done**
Reviewed in the United States on October 5, 2025
Verified Purchase

Works well! Easy to use, doesn't require a lot of muscle.

Helpful    Report

**See more reviews** ›

Sponsored

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com: 2-Pack 25 Inch Drain Snake Clog Remover Drain Hair Remover Sink Snake Drain Auger Cleaner Tool For Bath Tub, …

Case 1:25-cv-14775-Document#1-8 Filed 12/05/25 Page 51 of 125 PageID #:82

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com: Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning Brushes(2pcs) Tool Set For Toilet, Kitchen …

Case 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 52 of 125 PageID #:83

11/7/25, 4:43 PM

Deliver to
Chicago 60602

Health, Household & Baby Care ▾    Search Amazon

EN ▾    Hello, Angie
Account & Lists ▾

Returns
& Orders    0

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

🏀 NBA CUP    **02 : 16 : 28**

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop Drano

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers





**15 pack**

Click to see full view

✨ **Ask Rufus**

Can it remove pet hair?

Is it safe for all types of pipes?

Does it require any special storage?

Ask something else

## Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning Brushes(2pcs) Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, (6+2+1)

Brand: KeyFar

4.4    (871)    Search or ask

$6⁹⁹ ($0.78 / count)

**FREE Returns**

**Tomorrow**

Get a $150 Gift Card: Pay $0.00 $6.99 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | KeyFar |
| **Scent** | Unscented |
| **Item Weight** | 0.26 Kilograms |
| **Product Benefits** | Removes hair and blockages, cleans pipes for various drains |
| **Manufacturer** | KeyFar |

## About this item

- 【PRACTICAL COMBINATION】 6 pack of drain hair cleaning snake, 1 pack of metal clog remover, 2 pack of sink drain overflow brush. This practical set covers the functions of cleaning hair, grabbing blockages and daily cleaning pipes.

- 【EXCELLENT LENGTH】 Drain snake is 20 inches long with tiny hooked teeth on it, which is perfect to insert and easy to pull out hair and blockage. Metal clog remover is 24 inches long with a claw extending from the bottom, which could easily insert to deeper pipes, and grab the blockage and hair. Cleaning brush is long enough and bendable for daily cleaning of pipe inner wall.

- 【BENDABLE & FLEXIBLE】 The drain snakes is made of PP material, which is highly flexible. The metal clog remover and drain overflow brushes can be bent any shape to adapt the sewer and pull out the clog without damaging the pipes.

- 【HIGH QUALITY & WIDE APPLICATION】The kit is made of durable and environmentally-friendly material which is not easy to snap or break. The operation is simple and much safer. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewers etc.

- 【EASY OPERATION AND SAVE MONEY】 This set of cleaning tool can help you save the money on plumber service, which is also reusable. Just put the clog remover or brush into the pipe, rotate, and pull out the blockage for a more in-depth cleaning.

Report an issue with this product or seller

## Similar item to consider

Amazon's Choice ✓

$6⁹⁹ ($0.78 / count)

**Tomorrow**

FREE delivery **Tomorrow, November 8**. Order within **8 hrs 16 mins**

📍 Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | JY-Direct |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

▾ See more

Add to List



Sponsored

**Def 2 JY-Direct**

11/7/25, 4:43 PM
Amazon.com: Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning Brushes(2pcs) Bowl Set, For Toilet, Kitchen …

Case 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 53 of 125 PageID #:84



Amazon Basics Max Strength Drain Cleaner Hair Clog Remover Gel - Unclogs Hair and Grease, 80 Fl Oz

**80 Fl Oz (Pack of 1)**

(3181)

$6.95 ($0.09/fluid ounce)

---

## Frequently bought together

 +  + 

Total price: $20.11

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning…

$6⁹⁹ ($0.78/count)

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair…

$7⁹⁵

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…

$5¹⁷ ($0.16/ounce)

---

## Products related to this item   Sponsored ⓘ

 

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…

199

$9⁴⁷

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), …

61

Amazon's Choice

$9⁹⁹

11in1 Drain Snake Set with 24 inch Magnetic Sewer Cleaning Hook, 25 Inch Sink Snake…

18

-8% $9¹⁷

Typical: $9.97

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai…

5

-8% $11⁹⁹

Typical: $12.99

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru…

28

$7⁹⁹

5 in 1 Compatibl Drain Snake Ha with 5 Packs Dr Clog Remover .

9,

$7⁹⁹

---

## Product description

Def 2 JY-Direct

11/7/25, 4:43 PM                    Amazon.com: Drain Hair Remover(6pcs)/Drain Snake Clog Remover(1pcs) &Cleaning Brushes(2pcs), Tow Set. For Toilet, Kitchen …

Case 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 54 of 125 PageID #:85

## Product details

**Product Dimensions** : 12.6 x 0.79 x 0.98 inches; 9.14 ounces

**Item model number** : XSDQL15SET

**Date First Available** : March 15, 2022

**Manufacturer** : KeyFar

**ASIN** : B09VK4HNPF

**Best Sellers Rank:** #312,761 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#627 in Drain Augers

**Customer Reviews:**
4.4                    (871)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Safety Information

For safe use, follow the instructions provided. Do not use with corrosive substances. In case of contact with skin or eyes, rinse immediately with water.

### Directions

1. Insert the drain snake into the pipe and rotate it to remove hair and blockages. 2. Use the metal clog remover for deeper blockages, inserting it and expanding the claw to grab and pull out the clog. 3. Clean the pipe inner walls using the drain overflow brushes.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery   Sponsored ⓘ

     

Aifeier ET Drain Clog Removal Tool Set, Includes 6 Plastic + 1 Stainless Hair Remov…
$9⁹⁹

3 PCS Drain Snake Hair Clog Remover Tool, Shower Snake Sink Unclogger Tool Hair…
$8⁴⁹

22.4inch Drain Snake (1pc), 20inch Hair Drain Clog Remover (12 pcs) & 18Inch Cleane…
40
$6⁵⁹

6 Pack Drain Clog Remover - Flexible Drain Snake for Effective Cleaning Hair and De…
2
$6⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…
199
$9⁴⁷

12 Pack Drain C
Remover Kit, 55
Snake(3pcs), 37
Sink Snake(2pc…
6″
Amazon's Choice
$9⁹⁹

Def 2 JY-Direct

Sponsored

## Similar brands on Amazon

Sponsored



FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,…
4.4          35,350
$19.99



Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…
3.8          203
$29.99



Flexible Gra Tool With 4
4.0
$9.99

---

✴️ **Looking for specific info?**

> Ask Rufus or search reviews and Q&A

Can it remove pet hair?     Is it safe for all types of pipes?     Does it require any special storage?

Can it be used in a shower drain?     Is this tool reusable?

---

## Customer reviews

**4.4 out of 5**

871 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 17% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work

## Customers say

Customers find the drain opener effective at cleaning home drains and appreciate that it saved them money on plumbers. The product receives positive feedback for its quality, ease of use, and variety of tools, particularly the metal scooper. While some customers find it durable, others report it breaking off, and several mention it almost getting stuck in the drain.

🌟 Generated from the text of customer reviews

**Select to learn more**

✓ Functionality   ✓ Value for money   ✓ Quality   ✓ Ease of use   ✓ Tool variety

— Durability   ⊖ Drain obstruction

### Reviews with images

See all photos ›






---

Def 2 JY-Direct



Sponsored

## Top reviews from the United States

Calliopia

**Useful set**

Reviewed in the United States on September 12, 2024

**Verified Purchase**

I have bought several sets over the years. This is a very inexpensive and diverse set of drain tools. Most clogged drains respond to at least one of the tools, so I love having options! I have used them in my kitchen and bathroom sinks and in my tub. They can be use after the drain clogs or when it starts to drain slower (a partial clog). I like being able to keep my drains working without chemicals!

If you follow up with one of the canned air products sold for drains, it can finish off even stubborn clogs and/or blow away any remaining gunk that you loosened with the tools. My sinks are usually great with just the tools. But I like using both the tools and canned air for the tub, where the clogs are often worse.

I recommend getting a set to keep on hand as a quick resource to keep your drains flowing. Because they are so cheap, I just use each tool one day (often checking other drains while I have it out) and then discard it for sanitary reasons.

Helpful      Report

Ann K.

**Good value.**

Reviewed in the United States on August 7, 2025

**Verified Purchase**

Does the job.

Helpful      Report

JamesR608

**Simple tool basic use**

Reviewed in the United States on December 2, 2022

**Verified Purchase**

Great little tool to get out hair and gunk. One use.

Helpful      Report

Christopher Pickleball

**Bye bye hair**

Reviewed in the United States on July 31, 2025

**Verified Purchase**

Great for getting hair out of my drain.

Helpful      Report

Camden Toliver

**Not a person who typically leaves reviews BUT…**

Reviewed in the United States on November 28, 2022

**Verified Purchase**

So my niece complains her bathroom sink is draining slowly- "Nini, I'm brushing my teeth in the bathtub!" Ummmm, teenagers! So she reminds me for three days to order something to get the drain clean. Hello Amazon! I appreciated that there were so many in the package- we would be able to clean all our drains! Two days, here they are- thanks Amazon!

I'm heading to dinner with a friend and bust open the package. I ask my 14 year old to be the man of the house- tell him to feed the orange piece in and turn. I continue getting dressed in the other end of the house when I hear what I'm assuming is our dog getting ready to hurl. NOPE, was the man of the house! Half giggling I fly into their bathroom to find what could very well be something from outer space dangling from orange spiky thingy that had been living in our drain.

Pros: cheap, effective, and will give you a decent story to tell your future grandkids about their father's weak stomach.

Cons: might make you question if other creatures are lurking in hidden places. Could possibly give you PTSD when drying your hair and see stray strands in the sink.



Def 2 JY-Direct

11/7/25, 4:43 PM          Amazon.com: Drain Hair Remover(6pcs)/ Drain Snake Clog Remover(1pcs) &Cleaning Brushes(2pcs) Tool Set. For Toilet, Kitchen …

Case 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 57 of 125 PageID #:83

15 people found this helpful

[ Helpful ]     Report

> **Buddha LLC**

**a bit flimsy, and lacking teeth...**

Reviewed in the United States on July 1, 2024

Verified Purchase

compared with the name brand, this has less teeth, and the plastic is less durable. sort of does the job but next time i'll get the brandname.... the grabber claw is nice and works well. the brush is pretty useless.

[ Helpful ]     Report

> **Michael**

**Cheap drain opener**

Reviewed in the United States on March 11, 2025

Verified Purchase

Works ok

[ Helpful ]     Report

> **Capt Ron**

**Drain Hair Remover(6pcs)**

Reviewed in the United States on January 5, 2024

Verified Purchase

Good combination of tools to unclog those gross hair filled sink traps. I've used these several times to clean out accumulated hair and gunk from slow moving drains. Inexpensive and work they work well. Don't call a plumber for such small fixes. DIY

[ Helpful ]     Report

**See more reviews** ›

Def 2 JY-Direct

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English          United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

Def 2 JY-Direct

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 2 JY-Direct

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 60 of 125 PageID #:91

Deliver to
Chicago 60602

Health, Household & Baby Care ▾    Search Amazon

EN ▾    Hello, Angie
Account & Lists ▾    Returns
& Orders    0

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



## Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer Kitchen Sink Bathroom Tub Toilet Clogged Drains Relief Cleaning Tool

Visit the Forlivese Store

4.2 ★★★★☆    (21,622) | Search or ask

**5K+ bought** in past month

-8% **$4**.⁵⁹ ($1.53 / count)

Typical price: ~~$4.99~~ ⓘ

Overnight

FREE Returns

You're invited to apply for Prime Visa. Get a $250 Amazon Gift Card instantly upon approval. Find out how

Size: **3 pack**

[ 3 pack ]  ( 6 pack )  ( 8 pack )

Unit Count: **3.0**

| 3.0 $4.59 ($1.53 / count) ~~$4.99~~ FREE Delivery Overnight 4 AM - 8 AM | See 2 options with no featured offers |

| **Brand** | Forlivese |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlive |
| **Number of Items** | 1 |

Click to see full view

⊙⁺ **Ask Rufus**

( Can it be used on a toilet? )

( Does it require any chemicals? )

( Is it safe for septic systems? )    ( Ask something else )

## About this item

- ❤️Safe & Flexible Barbed Wand:3Pcs * 25 inch Soft enough to bend in many kinds of strainers and pipes,the flexible barbed wand could easy to hook the hair and debris.Note:Make sure the sink opening is larger than 0.45 inches for smooth operation of the drain snake.

- ❤️Soft Material Design:The drain snake hair clog remover is made of ABS material, which is tough and flexible,and can quickly pick up hair and clear the sink.Drain clog remover is flexible enough to bend various filters and P-shaped trap pipes.

- ❤️Easy Operate:Simply hold the handle ring of the drain snake unblocker, insert it, pull up and down and rotate 2-3 times to clear the blockage.Snake drain cleaner will not pinch your hand during operation and can be easily and safely flushed out.

- ❤️Environmental and Reusable:ABS material shower drain unblocker is an excellent drainage tool for kitchen sinks,toilets,washbasins,baths and drains.Forlivese sink

$**4**.⁵⁹ ($1.53 / count)

**Overnight**

FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 12 hrs 39 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    Amazon
Sold by    Forlive
Returns    FREE refund/replacement until Jan 31, 2026
Gift options    Available at checkout

▾ See more

[ Add to List ]

**Other sellers on Amazon**

New (2) from $4⁵⁹
Overnight 4 AM - 8 AM



FlexiSnake Drain Weasel Sink Sn...

4.4 ★★★★☆    35,364

$**19**.⁹⁹

Sponsored

Def 3 Forlive

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

biodegradable packaging. While great for the environment, it can be less flexible. If your item arrives damaged, we offer a refund immediately — no returns needed. Thank you for joining our green mission!

- ❤️Wide Application:Great Drain Auger Cleaner Tool Set for kitchen sink,toilets, washbasin,bathtubs,and sewers,flexes at P-trap where most clogs occurred.

Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  + 

Total price: **$38.57**

Add all 3 to Cart

These items are shipped from and sold by different sellers.
**Show details**

**This item:** Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer…
4.2    21,622
**-8%** $4⁵⁹ ($1.53/count)
Typical: ~~$4.99~~

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean…
4.4    35,364
$19⁹⁹

Sponsored
Drain Snake, Drain Clog Remover - Gutter Cleaning Tools Drain Cleaner for Toilet Sewer Showe…
3.9    3,940
$13⁹⁹

---

## 4 stars and above  Sponsored ⓘ

     

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub …
35,364
$19⁹⁹

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S…
244
**-17%** $4⁹⁹
($4.99 / ounce)
List: ~~$5.99~~

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), …
63
$9⁹⁹

35inch Drain Clog Remover, Drain Cleaner Hair Clog Remover with Rotating Handle and…
279
$7⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…
204
$9⁴⁷

25 Inch Sink Sn Clog Remover T Pack Drain Clea Clog Remover T
1,
Amazon's Choice
$5⁹⁹

---

## From the brand

11/10/25, 6:50 AM   Amazon.com: Forlivese 3 Pcs 23 Inch Drain Snake Drain Clog Remover, Snake for Sewer Kitchen Sink Bathroom Tub Toilet …

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 62 of 125 PageID #:93

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

About Us

Forlivese is a technology company specializing in furniture and daily necessities. We always adhere to the business philosophy of putting customers first, putting them at the center, listening to their opinions and suggestions, constantly innovating and improving, with the aim of designing products that meet their needs.

## Product description

### Snake Drain Hair Removal Tool

**Scientific design**

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

**Excellent ABS Material with Multi-teeth**

Drain snake use ABS recyclable material, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly.

Def 3 Forlive

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

## Product details

**Product Dimensions :** 12 x 4.3 x 0.7 inches; 3.21 ounces

**Item model number :** 3

**Date First Available :** August 21, 2019

**Manufacturer :** Forlive

**ASIN :** B07RMHNHYC

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
    #6 in Drain Augers

**Customer Reviews:**

4.2    (21,622)

## Product Videos



Sarah's Family Finds    Earns commissions
A Closer Look at these Drain Clog Removers

-0:00

Def 3 Forlive

Deliver to
Chicago 60602     Health, Household & Baby Care ▾     EN     Hello, Angie     Returns     0
                                                                  Account & Lists     & Orders

**Directions**

1. Insert the drain snake into the clogged drain. 2. Rotate the handle to engage the barbed wand with the clog. 3. Pull the snake out while rotating to break up and remove the clog. 4. Repeat if necessary until the drain is clear. 5. Flush with water to ensure the drain is fully cleared.

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery  Sponsored ⓘ

     

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14.95 ($4.98 / count)

Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner...
23
$11.99

Upgrade 2 Packs Extra Long Drain Cleaners Brush, 64 Inches Flexible Sunroof Drain C...
5
$3.66 ($1.83 / count)

Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn...
459
$6.99

30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Snake Drain Cleaner To...
26
Amazon's Choice
$8.54

35.5inch Drain Remover Tool(1" 35inch Drain Sr Remover(6pcs)
52
$7.99

You pay $10.79 with coupon

Sponsored

## Similar brands on Amazon
Sponsored

  

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4     35,364
$19.99

Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick...
4.0     297
$9.99

SHUOGUO Grabber Cla
3.9
$9.99

---

🔶 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

11/10/25, 6:50 AM
Amazon.com: 5 Drive 3 Head 30 Inch Drain Snake Drain Clog Remover, Snake for Sewer Kitchen Sink Bathroom Tub Toilet …
Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 65 of 125 PageID #:96

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Is it reusable?

---

## Customer reviews

### 4.2 out of 5

21,622 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Workability   ✓ Drain cleanliness   ✓ Ease of use   ✓ Quality   ✓ Value for money

✓ Hair removal   ⊘ Material strength   ⊖ Breakage rate

### Reviews with images

See all photos ›

   

---

### Top reviews from the United States

◯ Cecilia

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

⬭ Helpful    Report

◯ Tonya

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Saved me an overpriced plumber visit 😬 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

⬭ Helpful    Report

◯ Logan S

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

Def 3 Forlive

11/10/25, 6:50 AM    Amazon.com: 1 Drive 26 Inch Drain Snake Drain Clog Remover, Snake Drain for Sewer Kitchen Sink Bathroom Tub Toilet …

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 66 of 125 PageID #:97

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Amazon Customer

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

Anna S.

**It worked!**

Reviewed in the United States on October 23, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025

Size: 6 pack    Unit Count: 6.0    Verified Purchase

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

11/10/25, 6:50 AM    Amazon.com: brliVese 3 Pack 23 inch drain snake Drain Clog Remover, snag hair for Sewer kitchen sink Bathroom Tub Toilet …

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 67 of 125 PageID #:98

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Reviewed in the Netherlands on May 10, 2024
Size: 3 pack     Unit Count: 3.0     Verified Purchase

It come broken

Report

BigG

**Works well**
Reviewed in Singapore on April 24, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Works very well

Report

Hannah

**Defect**
Reviewed in Belgium on June 7, 2024
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**
Reviewed in France on February 7, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Très pratique
Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**
Reviewed in Canada on October 3, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

See more reviews ›

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
|  | Become an Amazon Hub Partner |  |  |
|  | › See More Ways to Make Money |  |  |

English

United States

Def 3 Forlive

11/10/25, 6:50 AM    Amazon.com: 4 in 1 Hose Drain Cleaner Tool - Drain Snake Hair Drain Clog Remover, Flexible Drain Clearer Grabber Claw for Sewer Kitchen Sink Bathroom Tub Toilet ...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 69 of 125 PageID #:100

| | | | | | | |
|---|---|---|---|---|---|---|
| Deliver to Chicago 60602 | Health, Household & Baby Care ▾ | | | | Hello, Angie Account & Lists | Returns & Orders | 0 |

of songs

wherever they spend their time

on fashion brands

& collectibles

Publishing Made Easy

Account

Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive



Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



6 pack

Click to see full view



✦ Ask Rufus

- Can it be used on all drain types?
- Is it safe for septic systems?
- Does it require any assembly?    Ask something else

## Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible Auger Cleaner for Shower, Kitchen Sink, Bathroom

Visit the Forlivese Store

4.2    (21,622)    Search or ask
100+ bought in past month

$7.99

**Two-Day**
FREE Returns

Get a $250 Gift Card: Pay $0.00 $7.99 upon approval for Prime Visa. No annual fee.

Size: **6 pack**

| 3 pack | 6 pack | 8 pack |

Unit Count: **6.0**

| **6.0** $7.99 FREE Delivery Wednesday | See 2 options with no featured offers |

| **Brand** | Forlivese |
| **Scent** | Unscented |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlivese |
| **Number of Items** | 6 |

## About this item

- **Multi-Pack Value:**Get 6 durable 25-inch drain cleaners (0.45" width) for tackling multiple clogs. Note:Ensure your drain hole exceeds 0.45" before purchase.

- **Soft & Flexible Barbed Wand:**The drain snake hair clog remover is made of tough yet flexible ABS material. Featuring multi-tooth edges,these wands bend easily through pipes and strainers to instantly hook hair,soap scum,and debris—without scratching surfaces.

- **Easy to Use:**Simply hold the handle ring of the drain snake unblocker,insert it into the drain, then pull up and down while rotating 2-3 times to clear blockages.The snake drain cleaner won't pinch your hands during use and can be safely flushed out afterward.

- **Eco-Friendly & Reusable:**This ABS shower drain unblocker is a good alternative to chemical cleaners,suitable for kitchen sinks,toilets,washbasins,bathtubs, and drains.The Forlivese sink unblocker is reusable and recyclable,making it both practical and cost-effective!



$7.99

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **17 hrs 42 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

˅ See more

Add to List

Sponsored

11/10/25, 7:17 AM          Amazon.com : Forlivse Drain Cleaner, Drain Snake Drain Clog Remover Tool, Hair Catcher Tool Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 71 of 125 PageID #:102

- Wide Application:An excellent drain auger cleaner tool set for kitchen sinks,toilets,washbasins,bathtubs,and sewers.It flexes at the P-trap,where most clogs occur.

Report an issue with this product or seller

### 4+ star item to consider

Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

19.6 in              (2705)

$11.09

Sponsored

## Frequently bought together

  +    +  

Total price: $23.04

Add all 3 to Cart

These items are shipped from and sold by different sellers.

Show details

**This item:** Forlivse 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher…

$7⁹⁹

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…

$5¹⁷ ($0.16/ounce)

Liquid-Plumr Pro-Strength Clog Destroyer, Liquid Drain Cleaner, 80 Fluid Ounces (Package May…

$9⁸⁸ ($0.12/fluid ounce)

## Based on your recent views  Sponsored ⓘ

   

35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in…

57

$7⁹⁹

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S…

244

Amazon's Choice

-17% $4⁹⁹

($4.99 / ounce)

List: $5.99

63 Inch Drain Clog Remover Tool + 4X50 Inch Drain Snake Hair Remover, Flexible Meta…

36

-11% $6⁹⁹

Typical: $7.89

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…

2,951

$14⁹⁵ ($4.98 / count)

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru…

29

$7⁹⁹

5 in 1 Compatil Drain Snake Ha with 5 Packs Dr Clog Remover .

9,

$7⁹⁹

## Product description

**Notes:**

1.The drain clog removal tool is 0.45 inches wide, please make sure your sink is larger than 0.45 inches before purchasing.

2.Please do not use this drain cleaner bar tool directly after using chemical drain cleaner.

3.When using this toilet snakes for unclogging, please be careful not to drop the sink drain cleaner bar tool into the pipe.

4.When the clogging is serious, please clear a small amount one by one, avoid forcibly hooking it all at once to avoid exceeding the carrying capacity.

5.Please keep it out of reach of children

Def 3 Forlivse

11/10/25, 7:17 AM  Amazon.com: 4 or vase Drain Cleaner, Drain Snake Drain Clog Remover, Catcher Tool Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 73 of 125 PageID #:103

Insert the drain cleaner into the drain. To prevent jamming, ensure the drain hole diameter is larger than 0.45 inches

Hold the handle ring, pull it up and down, and rotate it a few times.

When you feel something on the drain snake, lift it up. Do not twist or pull forcefully to avoid breaking or jamming it.

## Product details

**Product Dimensions** : 12 x 4.3 x 0.7 inches; 4.66 ounces

**Item model number** : 6 pack

**Date First Available** : May 22, 2025

**Manufacturer** : Forlivse

**ASIN** : B0F9KGN7BV

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
    #6 in Drain Augers

**Customer Reviews:**
4.2          (21,622)

## Product Videos

**Sariah's Finds** Earns commissions
So glad I had these when I needed them most!

▶

-0:00

## Important information

### Directions

Hold the handle ring, insert into the drain, pull up and down while rotating 2-3 times to clear blockages. Do not pinch hands during use and safely flush out afterward.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored ⓘ

Def 3 Forlive

11/10/25, 7:17 AM Amazon.com: 4 in 1 Hose Drain Cleaner, Drain Snake Drain Clog Remover, High Catcher Tool Flexible Drag Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 73 of 125 PageID #:104








Drain Clog Remover Tool, 30 Inch Sink Snake Hair Clog Remover with Rotating Handle ...
114
-25% $5⁹⁹
Typical: $7.99

30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Snake Drain Cleaner To...
26
$8⁵⁴

Replaceable Drain Snake Hair Clog Remover, 30 Inch Anti-break Metal Sink Snake with...
21
$9⁹⁹

Drain Clog Remover Tool, 60" Stainless Steel Drain Unblocker,40" Snake Remover, 60"...
49
$9⁹⁹

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S...
244
Amazon's Choice
-17% $4⁹⁹
($4.99 / ounce)
List: $5.99

63 Inch Drain Clog Remover Tool + Inch Drain Snake Remover, Flexible...
36
-11% $6⁹⁹
Typical: $7.89

Sponsored

## Similar brands on Amazon
Sponsored








SHUOGUO Drain Snake,61 inch Flexible Grabber Claw Pick Up Reacher Tool,Dr...
3.9     106
$9.99

Powerful Pipe Dredging Agent, 2025 New Pipeline Dredging Agent, Drain...
3.5     3
$20.99

61 inch Dra... Pickup Tool...
3.9
$8.99

## ✴️ Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on all drain types?     Is it safe for septic systems?     Does it require any assembly?

Can it remove soap scum?     Is it reusable?

## Customer reviews

4.2 out of 5

21,622 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

🔷 Generated from the text of customer reviews

Select to learn more

Def 3 Forlive

| | |
|---|---|
| 3 star | 8% |
| 2 star | 3% |
| 1 star | 8% |

How customer reviews and ratings work

Sponsored

✔ Workability   ✔ Drain cleanliness   ✔ Ease of use   ✔ Quality   ✔ Value for money

✔ Hair removal   — Material strength   ⊖ Breakage rate

## Reviews with images

See all photos ›



## Top reviews from the United States

**Cecilia**

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

Helpful    Report

**Tonya**

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Saved me an overpriced plumber visit 😳 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

Helpful    Report

**Logan S**

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

2 people found this helpful

Helpful    Report

**Amazon Customer**

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

**Anna S.**

Def 3 Forlive

11/10/25, 7:17 AM    Amazon.com: DrainSoonUF Drain Snake Clog Remover, Drain Catcher Tools, Flexible Sink Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 75 of 125 PageID #:106

**It worked!**

Reviewed in the United States on October 23, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025

Size: 6 pack    Unit Count: 6.0    **Verified Purchase**

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

Vitalii

**It come broken**

Reviewed in the Netherlands on May 10, 2024

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

It come broken

Report

Def 3 Forlive

11/10/25, 7:17 AM    Amazon.com: Drain Clog Remover Tool Drain Snake Drain Clog Remover Tool Flexible Drain Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 76 of 125 PageID #:107

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Très pratique
Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews** ›

Def 3 Forlive

11/10/25, 7:17 AM Amazon.com: 4 Pack 120" Drain Snake Drain Clog Remover, Long Catener Tool Flexible Clog Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 77 of 125 PageID #:108



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Def 3 Forlive

11/10/25, 7:17 AM
Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 78 of 125 PageID #:109
Amazon.com: 4 of Vose Quality 24 Inch Drain Snake Drain Clog Remover, Upgraded Tool Flexible Drain Cleaner for Shower, Kit...

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna |
|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive



Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 79 of 125 PageID #:110

Deliver to
Chicago 60602

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, Angie
Account & Lists ▾    Returns & Orders    0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury    Amazon Basics    Black Friday Week starts Nov 20

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop FlexiSnake

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers







Click to see full view

✦ Ask Rufus

Can it be used on all drain types?

Is it safe for septic systems?

Does it require any assembly?    Ask something else

# Forlivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible Auger Cleaner for Shower,Kitchen Sink,Bathroom

Visit the Forlivese Store

4.2    (21,623)  |  Search or ask

50+ bought in past month

$9.99

**Two-Day**
FREE Returns

Thank you for being a Prime member. Get a $250 Gift Card: Pay $0.00 upon approval for Prime Visa.

Size: **8 pack**

| 3 pack | 6 pack | 8 pack |

Unit Count: **8.0**

| **8.0** $9.99 FREE Delivery Wednesday | See 2 options with no featured offers |

| **Brand** | Forlivese |
|---|---|
| **Scent** | Unscented |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlivese |
| **Number of Items** | 8 |

## About this item

- Multi-Pack Value:Get 8 durable 25-inch drain cleaners (0.45" width) for tackling multiple clogs. Note:Ensure your drain hole exceeds 0.45" before purchase.

- Soft & Flexible Barbed Wand:The drain snake hair clog remover is made of tough yet flexible ABS material. Featuring multi-tooth edges,these wands bend easily through pipes and strainers to instantly hook hair,soap scum,and debris—without scratching surfaces.

- Easy to Use:Simply hold the handle ring of the drain snake unblocker,insert it into the drain, then pull up and down while rotating 2-3 times to clear blockages.The snake drain cleaner won't pinch your hands during use and can be safely flushed out afterward.

- Eco-Friendly & Reusable:This ABS shower drain unblocker is a good alternative to chemical cleaners,suitable for kitchen sinks,toilets,washbasins,bathtubs, and drains.The Forlivese sink unblocker is reusable and recyclable,making it both practical and cost-effective!

- Wide Application:An excellent drain auger cleaner tool set for kitchen sinks,toilets,washbasins,bathtubs,and sewers.It flexes



$9.99

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **17 hrs 35 mins**

⟳ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

ˇ See more

Add to List

Sponsored

Def 3 Forlive

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 80 of 125 PageID #:111

at the P-trap,where most clogs occur.

Report an issue with this product or seller

### 4+ star item to consider



Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

**19.6 in**

(2705)

$11.09

Sponsored

## Frequently bought together

 + 

Total price: $17.94

**Add both to Cart**

These items are shipped from and sold by different sellers.

Show details

**This item:** Forlivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher…

$9⁹⁹

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair…

$7⁹⁵

## 4 stars and above  Sponsored ⓘ



The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…

2,951

$14⁹⁵ ($4.98 / count)



Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S…

244

-17% $4⁹⁹

($4.99 / ounce)

List: $5.99



12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), …

63

$9⁹⁹

25 Inch Sink Snake Drain Clog Remover Tool,6 Pack Drain Cleaner Hair Clog Remover T…

1,161

$5⁹⁹



5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover …

9,665

$7⁹⁹



32 Inch Snake Removal Tool (6 Anti-Break Met Nylon Coating..

2⁰

$9⁴⁷

## Product description

**Notes:**

1.The drain clog removal tool is 0.45 inches wide, please make sure your sink is larger than 0.45 inches before purchasing.

2.Please do not use this drain cleaner bar tool directly after using chemical drain cleaner.

3.When using this toilet snakes for unclogging, please be careful not to drop the sink drain cleaner bar tool into the pipe.

4.When the clogging is serious, please clear a small amount one by one, avoid forcibly hooking it all at once to avoid exceeding the carrying capacity.

5.Please keep it out of reach of children.

Def 3 Forlive

11/10/25, 7:24 AM
Amazon.com: 4 in 1 Set of Flexible Drain Snake Drain Clog Remover, 49ft Catcher Tool, Flexible Grabber Cleaner for Shower, Kit...

Case: 1:25-cv-14775 Document #: 1-3 Filed: 13/05/25 Page 81 of 125 PageID #:112

Insert the drain cleaner into the drain. To prevent jamming, ensure the drain hole diameter is larger than 0.45 inches.

Hold the handle ring, pull it up and down, and rotate it a few times.

When you feel something on the drain snake, lift it up. Do not twist or pull forcefully to avoid breaking or jamming it.

## Product details

**Product Dimensions** ：12 x 4.3 x 0.7 inches; 4.97 ounces

**Item model number** ：HX5

**Date First Available** ：May 22, 2025

**Manufacturer** ：Forlivese

**ASIN** ：B0F9K1FKM3

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
        #6 in Drain Augers

**Customer Reviews:**
4.2          (21,623)

## Product Videos

Sarah's Family Finds  Earns commissions
A Closer Look at these Drain Clog Removers

▶

-0:00

## Important information

### Directions

1. Hold the handle ring of the drain snake unblocker. 2. Insert it into the drain. 3. Pull up and down while rotating 2-3 times to clear blockages. 4. Flush the drain snake out afterward.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery  Sponsored ⓘ

11/10/25, 7:24 AM
Amazon.com: 14 in 1 Wise Drain Clog Remover Tool, Drain Snake Drain Clog Remover Tool Cable and Tool Flexible Grabber Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 82 of 125 PageID #:113


25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh...
7,748
Amazon's Choice
$6⁹⁶


Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
29
$7⁹⁹


6 Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A...
5,188
$4⁹⁶


Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn...
459
$6⁹⁹


5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ...
9,665
$7⁹⁹


Replaceable Dr Hair Clog Rem Inch Anti-break Sink Snake with 2...
$9⁹⁹



Sponsored

## Similar brands on Amazon
Sponsored


FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4    35,364
$19.99


Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick...
4.0    297
$9.99


SHUOGUO Grabber Cla...
3.9
$9.99

---

🔶 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it be used on all drain types?    Is it safe for septic systems?    Does it require any assembly?

Can it remove soap scum?    Is it reusable?

---

## Customer reviews

**4.2 out of 5**

21,623 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

🔷 Generated from the text of customer reviews

Select to learn more

✓ Workability    ✓ Drain cleanliness    ✓ Ease of use    ✓ Quality    ✓ Value for money

11/10/25, 7:24 AM    Amazon.com: 4 or Waste Outfall Hunter# Drain Snake Drain Clog Remover, Hair Catcher Tool, Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 83 of 125 PageID #:114

| | | |
|---|---|---|
| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work



Sponsored

✓ Hair removal    — Material strength    ⊖ Breakage rate

## Reviews with images

See all photos ›



## Top reviews from the United States

Cecilia

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

[ Helpful ]    Report

Tonya

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Saved me an overpriced plumber visit  The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

[ Helpful ]    Report

Logan S

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

2 people found this helpful

[ Helpful ]    Report

Amazon Customer

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

[ Helpful ]    Report

Anna S.

**It worked!**

11/10/25, 7:24 AM    Amazon.com: 3 or 5 Pack Drain Clog Remover Tool | Drain Snake Hair Drain Clog Remover | Clog Catcher Tool-Flexible Auger Cleaner for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 84 of 125 PageID #:115

Reviewed in the United States on October 23, 2025
Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

[ Helpful ]    Report

⊙  D.

**Pretty good**

Reviewed in the United States on November 6, 2025
Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

[ Helpful ]    Report

⊙  Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025
Size: 6 pack    Unit Count: 6.0    **Verified Purchase**

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.



[ Helpful ]    Report

⊙  Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025
Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

[ Helpful ]    Report

See more reviews ›

## Top reviews from other countries

[ Translate all reviews to English ]

⊙  Vitalii

**It come broken**

Reviewed in the Netherlands on May 10, 2024
Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

It come broken



Report

11/10/25, 7:24 AM    Amazon.com: 4 or Wash Out Hair Catcher, Drain Snake Drain Clog Remover Tool, Flexible Drain Cleaner Hair for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 85 of 125 PageID #:116

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.



Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

Très pratique

Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews ›**

Def 3 Forlive



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English        United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |

Def 3 Forlive

11/10/25, 7:24 AM
Amazon.com: 4 in 1 Reusable Quick Hair Drain Snake Clog Remover, Super Long 25.6 inch,Drain Hair Cleaner for Shower,Kit...
Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 87 of 125 PageID #:118

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive



Deliver to
Chicago 60602

Tools & Home Improvement ⌄    Search Amazon

EN ⌄    Hello, Angie
Account & Lists ⌄    Returns
& Orders    🛒 0

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ⌄    Luxury    Amazon Basics    Black Friday Week starts Nov 20

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



25 inch

⊙ Ask Rufus

Can it be used on a toilet?

Does it require any chemicals?

Is it safe for septic systems?    Ask something else

Click to see full view

### Forlivese 3 Pack 25 Inch Drain n Clog Remover, Sink Snake Kitchen Sink Bathroom Tub ged Drains Relief Cleaning

Store
,623) | Search or ask

5K+ bought in past month

**8%** **$4**.59 ($1.53 / count)
Typical price: $4.99

**Overnight**

**FREE Returns**

Apply for Prime Visa and earn 6% back when you choose Amazon Day Delivery.

Size: **3 pack**

| 3 pack | 6 pack | 8 pack |

Unit Count: 3.0

| **3.0**
$4.59
($1.53 / count)
$4.99
FREE Delivery
Overnight 4 AM -
8 AM | See 2 options with no featured offers |

| **Brand** | Forlivese |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlive |
| **Number of Items** | 1 |

### About this item

- ❤️Soft & Flexible Barbed Wand:3Pcs * 25 inch Soft enough to bend in many kinds of strainers and pipes,the flexible barbed wand could easy to hook the hair and debris.Note:Make sure the sink opening is larger than 0.45 inches for smooth operation of the drain snake.
- ❤️Soft Material Design:The drain snake hair clog remover is made of ABS material, which is tough and flexible,and can quickly pick up hair and clear the sink.Drain clog remover is flexible enough to bend various filters and P-shaped trap pipes.
- ❤️Easy Operate:Simply hold the handle ring of the drain snake unblocker, insert it, pull up and down and rotate 2-3 times to clear the blockage.Snake drain cleaner will not pinch your hand during operation and can be easily and safely flushed out.
- ❤️Environmental and Reusable:ABS material shower drain unblocker is an excellent drainage tool for kitchen

$4.59 ($1.53 / count)

**Overnight**

FREE delivery **Overnight**
**4 AM - 8 AM** on qualifying
orders over $25. Order within
**12 hrs 5 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    Forlive
Returns    FREE
refund/replacement
until Jan 31, 2026
Gift options    Available at checkout

⌄ See more

Add to List

### Other sellers on Amazon

New (3) from $4.59
Overnight 4 AM - 8 AM



FlexiSnake Drain Weasel Sink Sn...
4.4    35,364
$19.99

Sponsored

**Def 3 Forlive**

11/10/25, 7:24 AM
Amazon.com: Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer,Flexible Auger Cleaner for Shower,Kit...
Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 89 of 125 PageID #:120

sinks,toilets,washbasins,baths and drains.Forlivese sink unblocker is reusable than chemical drain cleaners and is recyclable,making it practical and affordable!

- ❤️Eco-Friendly & Risk-Free: To support our planet, we now use biodegradable packaging. While great for the environment, it can be less flexible. If your item arrives damaged, we offer a refund immediately — no returns needed. Thank you for joining our green mission!

- ❤️Wide Application:Great Drain Auger Cleaner Tool Set for kitchen sink,toilets, washbasin,bathtubs,and sewers,flexes at P-trap where most clogs occurred.

Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  + 

Total price: **$38.57**

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer…
4.2    21,623
-8% $4⁵⁹ ($1.53/count)
Typical: $4.99

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean…
4.4    35,364
$19⁹⁹

Sponsored
Drain Snake, Drain Clog Remover - Gutter Cleaning Tools Drain Cleaner for Toilet Sewer Showe…
3.9    3,940
$13⁹⁹

## 4 stars and above Sponsored ⓘ

     

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…
2,951
$14⁹⁵ ($4.98 / count)

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S…
244
-17% $4⁹⁹
($4.99 / ounce)
List: $5.99

12 PCS Drain Snake, Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bat…
128
$5⁴⁷

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub …
35,364
$19⁹⁹

25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh…
7,748
Amazon's Choice
$6⁹⁶

5 in 1 Compatibl Drain Snake Ha with 5 Packs Dr Clog Remover .
9,
$7⁹⁹

## From the brand

Def 3 Forlive

11/10/25, 7:24 AM    Amazon.com: 4 driving Drain Clmc etc. + Drain Snake Drain Clog Remover, Hair Catcher Tool Flexible Sink Cleaner for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 90 of 125 PageID #:121

## About Us

Forlivese is a technology company specializing in furniture and daily necessities. We always adhere to the business philosophy of putting customers first, putting them at the center, listening to their opinions and suggestions, constantly innovating and improving, with the aim of designing products that meet their needs.

3 Pack 25inch plastic sin

## Product description

### Snake Drain Hair Removal Tool

**Scientific design**

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

**Excellent ABS Material with Multi-teeth**

Drain snake use ABS recyclable material, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly.

Def 3 Forlive

## Product details

**Product Dimensions :** 12 x 4.3 x 0.7 inches; 3.21 ounces

**Item model number :** 3

**Date First Available :** August 21, 2019

**Manufacturer :** Forlive

**ASIN :** B07RMHNHYC

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
   #6 in Drain Augers

**Customer Reviews:**
4.2          (21,623)

## Product Videos



KevBro   Earns commissions
Buy this to easily keep your sink drain unclogged!

-0:00

Def 3 Forlive

11/10/25, 7:24 AM   Amazon.com: 4 in 1 Vessel of Credit Center, Drain Snake Drain Clog Remover Tool, Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 92 of 125 PageID #:123

## Important information

### Directions

1. Insert the drain snake into the clogged drain. 2. Rotate the handle to engage the barbed wand with the clog. 3. Pull the snake out while rotating to break up and remove the clog. 4. Repeat if necessary until the drain is clear. 5. Flush with water to ensure the drain is fully cleared.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery  Sponsored ⓘ

     

| Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner… | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover … | 3 Pack 20 Inch Drain Clog Remover Snakes, Hair Cleaning Tool Effective Drain Snake … | Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn… | The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3… | 30 Inch Drain S Clog Remover, break Metal Sin Drain Cleaner T |
|---|---|---|---|---|---|
| 23 | 9,665 | 3 | 459 | 2,951 | 26 |
| $11⁹⁹ | $7⁹⁹ | $5⁹⁹ | $6⁹⁹ | $14⁹⁵ ($4.98 / count) | $8⁵⁴ |

You pay $10.79  with coupon

Sponsored

## Similar brands on Amazon

Sponsored

  

| FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,… | Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick… | SHUOGUO Grabber Cla |
|---|---|---|
| 4.4    35,364 | 4.0    297 | 3.9 |
| $19.99 | $9.99 | $9.99 |

## 🔶 Looking for specific info?

Ask Rufus or search reviews and Q&A

Def 3 Forlive

11/10/25, 7:24 AM                    Amazon.com: 4 or Wise Outdoor 12.5m for Drain Snake Hair Drain Clog Remover, Tool Catcher Tool, Flexible Auger Cleaner for Shower, Kit...

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 93 of 125 PageID #:124

Can it be used on all drain types?    Is it safe for septic systems?    Does it require any assembly?

Can it remove soap scum?    Is it reusable?

## Customer reviews

**4.2 out of 5**

21,623 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing costs. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Workability    ✓ Drain cleanliness    ✓ Ease of use    ✓ Quality    ✓ Value for money

✓ Hair removal    ⊖ Material strength    ⊖ Breakage rate

### Reviews with images

See all photos ›



### Top reviews from the United States

 Cecilia

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

Helpful    Report

 Tonya

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Saved me an overpriced plumber visit 😟 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

Helpful    Report

 Logan S

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

11/10/25, 7:24 AM    Amazon.com: Forlive OreuAo12e1cm1 Drain Snake Clog Remover, Auge Catcher Tool Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 94 of 125 PageID #:125

2 people found this helpful

Helpful    Report

Amazon Customer

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

Anna S.

**It worked!**

Reviewed in the United States on October 23, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025

Size: 6 pack    Unit Count: 6.0    Verified Purchase

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Def 3 Forlive

11/10/25, 7:24 AM          Amazon.com: 4 in 1 Vast-Draad 32cm - Drain Snake Clog Remover, Hair Catcher Tool, Flexible Auger Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 95 of 125 PageID #:126

Vitalii

**It come broken**
Reviewed in the Netherlands on May 10, 2024
Size: 3 pack     Unit Count: 3.0     Verified Purchase

It come broken

Report

BigG

**Works well**
Reviewed in Singapore on April 24, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Works very well

Report

Hannah

**Defect**
Reviewed in Belgium on June 7, 2024
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**
Reviewed in France on February 7, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Très pratique
Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**
Reviewed in Canada on October 3, 2025
Size: 3 pack     Unit Count: 3.0     Verified Purchase

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a
shower drain or sink drain is not always possible. I have tried softening them with hot water first and that
allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did
ungrossify the bathroom sink

Report

**See more reviews ›**

11/10/25, 7:24 AM
Amazon.com: FlexiSnake Drain Millipede Drain Snake Hair Clog Remover, Bendable Catch Tool, Flexible Cleaner for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 96 of 125 PageID #:127

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | | Score deals on fashion brands | Books, art & collectibles | | Start a Selling Account | |

Def 3 Forlive

11/10/25, 7:24 AM   Amazon.com: 4 Inches Drain Chain Drain Snake Drain Clog Remover Tool Flexible Grabber Cleaner for Shower, Kit…

Case: 1:25-cv-14775 Document #: 1-3 Filed: 12/05/25 Page 97 of 125 PageID #:128

Reach customers wherever they spend their time

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Audiobook
Publishing
Made Easy

Shipping Software
Inventory
Management

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Amazon Resale
Great Deals on
Quality Used
Products

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive

11/10/25, 7:03 AM
Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 98 of 125 PageID #:129
Amazon.com: Beatifoyo Drain Clog Remover Bathroom, Drain Clog Remover,Hair Drain Clog Remover,Drain Snake Tool,Drain Opener, sink snake for Kitchen Bathroom T...



Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

**Ask Rufus**

Can it be used on a toilet?

Does it require any special storage?

Is it safe for all types of pipes?

Ask something else

e, Drain Clog Remover,Hair
Opener, sink snake for
hen Sink Bathroom Tub
ged Drains Relief Cleaning
5 Inch +1pc 20inch)

7) | Search or ask

3K+ bought in past month

$3.99 ($3.99 / count)

Overnight
FREE Returns

**Thank you for being a Prime member. Get $250 off: Pay $0.00** ~~$3.99~~ **upon approval for Prime Visa.**

| | |
|---|---|
| | eatifoyo |
| | no |
| Item Weight | 0.05 Kilograms |
| Product Benefits | Cleans Drain, Clog Remover, Drain Cleaner, Drain Clog Remover, Drain Unclogger, Pipe Cleaner |
| Manufacturer | Beatifoyo |

### About this item

- 👍 👍 👍 Package Includes: 1 pack of 20 inch plastic plumbing snake drain auger+ 1 pack of 25-inch drain clog remover cleaning tools.Meets the needs of different pipe lengths. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.45" before purchasing.

- 👍 👍 👍 Soft & Flexible Barbed Wand: Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris.

- 👍 👍 👍 Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs, sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages.

- 👍 👍 👍 Economical & Environmental :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use. You won't need the expensive plumber service and more environmental and safety than bad smell chemical drain cleaners.

- 👍 👍 👍 Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean. If you have any questions about our product, please let us know and we will reply you within 24 hours.

Report an issue with this product or seller

$3.99 ($3.99 / count)

**Overnight**

FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 12 hrs 27 mins

Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by  Beatifoyo
Returns  FREE refund/replacement until Jan 31, 2026
Payment  Secure transaction

⌄ See more

Add to List

Sponsored

Sponsored

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 99 of 125 PageID #:130

Sponsored

## Frequently bought together

 +  + 

**This item:** Beatifoyo Drain Snake, Drain Clog Remover,Hair snake Tool Opener, sink snake for Se…

$3$^{99}$ ($3.99/count)

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…

$5$^{17}$ ($0.16/ounce)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene…

$6$^{58}$ ($0.41/fluid ounce)

Total price: $15.74

Add all 3 to Cart

These items are shipped from and sold by different sellers. Show details

## Products related to this item   Sponsored ⓘ

    

35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in...

57

$7$^{99}$

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...

2,951

$14$^{95}$ ($4.98 / count)

30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Drain Cleaner To...

26

$8$^{54}$

Hair Drain Clog Remover Tool – 6 × 25-Inch Sink Snake + 1 × 24-Inch Drain Cleaner T...

11,274

$5$^{99}$ ($5.99 / count)

25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh...

7,748

Amazon's Choice

$6$^{96}$

Drain Snake, Dr Remover Tool, Cleaner Hair Re Sink Snake for

24

-17% $4$^{99}$ ($4.99 / ounce)

List: $5.99

## From the brand

11/10/25, 7:03 AM    Amazon.com: Beatifoyo Drain Clog Remover, Drain Clog Remover Hair Snake Tool Opener Drain Snake for Sewer Kitchen Sink Bathroom T…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 100 of 125 PageID #:131

## From the manufacturer

### Snake drain hair removal tool

Scientific design

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

### Excellent Plastic with Multi-teeth

Drain snake use ABS recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.

### Easy to Use

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed

### Wide Application

This drain snake hair drain clog remover is perfect for various uses, including kitchen sinks, toilets, washbasins, bathtubs, and sewers. It easily flexes at P-traps, where most clogs occur.

### Reusable

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.

## Product Description

The Beatifoyo Efficient Drain Snake for Clogged Pipes – A Must-Have Tool for Every Home Say goodbye to clogged drains with our high-performance Drain Snake! Designed to tackle tough blockages in sinks, showers, and tubs, this flexible and durable tool is your ultimate solution for keeping your plumbing flowing smoothly. With its easy-to-use design, it effortlessly navigates bends and curves, clearing hair, grease, soap, and other debris that cause frustrating blockages. Versatile & Effective: Perfect for clearing clogs in kitchen sinks, bathroom drains, and even toilets. Suitable for various pipe sizes and lengths. Durable & Flexible: Made from high-quality, PP materials, our drain snake can handle tough blockages without bending or breaking. Easy to Use: The ergonomic handle and lightweight design make it simple to use, giving you quick results without the need for expensive plumbing services. Saves Time & Money: Avoid costly plumbing bills by handling common drain issues on your own. This tool is reusable and easy to clean, making it a must-have for your home toolkit. Whether you're dealing with a slow drain or a stubborn blockage, our Drain Snake is the ideal tool to restore your pipes to full function. Get yours today and take control of your home's plumbing!

## Product details

**Package Dimensions ：** 12.28 x 2.4 x 0.63 inches; 1.76 ounces

**Item model number ：** Beatifoyo Drain Clog Remover

**Date First Available ：** January 24, 2025

**Manufacturer ：** Beatifoyo

**ASIN ：** B0DPZSMZK6

**Best Sellers Rank:** #2,490 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
  #12 in Drain Augers

**Customer Reviews:**
4.4     (297)

## Product Videos

11/10/25, 7:03 AM    Amazon.com: Beatifoyo Drain Clog Remover, Easy Snake Tool, Open Drain Snake for Toilet & Drain Snake Bathroom T...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 101 of 125 PageID #:132



**Beatifoyo**
Easy Drain Cleaning Tool for Toilet and Sink

---

## Important information

### Safety Information

Warning: Do not pour any chemical drain cleaners or strong chemicals into the pipes before using the drain snake. These substances may react with the material of the drain snake, causing damage or leakage. Additionally, chemical cleaners can be harmful to the pipes and the environment. Ensure the drain snake is clean and dry before use to avoid potential hazards.

### Ingredients

plastic

### Directions

1. Ensure the drain snake is clean and dry before use. 2. Insert the snake into the drain, turning it clockwise while pushing it in. 3. Once you feel resistance, pull the snake out slowly, removing the clog. 4. Rinse the snake clean after use.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

**Related products with free delivery** Sponsored ⓘ



| | | | | | |
|---|---|---|---|---|---|
| Drain Clog Remover,5 Pack 31.88inch Drain Snake Hair Removal Tool,Shower Sink Unclo... | Sewer Drain Brush, Drain Clog Remover, 17inch Flexible Long Pipe Snake Hair Clogs C... | 51 Inch Sink Snake Hair Drain Clog Remover, for Sink, Shower & Bathtub - Flexible A... | 50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai... | The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | 30 Inch Drain S Clog Remover, break Metal Sir Drain Cleaner T |
| 3 | 966 | 2 | 5 | 2,951 | 26 |
| $9⁹⁹ | $9⁹⁹ | $4⁹⁸ | -8% $11⁹⁹ Typical: $12.99 | $14⁹⁵ ($4.98 / count) | $8⁵⁴ |

Def 4 Beatifoyo

11/10/25, 7:03 AM          Amazon.com: Beatifoyo Drain Clog Remover, Drain Clog Remover Hair Snake Tool, Opening Sink Deodor Agent Women Sink Bathroom T...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 102 of 125 PageID #:132

Sponsored

## Similar brands on Amazon
Sponsored







FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4          35,364
$19.99

Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick...
4.0          297
$9.99

Drano Max ...
Cleaner for...
4.5
$9.47



---

## ☀️ Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on a toilet?     Does it require any special storage?     Is it safe for all types of pipes?

Can it remove food particles?     Does it come with usage instructions?

---

## Customer reviews

4.4 out of 5

297 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 2% |
| 1 star | | 4% |

How customer reviews and ratings work

## Customers say

Customers find the drain snake effective at removing clogs, with one mentioning it works well for slow drains. The product is easy to use and customers consider it good quality, with one noting it saved them a plumbing bill.

🅰️ Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness     ✓ Ease of use     ✓ Quality     ✓ Value for money

### Reviews with images                    See all photos ›

   

---

## Top reviews from the United States

 GAAT

Def 4 Beatifoyo



**good and easy to use**

Reviewed in the United States on November 3, 2025

Verified Purchase

good product, does what it supposed to. It is good that it comes in pairs.

Helpful    Report

M. E. Accashian

**Great**

Reviewed in the United States on November 1, 2025

Verified Purchase

Works so good. No need to spend a ton of money.

Helpful    Report

TexCzech

**Sturdy and effective**

Reviewed in the United States on September 30, 2025

Verified Purchase

These are sturdy and very effective at cleaning out the bathroom sink drain. They are easy to use and will hold up for multiple usages.

Helpful    Report

Marie Grey

**Works! But, be Careful**

Reviewed in the United States on October 14, 2025

Verified Purchase

It definitely does work, but you need thick gloves to protect your hands because those "spikes" that catch the hair in drain are EXCEEDINGLY sharp and will easily cut you hand. I had to thickly ball up paper towels to prevent it from "mangling" my hand. Having said that, it caught the hair stuck in drain, immediately. So, a very worthy pur chase. Just be careful -

Helpful    Report

Lisfn

**Lifesavers!**

Reviewed in the United States on November 1, 2025

Verified Purchase

These are so handy and are very effective for removing hair and soap buildup. I learned about drain snakes through a lady who was taking care of my mother. These are way better than pouring chemicals down the drain, which may or may not work. These will always be in my house for this type emergency.

Helpful    Report

Mike Jones

**Didn't really help clogged drain**

Reviewed in the United States on November 5, 2025

Verified Purchase

Did not really help, drain still clogged...

Helpful    Report

Amazon Customer

**Quality!!!!**

Reviewed in the United States on October 1, 2025

Verified Purchase

These saved me so much money. Both my sink and my tub were clogged and these cleared out the clogs so fast. Yeah, what you get when you pull it out of the drain is stinky and gross, but it works.

Helpful    Report

Angie

**Works**

Reviewed in the United States on October 22, 2025

Def 4 Beatifoyo

**Verified Purchase**

Easy to use and got the job done !

Helpful     Report

See more reviews ›

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| | | Reload Your Balance | |

Def 4 Beatifoyo

11/10/25, 7:03 AM                    Amazon.com: Beatifoyo, OCUIT Setae, Drain Clog Remover Hair Snake Tool Opener Sink Snake for Sewer Kitchen Sink Bathroom T...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 105 of 125 PageID #:136

Investor Relations               Start a Package Delivery          Gift Cards                              Manage Your
                                 Business                                                                  Content and Devices
Amazon Devices                                                     Amazon Currency Converter
                                 Advertise Your Products                                                   Recalls and Product
Amazon Science                                                                                             Safety Alerts
                                 Self-Publish with Us
                                                                                                           Registry & Gift List
                                 Become an Amazon Hub
                                 Partner                                                                   Help

                                 › See More Ways to Make
                                 Money

─────────────────────────────────────────────────────────────────────────────────────────

                                            English                 United States


Amazon Music          Amazon Ads            6pm                AbeBooks              ACX                Sell on Amazon       Veeqo
Stream millions       Reach customers       Score deals        Books, art            Audiobook          Start a Selling      Shipping Software
of songs              wherever they         on fashion brands  & collectibles        Publishing         Account              Inventory
                      spend their time                                               Made Easy                               Management

Amazon Business       Amazon Fresh          AmazonGlobal       Home Services         Amazon Web         Audible              Box Office Mojo
Everything For        Groceries & More      Ship Orders        Experienced Pros      Services           Listen to Books &    Find Movie
Your Business         Right To Your Door    Internationally    Happiness             Scalable Cloud     Original             Box Office Data
                                                               Guarantee             Computing          Audio
                                                                                     Services           Performances

Goodreads             IMDb                  IMDbPro            Kindle Direct         Amazon Photos      Prime Video Direct   Shopbop
Book reviews          Movies, TV            Get Info           Publishing            Unlimited Photo    Video Distribution   Designer
&                     & Celebrities         Entertainment      Indie Digital &       Storage            Made Easy            Fashion Brands
recommendations                             Professionals Need  Print Publishing     Free With Prime
                                                               Made Easy

Amazon Resale         Whole Foods           Woot!              Zappos                Ring               eero WiFi            Blink
Great Deals on        Market                Deals and          Shoes &               Smart Home         Stream 4K Video      Smart Security
Quality Used          America's             Shenanigans        Clothing              Security Systems   in Every Room        for Every Home
Products              Healthiest
                      Grocery Store

                      Neighbors App         Amazon             PillPack              Amazon Renewed     Amazon Luna
                      Real-Time Crime       Subscription Boxes  Pharmacy              Like-new products  Video games from
                      & Safety Alerts       Top subscription   Simplified            you can trust      the cloud,
                                            boxes – right to                                            no console
                                            your door                                                   required


                      Conditions of Use      Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
                                       © 1996-2025, Amazon.com, Inc. or its affiliates

Def 4 Beatifoyo

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 106 of 125 PageID #:137

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury    Amazon Basics                    Black Friday Week starts Nov 20

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop FlexiSnake

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers

## Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sink, Shower, Tub & Toilet, Drain Cleaner with Grip Handle - Easy Use Kitchen & Bathroom Drain Opener

Brand: QUIUMES

⋆⋆ ⭐ (611)  |  Search or ask

3K+ bought in past month

$6^{99}$

**Two-Day**
FREE Returns

Select item(s)   Shop items ›

You're invited to apply for Prime Visa. Get a $250 Amazon Gift Card instantly upon approval. Find out how

Style: **Drain Snake 4pcs**



$6.99
FREE Delivery Wednesday

$8.99
FREE Delivery Overnight 4 AM - 8 AM

Click to see full view

### ✴ Ask Rufus

Can it be used on curved pipes?

Does it require any assembly?

Is it safe for all types of plumbing?

Ask something else

le Barbed Wand】 This 4-pack 20inch drain clog remover features a multi-tooth design, making it perfect for navigating various strainers and pipes to easily hook and remove hair and clogs.

- 【High-Quality Material】 Crafted from durable polypropylene, this drain snake is tough yet flexible, designed to tackle hair clogs swiftly. The drain snake hair drain clog remover easily maneuvers through tight bends and P-traps in your plumbing.

- 【User-Friendly Operation】 Operating this snake drain hair removal tool is simple—just insert, twist, and pull to remove blockages. This drain cleaner is safe to use, protecting your hands while delivering effective results.

- 【Eco-Conscious and Reusable】 Opt for this reusable drain snake instead of harsh chemical solutions. Ideal for kitchen sinks, toilets, bathtubs, and more, this drain clog remover offers a sustainable and cost-effective way to maintain clear drains.

- 【Versatile Application】 Whether in the kitchen, bathroom, or other areas, this drain snake hair drain clog remover is versatile enough to handle clogs in sinks, toilets, bathtubs, and sewers, easily flexing around P-traps where clogs are most common.

Report an issue with this product or seller

$6^{99}$

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **17 hrs 24 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    HUWSR
Returns    FREE refund/replacement until Jan 31, 2026
Gift options    Available at checkout

❯ See more

Add to List

Sponsored

Sponsored

## Frequently bought together

 +  + 

**This item:** Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sin…
$6⁹⁹

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…
$5¹⁷ ($0.16/ounce)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene…
$6⁵⁸ ($0.41/fluid ounce)

Total price: $18.74

**Add all 3 to Cart**

These items are shipped from and sold by different sellers.
Show details

## Products related to this item Sponsored ⓘ



The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…
2,951
$14⁹⁵ ($4.98 / count)



Hair Drain Clog Remover Tool – 6 × 25-Inch Sink Snake + 1 × 24-Inch Drain Cleaner T…
11,274
$5⁹⁹ ($5.99 / count)



35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in…
57
$7⁹⁹



61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle…
18
-20% $7⁹⁹
Typical: $9.99



5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover …
9,665
$7⁹⁹



Forlivese 3 Pack Drain Snake,Dra Remover,Sink S Sewer Kitche…
2⁷
-8% $4⁵⁹ ($1.…
Typical: $4.99

## Product description

### Scientific design

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

### Reusable

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Def 5 HUWSR

11/10/25, 7:36 AM    Amazon.com: Drain Snake Clog Remover, 2 Pack 20 Inch Flexible Hair Drain Clog Remover for Sink, Shower, Tough Tub, Drain Cleaner with G…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 108 of 125 PageID #:130

**Wide Application**

This drain snake hair drain clog remover is perfect for various uses, including kitchen sinks, toilets, washbasins, bathtubs, and sewers. It easily flexes at P-traps, where most clogs occur.

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed

**Excellent Plastic with Multi-teeth**

Drain snake use polypropylene recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

**Why Choose Our Hair Drain Clog Remover ?**

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

Hello, Angie
Account & Lists

Returns
& Orders

0

EN

Def 5 HUWSR

https://www.amazon.com/Drain-Remover-Effective-Cleaner-Showers/dp/B0D7BMRMRT/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_2_6/130-6793344-37…    3/9

11/10/25, 7:36 AM
Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 109 of 125 PageID #:140
Amazon.com: Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Clog Remover Tool for Sink, Shower, Tub, Toilet, Drain Cleaner with G...

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20Inch, it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

---

### Product details

**Product Dimensions** ： 25 x 1.5 x 0.6 inches; 3.21 ounces

**Item model number** ： Drain clog remover, drain snake

**Date First Available** ： August 31, 2024

**Manufacturer** ： QUIUMES

**ASIN** ： B0D7BMRMRT

**Best Sellers Rank:** #1,312 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#9 in Drain Augers

**Customer Reviews:**

4.3          (611)

---

### Product Videos



---

### Important information

#### Directions

Insert the drain cleaner into the pipe, twist, and pull to remove the clog. Ensure a secure grip to clear drains safely.

#### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

### Related products with free delivery  Sponsored ⓘ

Deliver to
Chicago 60602   | Health, Household & Baby Care ▾

Hello, Angie
Account & Lists    Returns & Orders    0

EN

Def 5 HUWSR







63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner...
19
$9⁹⁹

4 Pack Snake Drain Hair Removal Tool, Reusable Drain Snake Hair Drain Clog Remover ...
21
Amazon's Choice
$9⁹⁹

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
29
$7⁹⁹

Drain Clog Remover,5 Pack 31.88inch Drain Snake Hair Removal Tool,Shower Sink Unclo...
3
$9⁹⁹

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14⁹⁵ ($4.98 / count)

5 in 1 Compatible Drain Snake Ha... with 5 Packs Dr Clog Remover ...
9,
$7⁹⁹

Sponsored

## Similar brands on Amazon
Sponsored








Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick...
4.0          297
$9.99

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4          35,364
$19.99

Green Gobb Powerful Li...
4.2
$23.68

---

🔶 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it be used on curved pipes?        Does it require any assembly?        Is it safe for all types of plumbing?

Can it remove grease clogs?        Is it reusable?

---

## Customer reviews

**4.3 out of 5**

611 global ratings

5 star  |                              |  67%
4 star  |                              |  16%

## Customers say

Customers find the drain snake effective, with one mentioning it works well for years-old clogs, and appreciate that it saves them from expensive plumbing bills. The product is easy to use, gets hair out of drains, and is considered a must-have for every household, particularly for bathroom sinks. While some customers find it durable, others report durability issues, and there are mixed experiences with drain access.

ai Generated from the text of customer reviews

Deliver to
Chicago 60602          Health, Household & Baby Care

Hello, Angie
Account & Lists          Returns & Orders          0

EN

Def 5 HUWSR

11/10/25, 7:36 AM Amazon.com: Drain Snake Clog Remover 4 Pack, 20 Inch Flexible Hair Drain Clog Removal Tool Sink Shower Tub Toilet, Drain Cleaner with G…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 111 of 125 PageID #:142

— Durability      — Drain access

## Reviews with images

See all photos ›



## Top reviews from the United States

 Bowman

**Works great**

Reviewed in the United States on October 13, 2025

Style: Drain Snake 4pcs    Verified Purchase

Durable and works great. Easy to use. The size is perfect for tubs or sinks. Cleans the drain so water will flow again.Great value for the money.

Helpful    Report

Sanibeljac

**They work, inexpensive, messy**

Reviewed in the United States on November 5, 2025

Style: Drain Snake 4pcs    Verified Purchase

They're not high tech, and can be messy, but for the price they can save you an expensive plumbing bill. I've been using these for years and there's a couple of things to keep in mind when using. The gunk you'll pull up with this product is nasty, so wear gloves, mask and eye covering if you expect any splashing. Ick! Also, don't try to clean the stuff off so you can reuse...just wrap it up and throw away after the clog is cleared. Otherwise you can cut yourself with the sharp edges and possibly introduce organisms into the cut. But they work, and they're inexpensive

One person found this helpful

Helpful    Report

Derik Whitaker

**Great device**

Reviewed in the United States on July 19, 2025

Style: Drain Snake 4pcs    Verified Purchase

These work great for unclogging years or even month of hair stuck in your drain, only downside is their plastic hooks wear out easy

2 people found this helpful

Helpful    Report

Ichews2014

**Had a scare, but clog is fixed!**

Reviewed in the United States on September 6, 2025

Style: Drain Snake 4pcs    Verified Purchase

Moved into a rental and the sink had been slow draining for a couple months now. Finally decided to purchase this snake (instead of a solution that may not work). It arrived with no instructions, no problem, seems self explanatory.

Bathroom sink is one of those with a springy push drain stopper. I screwed the lid off and pushed the snake into the hole, ummm, and I pulled it back out and the inner mechanics of drain came out too, WOW, what a scare! I tried hammering it back into a straightened position and started to panic thinking this is an awful tool! I finally grabbed with pliers and the mechanic came out easily. I then used the snake again, twisted it around and pulled it out. Surprisingly not much grime came out. But it def fixed the clog. I was then able to put the mechanism back inside after cleaning it. WHEW.

Deliver to
Chicago 60602

Health, Household & Baby Care ⌄

EN        Hello, Angie
Account & Lists        Returns
& Orders        0

Def 5 HUWSR

https://www.amazon.com/Drain-Remover-Effective-Cleaner-Showers/dp/B0D7BMRMRT/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_2_6/130-6793344-37…      6/9

11/10/25, 7:36 AM

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 12 of 125 PageID #:143

Amazon.com: Drain Snake Clog Remover, 4 Pack 20 inch Flexible Hair Drain Clog Remover Tool, Sink Shower Tub Toilet Drain Cleaner with G...

2 people found this helpful

[ Helpful ]    Report

Janice L. Heape

**Perfect to get hair out of a clogged drain**
Reviewed in the United States on October 11, 2025
Style: Drain Snake 4pcs    Verified Purchase

Great way to get hair out of here sink when it's clogged. This is a wonderful tool to have around. My son always shaves and all kinds of hair goes down the bathroom sink and I can't stop it from being stopped up liquids. Don't seem to help. This handy tool gets the hair right out and the drain runs freely Immediately it's terrible plastic and easy to remove the hair.

[ Helpful ]    Report

Amazon Customer

**Doesn't work unfortunately for small drains**
Reviewed in the United States on March 11, 2025
Style: Drain Snake 4pcs    Verified Purchase

I bought this because the price was good, but unfortunately did not work for me. It was too thick and I wasn't able to spin it around in the drain. It wasn't really able to fish anything out. I'd try something else.

[ Helpful ]    Report

Jill Heinold

**A Great Buy**
Reviewed in the United States on October 5, 2025
Style: Drain Snake 4pcs    Verified Purchase

Because these drain snake clog removers are so slender, they are able to get into drains that a larger clog remover could not. They worked great, and our drains are draining so much better now!

One person found this helpful

[ Helpful ]    Report

EV3

**Does not work. Waste of money.**
Reviewed in the United States on September 19, 2025
Style: Drain Snake 4pcs    Verified Purchase

Does not work. Because of the sharp spikes on the side, it is hard to get down the drain. Even when I managed to get it in the drain as far as it went, it only removed maybe about 15% of the clog and actually made the water drainage worse. The Flexisnake drain weasel works much better.

[ Helpful ]    Report

**See more reviews ›**

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

Def 5 HUWSR

https://www.amazon.com/Drain-Remover-Effective-Cleaner-Showers/dp/B0D7BMRMRT/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_2_6/130-6793344-37...    7/9

11/10/25, 7:36 AM    Amazon.com: Drain Snake Clog Remover Hair 20 Inch Flexible Hair Drain Removal Tool, Sink Shower, Tub, Toilet, Drain Cleaner with G…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 13 of 125 PageID #:144

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English          United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

Deliver to Chicago 60602    Health, Household & Baby Care ▾    Hello, Angie Account & Lists    EN    Returns & Orders    0

Def 5 HUWSR

Scalable Cloud
Computing
Services

Listen to Books &
Original
Audio
Performances

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Def 5 HUWSR

All   Rufus   Holiday Deals   Same-Day Delivery   Amazon Haul   Medical Care ▾   Luxury   Amazon Basics          Black Friday Week starts Nov 20

Health & Personal Care   Household Supplies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness   Health & Wellness

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers

## Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover, Ideal Drain Cleaner For Sinks, Showers, And Tubs - Flexible And Durable 6Pack 20inch Length For Easy Use.

Brand: QUIUMES
4.3    (611)  |  Search or ask
Amazon's Choice
**100+ bought in past month**

$8⁹⁹

**Overnight**
FREE Returns
Save 10% on 5 select item(s)  Shop items ›

Get $250 off instantly: Pay $0.00 upon approval for Prime Visa.

Style: **Drain Snake 6pcs**

 
$6.99 FREE Delivery Wednesday    $8.99 FREE Delivery Overnight 4 AM - 8 AM

- 【Soft & Flexible Barbed Wand】This 6-pack 20inch drain clog remover features a multi-tooth design, making it perfect for navigating various strainers and pipes to easily hook and remove hair and debris.
- 【High-Quality Material】Crafted from durable polypropylene, this drain snake is tough yet flexible, designed to tackle hair clogs swiftly. The drain snake hair drain clog remover easily maneuvers through tight bends and P-traps in your plumbing.
- 【User-Friendly Operation】Operating this snake drain hair removal tool is simple—just insert, twist, and pull to remove blockages. This drain cleaner is safe to use, protecting your hands while delivering effective results.
- 【Eco-Conscious and Reusable】 Opt for this reusable drain snake instead of harsh chemical solutions. Ideal for kitchen sinks, toilets, bathtubs, and more, this drain clog remover offers a sustainable and cost-effective way to maintain clear drains.
- 【Versatile Application】 Whether in the kitchen, bathroom, or other areas, this drain snake hair drain clog remover is versatile enough to handle clogs in sinks, toilets, bathtubs, and sewers, easily flexing around P-traps where clogs are most common.

Report an issue with this product or seller

$8⁹⁹

**Overnight**
FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 12 hrs 3 mins
Shorter shipping distance
Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart
Buy Now

Ships from  Amazon
Sold by  HUWSR
Returns  FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout
ˇ See more

Add to List

Sponsored



**Click to see full view**

Ask Rufus
Can it be used on all drain types?
Is it safe for septic systems?
Does it require any special storage?
Ask something else

Def 5 HUWSR

https://www.amazon.com/dp/B0DQBJ2G4Z/ref=twister_B0DXKPL7RX?_encoding=UTF8&th=1    1/11

 

Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover, Ideal Drain Cleaner for Sink, Showers, And Tubs - Flexible...

↑ Top    About this item    Similar    **From the Brand**    Product information    Questions    Reviews

+    +

**Total price:** $32.54

Add all 3 to Cart

These items are shipped from and sold by
different sellers.
Show details

**This item:** Drain Clog Remover,
Effective Drain Snake Hair Drain
Clog Remover, Ideal Drain Clea...
$8.99

Drano Max Gel Drain Clog
Remover and Cleaner for Shower
or Sink Drains, Unclogs and ...
$16.97 ($0.11/fluid ounce)

Liquid-Plumr Pro-Strength Hair
Eliminator Gel Clog Remover, Hair
Clog Remover and Drain Opene...
$6.58 ($0.41/fluid ounce)

---

**Deals on related products** Sponsored ⓘ

Page 1 of 2

  

Drain Snake Auger,
Plumbing Snake Drain
Hair Clog Removal Tool,
Heavy Duty Toilet S...
31
Limited time deal
-41% $33.18
List: $55.90

33 Feet Drain Snake
Auger, Plumbing Snake
Drain Hair Clog Removal
Tool, Heavy Duty ...
119
Limited time deal
-17% $33.08
List: $39.99

DR.PEN Flexible Grabber
Claw Pick Up Reacher
Tool (Drain Clog Remove
Tool), With 4 ...
7,750
Ends in 19:17:55
-10% $11.69
List: $12.99

Drain Snake Auger 33
Feet, Plumbing Snake
Drain Hair Clog Removal
Tool, Heavy Duty ...
124
Limited time deal
-20% $29.29
List: $36.69

POPULO 20V Cordless
Electric Drain Snake,
25Ft Replaceable Cable
with 2.0Ah Battery...
482
Ends in 19:17:55
-23% $99.97
List: $129.97

You pay $31.42 with coupon

---

**Product description**



**Scientific design**

Deliver to
Chicago 60602

Health, Household & Baby Care ⌄

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

11/10/25, 7:42 AM    Amazon.com: Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover Tool Drain Cleaner For Sinks Showers, And Tubs - Flexible...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 117 of 125 PageID #:148

Multi-gear design for easy grab & remove clustered hair



**Reusable**

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.



**Wide Application**

Deliver to
Chicago 60602    Health, Household & Baby Care ⌄         EN    Hello, Angie
                                                               Account & Lists    Returns
                                                                                  & Orders    0

https://www.amazon.com/dp/B0DQBJ2G4Z/ref=twister_B0DXKPL7RX?_encoding=UTF8&th=1

Def 5 HUWSR                                                               3/11

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 118 of 125 PageID #:149

↑ Top    About this item    Similar    **From the Brand**    Product information    Questions    Reviews

and sewers. It easily flexes at P-traps, where most clogs occur.



**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed



Deliver to
Chicago 60602    Health, Household & Baby Care ▼

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

https://www.amazon.com/dp/B0DQBJ2G4Z/ref=twister_B0DXKPL7RX?_encoding=UTF8&th=1    Def 5 HUWSR    4/11

11/10/25, 7:42 AM    Amazon.com: Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover Tool,Drain Cleaner for Sink,Showers,And Tubs - Flexible…

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 119 of 125 PageID #:450

↑ Top      About this item      Similar      From the Brand      Product information      Questions      Reviews

Drain snake use polypropylene recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.



**ENJOY YOUR WONDERFUL LIFE!**
Solve all your clogging problems

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

## Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20Inch, it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

## Product details

**Product Dimensions :** 20 x 1.5 x 0.5 inches; 3.84 ounces

**Item model number :** Drain clog remover, drain snake

**Date First Available :** August 31, 2024

**Manufacturer :** OUIUMES

Deliver to
Chicago 60602      Health, Household & Baby Care ▾

Hello, Angie          Returns
EN       Account & Lists    & Orders      0

Def 5 HUWSR

11/10/25, 7:42 AM    Amazon.com: Drain Clog Remover, Flexible Drain Snake Hair Drain Clog Remover Tool Drain Cleaner for Sink, Showers, and Tubs - Flexible…

Case: 1:25-cv-14775 Documents #: 1-2 Filed: 12/05/25 Page 120 of 125 PageID #:451

↑ Top    About this item    Similar    **From the Brand**    Product information    Questions    Reviews

4.3    (611)

## Product Videos



## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery *Sponsored* ⓘ



32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
204
$9⁴⁷

35.5 Inch Drain Clog Remover Tool (1pc), 30 Inch Sink Snake Drain Tool (5 pcs) & 59...
347
*Amazon's Choice*
-31%  $8⁹⁹
List: $12.99

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
29
$7⁹⁹

2-Pack Drain Snake & Clog Remover Tool (35" & 79") - Gutter Cleaning Tools Flexib...
7
-5%  $13²⁹
Typical: $13.99

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14⁹⁵  ($4.98 / count)

MUSMU 5 in 1 Compatible for Snake Hair Drain Packs Drain Au...
9,
$7⁹⁹

Deliver to
Chicago 60602    Health, Household & Baby Care ▾

EN    Hello, Angie    Returns    0
Account & Lists    & Orders

**Def 5 HUWSR**

↑ Top    About this item    Similar    From the Brand    Product information    Questions    Reviews

## Similar brands on Amazon
Sponsored


Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…
3.9    207
$29.99


WOHPW Toilet Plunger, High Pressure Toilet Plunger Toilet Auger Air with Re…
4.5    135
$35.99


Flexible Gra
Tool With 4
4.0
$9.99

---

🔴 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it be used on all drain types?    Is it safe for septic systems?    Does it require any special storage?

Can it remove grease clogs?    Is it easy to sanitize?

---

## Customer reviews
**4.3 out of 5**
611 global ratings

5 star  67%
4 star  16%
3 star  7%
2 star  3%
1 star  7%

How customer reviews and ratings work

### Customers say
Customers find the drain snake effective, with one mentioning it works well for years-old clogs, and appreciate that it saves them from expensive plumbing bills. The product is easy to use, gets hair out of drains, and is considered a must-have for every household, particularly for bathroom sinks. While some customers find it durable, others report durability issues, and there are mixed experiences with drain access.

Generated from the text of customer reviews

**Select to learn more**
✓ Effectiveness  ✓ Value for money  ✓ Ease of use  ✓ Quality  ✓ Hair removal  ✓ Utility
— Durability  — Drain access

### Reviews with images
See all photos ›

   

11/10/25, 7:42 AM Amazon.com: Drain Clog Remover, Drain Dredge Snake Hair Drain Clog Remover Bathtub Cleaner Ear Sink Showers And Tubs - Flexible…

Case: 1:25-cv-04775 Document #: 1-2 Filed: 12/05/25 Page 122 of 125 PageID #:453



Reviewed in the United States on October 13, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

Durable and works great. Easy to use. The size is perfect for tubs or sinks. Cleans the drain so water will flow again.Great value for the money.

Helpful      Report

Sanibeljac

**They work, inexpensive, messy**
Reviewed in the United States on November 5, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

They're not high tech, and can be messy, but for the price they can save you an expensive plumbing bill. I've been using these for years and there's a couple of things to keep in mind when using. The gunk you'll pull up with this product is nasty, so wear gloves, mask and eye covering if you expect any splashing. Ick! Also, don't try to clean the stuff off so you can reuse...just wrap it up and throw away after the clog is cleared. Otherwise you can cut yourself with the sharp edges and possibly introduce organisms into the cut. But they work, and they're inexpensive

One person found this helpful

Helpful      Report

Derik Whitaker

**Great device**
Reviewed in the United States on July 19, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

These work great for unclogging years or even month of hair stuck in your drain, only downside is their plastic hooks wear out easy

2 people found this helpful

Helpful      Report

Ichews2014

**Had a scare, but clog is fixed!**
Reviewed in the United States on September 6, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

Moved into a rental and the sink had been slow draining for a couple months now. Finally decided to purchase this snake (instead of a solution that may not work). It arrived with no instructions, no problem, seems self explanatory.
Bathroom sink is one of those with a springy push drain stopper. I screwed the lid off and pushed the snake into the hole, ummm, and I pulled it back out and the inner mechanics of drain came out too, WOW, what a scare! I tried hammering it back into a straightened position and started to panic thinking this is an awful tool! I finally grabbed with pliers and the mechanic came out easily. I then used the snake again, twisted it around and pulled it out. Surprisingly not much grime came out. But it def fixed the clog. I was then able to put the mechanism back inside after cleaning it. WHEW.



2 people found this helpful

Helpful      Report

Janice L. Heape

**Perfect to get hair out of a clogged drain**
Reviewed in the United States on October 11, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

Great way to get hair out of here sink when it's clogged. This is a wonderful tool to have around. My son always shaves and all kinds of hair goes down the bathroom sink and I can't stop it from being stopped up liquids. Don't seem to help. This handy tool gets the hair right out and the drain runs freely Immediately it's terrible plastic and easy to remove the hair.

↑ Top    About this item    Similar    From the Brand    Product information    Questions    Reviews

Reviewed in the United States on March 11, 2025
Style: Drain Snake 4pcs   **Verified Purchase**

I bought this because the price was good, but unfortunately did not work for me. It was too thick and I wasn't able to spin it around in the drain. It wasn't really able to fish anything out. I'd try something else.

[ Helpful ]    Report

Jill Heinold
**A Great Buy**
Reviewed in the United States on October 5, 2025
Style: Drain Snake 4pcs   **Verified Purchase**

Because these drain snake clog removers are so slender, they are able to get into drains that a larger clog remover could not. They worked great, and our drains are draining so much better now!

One person found this helpful

[ Helpful ]    Report

EV3
**Does not work. Waste of money.**
Reviewed in the United States on September 19, 2025
Style: Drain Snake 4pcs   **Verified Purchase**

Does not work. Because of the sharp spikes on the side, it is hard to get down the drain. Even when I managed to get it in the drain as far as it went, it only removed maybe about 15% of the clog and actually made the water drainage worse. The Flexisnake drain weasel works much better.

[ Helpful ]    Report

**See more reviews ›**

Deliver to
Chicago 60602        Health, Household & Baby Care ⌄

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

Def 5 HUWSR

11/10/25, 7:42 AM Amazon.com: Deb-Cug: Remove, Dissolve Cat & Hair Dried Clog, Removes Hair, Drain Cleaner Easy Sink Showers, Tubs - Flexible…

Case: 1-25-cv-24775, Document #-1-2 Filed 12/05/25 Page 124 of 125 PageID #:455

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | | |

Deliver to Chicago 60602    Health, Household & Baby Care

Hello, Angie
Account & Lists    EN    Returns & Orders    0

Def 5 HUWSR

11/10/25, 7:42 AM
Amazon.com: Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover, Reusable Hair Drain Cleaner Tool Sink Sn...

Case: 1:25-cv-14775 Document #: 1-2 Filed: 12/05/25 Page 125 of 125 PageID #:456