AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern District of Illinois** on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-14775 | DATE FILED<br>12/5/2025 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Imagination Products Corporation | | DEFENDANT<br>ArcticEagleDirect, et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>L. Janica | DATE<br>12/16/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Exhibit 1

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,923,615**

**Registered Aug. 26, 2025**

**Int. Cl.: 8**

**Trademark**

**Supplemental Register**

Imagination Products Corp.  (ILLINOIS CORPORATION)
227 W. Cedar St.
Chillicothe, ILLINOIS 61523

CLASS 8: Hand operated plumbing snakes

FIRST USE 00-00-2011 ; IN COMMERCE 00-00-2012

The color(s) Pantone Orange 021c is/are claimed as a feature of the mark.

The mark consists of color Pantone Orange 021c applied to a hand operated plumbing snake for household drain use. The shape of the plumbing snake is not a feature of the mark and is used only to illustrate placement of the mark on the goods.

SER. NO. 98-102,820, FILED P.R. 07-26-2023; AM. S.R. 07-18-2025

Acting Director of the United States Patent and Trademark Office



**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Case 1:25-cv-14775 Document #: 7-1 Filed: 12/07/25 Page 5 of 144 PageID #:317



Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

         

7 VIDEOS

## FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Cleaner, 18-inch, Made in the USA, 5 Wands and Removable Handle

Visit the FlexiSnake Store

4.4 ★★★★☆ (35,483)

**Overall Pick**

**10K+ bought** in past month

$ $19.99

Get **Fast, Free Shipping** with **Amazon Prime**

**FREE Returns** ⌄

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

**Style: 5 Pack**

| 5 Pack | |
|---|---|
| $19.99 | $32.99 |

### Bundles with this item



FlexiSnake Drain Weasel Clog Remover Tool an...

**-17%** $23.98

List: ~~$28.98~~

See all bundles

| Brand | FlexiSnake |
|---|---|
| Scent | Unscented |
| Item Weight | 0.2 Pounds |





Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:** ⦿

$ $19.99

Get **Fast, Free Shipping** with **Amazon Prime**

**FREE** delivery **Monday, December 15** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Sunday, December 7.** Order within **13 hrs 42 mins.**

Join Prime

⊙ Delivering to Kenilworth 60043 - Update location

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | Drain Weasel |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |



| | |
|---|---|
| **Product Benefits** | Effortlessly removes hair clogs from sinks, showers, and tubs |
| **Manufacturer** | FlexiSnake |

## About this item

- UNIQUE DESIGN – With a distinctive 360 degree rotation, our 18-inch drain snake cleaner, featuring micro-hooks, locks in hair, filth, and grime.
- EASY TO USE - Our easy-to-use drain opener works in 3 steps. Simply insert the wand, rotate the handle, and remove the clog. After unclogging, toss the wand in the trash and replace it with a refill.
- DISPOSABLE WANDS FOR EASY CLEAN UP – just dispose of used wands effortlessly. Our snake drain hair clog remover includes 5 convenient wand refills and a reusable quick connect handle.
- WORKS ON MOST DRAINS – Drains come in different shapes and lengths. Be sure you pick the correct length and drain size. Product works best for 0.5-5 Inch Pipes.

›  See more product details

💬  Report an issue with this product or seller

## Competitively priced item

**Amazon's Choice**

Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack
⭐⭐⭐⭐½ (2729)
$12.56

Sponsored ⓘ

---

☐ Add a gift receipt for easy returns

**Subscribe & Save** 🛒   ○
$17.99

**FREE delivery Monday, December 15 on orders shipped by Amazon over $35**

| Ships from | Amazon |
|---|---|
| Sold by | Drain Weasel |

[ Add to List ]

### Other sellers on Amazon

New (2) from $19.99 FREE
Shipping on orders over $35.00 ›
shipped by Amazon.

Sponsored ⓘ

---

## FlexiSnake products customers bought together



**This item:** FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
⭐⭐⭐⭐½ 35,483
$19.99

Sponsored ⓘ
FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bathroom,...
⭐⭐⭐⭐⭐ 701
$29.99 ($3.00/count)
✓prime

Total price: $49.98

[ **Add both to Cart** ]

Case 1:25-cv-14775 Document #: 7-1 Filed: 12/06/25 Page 7 of 144 PageID #:319

## 4 stars and above Sponsored ⓘ

      

**FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat...**
★★★★★ 701
$29⁹⁹ ($3.00 / count)
✓prime

**35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &...**
★★★★☆ 6,920
#1 Best Seller
$7⁹⁹
✓prime

**Drain Auger 25 Ft with Gloves, Plumbing Snake Drain Auger Hair Clog Remover, Heavy ...**
★★★★☆ 7,572
-17% $24⁹⁹
List Price: $29.99
✓prime

**FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool Kit, Sink, Pipe, Bathroom...**
★★★★☆ 4,233
$14⁹⁹ ($14.99 / count)
✓prime

**FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"...**
★★★★☆ 645
$21⁹⁹ ($4.40 / count)
✓prime

**Drain Auger, Clog Remover with Drill Adapter, 25 Feet Flexible Plumbing Snake Use M...**
★★★★☆ 6,871
-9% $31⁹⁷
List: $34.97
✓prime

**FlexiSnake Drain Weasel MAX Drain Hair Clog Remover Tool with Rotating Handle and 2...**
★★★★☆ 1,922
$19⁹⁹
✓prime

## Products related to this item Sponsored ⓘ

     

**FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner...**
-17% $23⁹⁸
List: $28.98
✓prime

**FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"...**
★★★★☆ 645
$21⁹⁹ ($4.40 / count)
✓prime

**WORKPRO 3 Piece Groove Joint Plier Set, 12/10/8 Inch Adjustable Water Pump Pliers, ...**
★★★★☆ 1,946
-20% $23⁹⁹
List: $29.99
✓prime

**59787 Model K-3 Toilet Auger Clog Remover Toilet Snake for Unclogging with 3...**
★★★★☆ 96
-14% $42²⁹
List: $48.99
✓prime

**FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat...**
★★★★★ 701
$29⁹⁹ ($3.00 / count)
✓prime

**35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &...**
★★★★☆ 6,920
#1 Best Seller
$7⁹⁹
✓prime

**Drain Auger 25 Ft with Gloves, Plumbing Snake Drain Auger Hair Clog Remover, Heavy ...**
★★★★☆ 7,572
-17% $24⁹⁹
List Price: $29.99
✓prime

## Product description

● ● ● ●

Case 1:25-cv-14775 Document #: 7-1 Filed: 12/26/25 Page 8 of 144 PageID #:820



Case 1:25-cv-14775 Document #: 7-1 Filed: 12/20/25 Page 9 of 144 PageID #:821



## FlexiSnake Drain Weasel Standard

## Instant Clog Remover - Clean Out Sinks, Showers, And Tubs, Fast!

Introducing the revolutionary FlexiSnake Drain Weasel - your definitive answer to all those troublesome clogged drain issues! Bid farewell to the days of contending with chemicals, costly plumber visits, or the hassle of disassembling your drain pipes. Thanks to the Drain Weasel drain snake, unclogging your drain has never been easier, faster, or more efficient!

# Drain Weasel Comparison Table

| |  |  |  |  |  |
|---|---|---|---|---|---|
| | **5PK Standard** | **10 PK Standard** | **5PK PRO** | **10PK PRO** | **10PK Std Refill** |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★½ 35,483 | ★★★★½ 35,483 | ★★★★½ 645 | ★★★★½ 939 | ★★★★★ 701 |
| Price | $19⁹⁹ | $32⁹⁹ | $21⁹⁹ | $32⁹⁵ | $29⁹⁹ |
| Hook Construction | Flexible Micro Hook | Flexible Micro Hook | Heavy Duty Hook | Heavy Duty Hook | Flexible Micro Hook |
| Shaft Construction | Ultra Flexible Shaft | Ultra Flexible Shaft | Stiffer Ribbed Shaft | Stiffer Ribbed Shaft | Ultra Flexible Shaft |

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Cleaner - 14 Inch - Drain Opener w/ Rotating Handle, Wand & 10 Refill Pads, Hair Clog Remover, Disposable Heads and Removable Handle - Amazon.com

| | | | | | |
|---|---|---|---|---|---|
| **Shaft Diameter** | 1/8 Inch | 1/8 Inch | 3/16 Inch | 3/16 Inch | 1/8 Inch |
| **Applications** | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub | Bathroom Sink, Shower & Tub |
| **Included Components** | 1 Handle & 5 Wands | 1 Handle & 10 Wands | 1 Handle & 5 Wands | 1 Handle & 10 Wands | 10 Wands only |
| **Length** | 18 Inches | 18 Inches | 18 Inches | 18 Inches | 18 Inches |

## Product Videos



C. Wise
Customer Review: Definitely Works! | See Full Review

## From the brand



**Flexi Snake Drain Weasel**

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | FlexiSnake |
| Part Number | DWPSK5A |
| Item Weight | 3.2 ounces |
| Product Dimensions | 23 x 3 x 1 inches |
| Item model number | DWPSK5A |
| Is Discontinued By Manufacturer | No |
| Size | Handle + 5 Refill Wands |
| Color | Orange/Yellow |
| Style | 5 Pack |
| Item Package Quantity | 1 |
| Number Of Pieces | 5 |
| Number of Handles | 1 |
| Included Components | Handle, wand(5) |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B01NB0729G |
| Customer Reviews | 4.4 ★★★★☆ ∨ (35,483)<br>4.4 out of 5 stars |
| Best Sellers Rank | #281 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#3 in Drain Augers |
| Date First Available | July 28, 2017 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

Case: 1:25-cv-14775 Document #: 7-1 Filed: 12/30/25 Page 21 of 144 PageID #:824

## Important information

**Safety Information**

Adult Supervision is needed to use this product.

**Directions**

1. Insert the wand into the drain. 2. Rotate the handle. 3. Remove the clog.

## Explore more from FlexiSnake  Sponsored ⓘ









| FlexiSnake Drain Weasel MAX Drain Hair Clog Remover Tool with Rotating Handle and 2... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner... | FlexiSnake Drain Weasel MAX Power Sink Snake Hair Clog Remover Tool, Sink, Pipe, Ba... | FlexiSnake Drain Weasel Refill - Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bat... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool Kit, Sink, Pipe, Bathroom... | FlexiSnake Pro Drain Weasel Sink Snake Cleaner with New Molded Tip - 18"... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool and Disposal Pods Cleaner... |
|---|---|---|---|---|---|---|
| ★★★★☆ 1,922 | -4% $22⁹⁸ | ★★★☆☆ 114 | ★★★★☆ 282 | ★★★★☆ 4,233 | ★★★★☆ 645 | -17% $23⁹⁸ |
| $19⁹⁹ | List: $23.98 | $19⁹⁰ ($19.90 / count) | Amazon's Choice | $14⁹⁹ ($14.99 / count) | $21⁹⁹ ($4.40 / count) | List: $28.98 |
| ✓prime | ✓prime | ✓prime | $18⁹⁹ ($3.80 / count) | ✓prime | ✓prime | ✓prime |
| | | | ✓prime | | | |

                                                                                                        Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Case 1:25-cv-14775 Document #: 1-1 Filed: 12/05/25 Page 316 of 444 PageID #:825

## Customer reviews

★★★★½ **4.4 out of 5**

35,483 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 5% |

How customer reviews and ratings work ⌄



Sponsored ⓘ

## Customers say

Customers find the drain snake effective at clearing clogs, unclogging drains in minutes, and pulling out large amounts of hair. The tool is easy to use, particularly in bathroom sinks, and customers consider it worth the money. While some customers find it easy to clean, others report difficulties with the cleaning process.

🅰 Generated from the text of customer reviews

**Select to learn more**

✓ Functionality   ✓ Value for money   ✓ Ease of use   ✓ Drain clearance   ✓ Hair removal
✓ Draining speed   ✓ Drain cleaning   ✓ Ease of cleaning

### Reviews with images

See all photos ›

     

### Top reviews from the United States

 Book Nerd 85

★★★★★ **Works To Well, Wasn't Prepared for the Hairball**
Reviewed in the United States on July 13, 2025
Style: 5 Pack  |  **Verified Purchase**

I usually receive my Amazon purchases and use them without ever feeling the need to leave a review.

However within two minutes of using this product I was talking out loud to myself how I'm not sure the reviews could even describe how amazing the Drain Weasel is.

My shower was very, very clogged. It had been draining slowly but when I looked in after my last shower the next day, standing water.

It took two min to understand the directions and assemble the tool, it worked within the first 10 seconds of use when a giant hair clog came out, which was both amazing and made me wonder if I was starting to go bald.

This was a stubborn clog, I had to work at it for 30 min but the tool kept going. It was easy to use and kept

∨ Read more

37 people found this helpful

[ Helpful ]    | Report

BunnyHugger

★★★★★  **It is easy and works amazingly well**
Reviewed in the United States on October 12, 2025
Style: 5 Pack |  Verified Purchase

This is the best drain opening tool I have ever used. I've been really lousy at using proper plumbing snakes in the past, but this one is easy to use, gets around bends easily, and pulls up incredible gobs of hair from my bathroom sink. The first time I used it, the sight of the huge nasty ball of stuff emerging from the drain caught me off guard and I felt lightheaded, even though I'm not usually that squeamish. Whenever my bathroom drain starts to get slow I just pull out one of these and in about five minutes it's back to draining freely. The only drawback is that I try to avoid single use plastics, so I feel a little bad about using something so disposable.

2 people found this helpful

[ Helpful ]    | Report

Cameron Miller

★★★★★  **Skeptic Turned Highly Impressed**
Reviewed in the United States on September 21, 2025
Style: 5 Pack |  Verified Purchase

I don't usually leave reviews for products, but WOW, does this work!! My bathtub had recently started backing up during showers, which is what sent me searching. I knew something needed to be done, but I didn't want to go the chemical route if I could help it, and wanted to try fixing it myself before calling my apartment's maintenance team. I wasn't 100% convinced even with seeing others' reviews, but figured it'd be worth a try.

Y'all, I had the clog removed in MAYBE all of five minutes. I only used two of the five removal wands, so now I have extras for the future! Value is great for the money in that regard, and my tub drain is completely clear now. Super simple to use & really does its job. I highly recommend!!

3 people found this helpful

[ Helpful ]    | Report

a

★★★★☆  **Works well to get our hair balls**
Reviewed in the United States on October 22, 2025
Style: 5 Pack |  Verified Purchase

Definitely works! It cleans the drain of all hair balls. It's flexible enough to get into the drain. However, I wish it was slightly more durable. It did come apart during use but I would still buy it again.



One person found this helpful

12/5/25, 10:17 AM
FlexiSnake Drain Weasel Sink Snake Hair Clog Tool, Pipe Drain Cleaner, Sink Snake Tool Flexible Handle with 5 Wands and Removable Handle - Amazon.com
Case 1:25-cv-14775 Document #: 7 Filed 12/05/25 Page 51 of 144 PageID #:327

Helpful | Report

Vermont

★★★★★ **Great purchase!**

Reviewed in the United States on October 24, 2025

Style: 5 Pack | **Verified Purchase**

Perfect. Easy to use and works great! Cheaper and avoids putting drain cleaners through the septic. Use this regularly on Airbnb turnovers and saves a lot of time when drains are cleared regularly!

2 people found this helpful

Helpful | Report

Amazon Customer LLJ

★★★★★ **Works GREAT**

Reviewed in the United States on November 3, 2025

Style: 5 Pack | **Verified Purchase**

This thing makes a gross job easy! No clean up, throw it and the hair away. Easy to use and very effective at removing hair from drains. Saves ALOT on plumber calls.

Helpful | Report

Valerie

★★★★★ **Hint: use needle-nosed pliers to grab stubborn hair clogs**

Reviewed in the United States on November 2, 2025

Style: 5 Pack | **Verified Purchase**

What they said! I won't post yet another photo of a gross hair clog, (they basically all look the same.) This set definitely works! I had a lot of trouble with the second shower drain, as the clog was huge and it got tightly wrapped around the part you can't see under the stopper. I remembered using my needle-nosed pliers to get a clog out of a sink years ago. It worked once again. You have to shake the slimy soap off into the water in order to get a good grip on the hair clog. It took a few good yanks, but I finally got the entire clog of hair out. It kind of rips off in chunks at first.

Only thing I hated was you can't reuse the snakes. There should be someway to clean off some of the junk that sticks to it no matter what, for re-use. It's a pretty expensive set for only five wands. But with the cost of liquid drano-type bottles of clog remover, it's a matter of switching one disposable plastic for another. Also, the ad description does NOT state that each snake is for one-time use only. I hope they sell refills!

3 people found this helpful

Helpful | Report

MJ

★★★★★ **This works!**

Reviewed in the United States on November 27, 2025

Style: 5 Pack | **Verified Purchase**

This is the best product I've found for removing hair and gunk out of drains instead of relying on caustic drain clearing products. You will be disgusted but your drains will be able to do their job!

Helpful | Report

12/5/25, 10:17 AM

FlexiSnake Drain Weasel Sink Snake Hair Clog Tool, Pipe Bend Cleaner, Bend for Easy Access to All Inside the Drain, Rotate and Removable Handle - Amazon.com

Case: 1:25-cv-14775 Document #: 7 Filed: 4:19:08:05/25 Page 6:15 44:98 PageID #:628

See more reviews ›

## Top reviews from other countries

[ Translate all reviews to English ]

 Sandra

★★★★★ **Rara vez califico algo, pero esto lo vale.**

Reviewed in Mexico on May 20, 2023

Style: 5 Pack    Verified Purchase

Tras 1 año de usar productos como Drano y otros métodos. Justo antes de desarmar el drenaje, escogí mejor usar esto y es de las mejores compras que he hecho de Amazon.

En menos de 2 minutos resolví el problema!

10/10

Report

Translate review to English

 Reshmi

★★★★★ **Works perfectly!**

Reviewed in the United Kingdom on November 19, 2023

Style: 5 Pack    Verified Purchase

I don't usually leave reviews on products that I've used but I have to on this! This worked absolutely perfectly for us - our drain was clogged with so much hair that it became super slow to drain. Hooked this up in less than 10 seconds and pushed it all the way down the hole and used the spin thing to bring it up and within 3 goes our entire drain was hair free! It's a bit annoying that it's a one use type of product but I can leave with that considering we ordered the 6 piece one.

Report

 Claudio Zirmiani

★★★★★ **fantastico!**

Reviewed in Italy on April 18, 2019

Style: 5 Pack    Verified Purchase

Arrivato in tempi rapidissimi con Amazon, l'articolo devo dire che funziona proprio,pulisce lo scarico del lavandino in pochi minuti,basta inserirlo e girarlo su se stesso e il gioco e' fatto, rimuove tutti i capelli e residui di sporco.Consigliatissimo!

Report

Translate review to English

 Darren

★★★★★ **WORKS LIKE A CHARM!**

Reviewed in Canada on March 9, 2025

Style: 5 Pack    Verified Purchase

Case 1:25-cv-14775-Document #: 7-1 Filed 4/21/24 Page 17 of 144 PageID #:329

Simply amazing, unclogged my shower drain in seconds and it was not hard to use at all! It fit the holes in my shower drain so I didn't need to try and take it apart, which was good cause my drian has been grouted over. Best of all, no harsh chemicals needed!

Report

Weiming Li

★★★★★ **Flexible snake that helps removing filth in drains!**
Reviewed in Australia on November 14, 2020
Style: 5 Pack | **Verified Purchase**

One hook was pretty much I needed to clean out the filth in my bathroom sink!

At first I did not expect to have much hair and filth clogged in the sink, so I pushed the hook all the way down till it could not go further, rotated the handle a few times and suddenly I felt the tension as I tried to pull up the snake. I thought the hook was not strong enough and worried that it could break. But as soon as I put more force pulling up, the amount of hair captured was beyond astonishing!

Used another two hooks to make sure that the drain was clean enough. Overall, a happy purchase! Minimal storage space required!

Report

**See more reviews** ›

Back to top

FlexiSnake Drain Weasel Sink Snake Cleaner - 18 inch Wand & Rotating Handle With Wand and Removable Handle - Amazon.com

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

| English ▾ | 🇺🇸 United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑️✖️

© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:25-cv-14775 Document #: 1 Filed: 12/05/25 Page 19 of 144 PageID #:331

Exhibit 2



11/6/25, 3:51 PM

Deliver to
Chicago 60601

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, Julie
Account & Lists ▾

Returns
& Orders

0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

prime THURSDAY NIGHT FOOTBALL    03 : 08 : 21

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop Clorox 2

Sponsored

Tools & Home Improvement > Plumbing > Drain Cleaning Equipment > Drain Augers



Click to see full view

**Ask Rufus**

Can it be used on bathroom sinks?

Does it require any assembly?    Is it reusable?

Ask something else

(3 pack) ...ake Hair Drain Clog Remover
...Shower Snake Sink Unclogger
... Exquisite Packaging

... EAGLE Store

...9,011)  |  Find specific info

20K+ bought in past month

**-25%** $5.99 ($2.00 / count)
List Price: $7.99

Today
FREE Returns

Thank you for being a Prime Member. Pay $5.99 **$0.00 for this order**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Style: **3 Pack**

Color: **Orange**

$5.99
($5.99 / count)
FREE Delivery
Overnight 7
AM - 11 AM

$5.99
($2.00 /
count)
$7.99
FREE Delivery
Today 5 PM -
10 PM

**Bundles with this item**

| Brand | ARCTIC EAGLE |
|---|---|
| Scent | Unscented |
| Item Weight | 0.06 Kilograms |
| Product Benefits | Easy to use, environmentally friendly, cost-effective, and widely applicable for various drain clogs |
| Manufacturer | ARCTIC EAGLE |

**About this item**

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5" before purchasing

- Soft & Flexible Barbed Wand：Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris

- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs， sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages

- Economical & Green :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use.You

$5.99 ($2.00 / count)

Today

FREE delivery Today
5 PM - 10 PM to Chicago 60601
on qualifying orders over $25.
Order within 2 hrs 10 mins

Shorter shipping distance

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    ArcticEagleDirect
Returns    FREE refund/replacement until Jan 31, 2026
Gift options    Available at checkout

See more

Add to List

**Other sellers on Amazon**

New (3) from $5.99
Today 5 PM - 10 PM



35.5inch Drain Clog Remover(1p...
4.4    6,584
$7.99

Sponsored

won't need the expensive plumber service and more green and secure than bad smell chemical drain cleaners

- **Bendable & Flexible:** With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean.

- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is larger than 0.45in before purchasing

Report an issue with this product or seller

---

### There is a newer version of this item:



Longer Drain Clog Remover Sink Snake: 3 Pcs Hair Remover Tools for Shower Bath and Bathtub (25in Longer Size)

$6.29 ($2.10 / count)
(2,020)

In Stock

---

Sponsored

---

## Customers also bought

Based on products customers bought together

  +    +  

Total price: $40.97

**Add all 3 to Cart**

These items are shipped from and sold by different sellers.
Show details

**This item:** ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink…
4.5    9,011
**-25% $5.99** ($2.00/count)
List: $7.99

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean…
4.4    35,345
$19.99

Sponsored
LEKEYE Drain Hair Catcher/Bathtub Drain Cover/Drain Protector for Pop-…
4.5    15,142
**-12% $14.99**
List: $16.99

---

## 4 stars and above  Sponsored ⓘ

               

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &…
6,584
#1 Best Seller
$7.99

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub …
35,345
$19.99

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…
2,946
$14.95 ($4.98 / count)

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…
199
$9.47

25 Inch Hair Drain Cleaner Tool, Clog Remover Tool, 6 Pack Drain Auger Hair…
4,155
$4.99

Forlivese 3 Pack Drain Snake,Drain Remover,Sink S Sewer Kitche…
2
**-10% $4.49**
($1.50 / count)
Typical: $4.99

---

## From the brand

11/6/25, 3:51 PM          Amazon.com: Hair Drain Clog Remover, Snake Hair Drain Cleaner Upgraded Drain Auger Hair Catcher with Exquisite P…

Case 1:25-cv-14775-RGK-AS   Document #: 1   Filed 12/06/25   Page 23 of 144 PageID #:335

## ABOUT US

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at home and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain Snakes**

Visit the Store

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks                              Bathtub                              Kitchen Sinks

### Easy to Use!

1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

### Solved The Problem! Worked Great and Highly Recommend!

**Notes:**

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

Def 1 Arctic Eagle Direct

11/6/25, 3:51 PM    Amazon.com: Arctic Eagle Drain Snake Hair Drain Clog Remover, Upgraded Unbreakable Hair Snake Sink Handle Drain Cleaner Tool for Sewer, Kitchen Sink, Bathroom Tub, Toilet Clogged Drains Cleaning - 3 Pack Drain Augers with Exquisite P…

Case: 1:25-cv-14775 Document #: 7-1 Filed: 12/30/25 Page 45 of 125 PageID #:336

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St... | Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool... | ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U... | 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S... | 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl... |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Package Dimensions** : 9.09 x 4.61 x 0.55 inches; 2.08 ounces

**Item model number** : NO

**Date First Available** : June 6, 2020

**Manufacturer** : ARCTIC EAGLE

**ASIN** : B089R694YM

**Best Sellers Rank:** #63 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#2 in Drain Augers

**Customer Reviews:**

4.5            (9,011)

## Product Videos

Dana Garcia  Earns commissions
Honest Review of Drain Snake

## Important information

### Safety Information

This product should be used with caution to ensure safety. It is recommended to use protective equipment when necessary. Keep the product away from children. Use in a well-ventilated area. If exposed, seek medical advice.

### Directions

Straighten the drain clog remover cleaning tool first. Hold the handle loop, pull it from up and down and rotate a few times. If you feel that there are blockages on hook, and then lift it up slowly.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored ⓘ



Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs…
70,943
#1 Best Seller
-7% $16⁹⁷
($0.11 / fluid ounce)
List: $18.21



5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover …
9,663
$7⁹⁹



Sewer Drain Brush, Drain Clog Remover, 17inch Flexible Long Pipe Snake Hair Clogs C…
964
$9⁹⁹



63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner…
3
$9⁹⁹



35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &…
6,584
#1 Best Seller
$7⁹⁹

The original Zip Clog Remover 2 Overall Length Snake Cleaner …
2,
$14⁹⁵ ($4.98 / c



Sponsored

## Similar brands on Amazon

Sponsored




Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,...
4.5            70,943
$9.47

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4            35,345
$19.99

Drain Snake Gutter Clea...
3.9
$13.99

## Customer reviews

**4.5 out of 5**

9,011 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 2% |
| 1 star | | 3% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain snake effective, working in minutes and instantly clearing sink drains. The tool is easy to use, saves hundreds in plumber costs, and is considered the best drain snake ever. It successfully removes hair and soap from bathtubs, and customers report their sinks draining like new again. While some customers say it lasts a long time, others mention it breaks easily.

AI Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (492)   ✓ Drain cleanliness (244)   ✓ Ease of use (194)   ✓ Value for money (153)

✓ Quality (134)   ✓ Hair removal (132)   ✓ Draining ability (60)   — Durability (98)

## Reviews with images

See all photos ›






## Top reviews from the United States

  Brooklyne Calvillo-Cornejo

**Just do it, your drain will thank you.**

Reviewed in the United States on August 4, 2025

Style: 6 Pack    Color: Orange    **Verified Purchase**

This helped unclog my sink drain literally within minutes! I used draino as well so that helped too but this actually got down in there and removed so much hair. We had build up from the previous tenants so it was nice to clear out all of our drains! Now, no back up, the sink drains so smoothly. These are easy to use and I love having the 6 pack, it's a great value. They are flexible and function as advertised!

5 people found this helpful

Helpful     Report

KirieTheCat

**Pleased with this method of removing hair from the drain!**
Reviewed in the United States on August 4, 2025
Style: 3 Pack    Color: Green    Verified Purchase

I have purchased some similar to these before & they lasted for a while. Eventually, the little grabbers get bent backwards & the product stops working. However, they work well for quite some time. Better than pouring stuff down the drain ending up in my septic tank, which I don't like. Easy to use. You can get the drain unclogged quickly! Good value for money. Hope these work as well as the last ones I purchased.

5 people found this helpful

Helpful     Report

Gabrielle O'Neill

**Did the job!**
Reviewed in the United States on July 8, 2024
Style: 3 Pack    Color: Orange    Verified Purchase

I recently purchased a drain clog tool, and I must say that it has been a game-changer when it comes to tackling stubborn clogs in my drains. This tool has proven to be highly effective and has saved me both time and money.

First and foremost, the design of this drain clog tool is impressive. It features a flexible and durable cable that easily navigates through the twists and turns of my pipes, ensuring that it reaches the source of the clog. The handle is ergonomic and comfortable to grip, allowing for easy maneuverability while applying the necessary pressure to clear the blockage.

What sets this drain clog tool apart is its effectiveness. It effortlessly removes even the most stubborn clogs, whether it's hair, grease, or other debris. The cable is strong and sturdy, allowing it to break through the clog without causing any damage to the pipes. I have used it on multiple occasions, and each time it has successfully cleared the blockage, restoring proper water flow in my drains.

⌄ Read more

10 people found this helpful

Helpful     Report

Amazon Customer

**It works great**
Reviewed in the United States on September 17, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

Absolutely amazing, I don't normally like to write a review, but this one is exceptional, I thought it wasn't going to work, but surprisingly, it did, I used it to unclog my bathroom sink, it worked, it brought out a lot of hair, and water started flowing freely in my sink, highly recommended.

Helpful     Report

HAN

**Drains Cleared Easily!**
Reviewed in the United States on October 26, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

The ARCTIC EAGLE Drain Snake made clearing my shower drain super easy. It worked quickly and removed all the hair without any hassle. Very simple and effective!

Helpful     Report

Amazon Customer

**great product**
Reviewed in the United States on October 10, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

These really grabbed the slimy hair in my drain that I did not want to grab with my hands and that was hard to reach. Made cleaning out my tub drain much easier. Worked great.

Helpful     Report

Def 1 Arctic Eagle Direct



**namedddt**
**Works ok**
Reviewed in the United States on October 28, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

It works but not as well as I had hoped. It does clear the drain if it's heavily clogged but still leaves hair to be removed.

[ Helpful ]    Report

**Amazon Customer**
**Arctic Eagle Drain Snake**
Reviewed in the United States on October 26, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

Goodness--this little plastic thing is amazing. I opened the package of three, took one out and inserted it down my bathroom sink drain and pulled it back out. I did not twist or anything just put it down the drain and pulled a large clump of hair out. My drain now works fabulously. Actually I am shocked at how easy it was to use. I love my plumber but he will have to wait for my next plumbing emergency. Thanks for reading my review!!!

[ Helpful ]    Report

**See more reviews** ›

## Top reviews from other countries

[ Translate all reviews to English ]



**Aziz**
**Easy to use and effective**
Reviewed in Saudi Arabia on February 8, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

.

Report

**Ramy**
**Unleash the Hair Monster with the Drain Clog Remover!**
Reviewed in the United Arab Emirates on May 28, 2023
Style: 3 Pack    Color: Orange    Verified Purchase

Greetings, fellow hair battlers! Today, I'm here to share my hair-raising experience with the Drain Clog Remover, specifically the 3 Pack Snake Clog Remover Tool. Now, just to be clear, this review is all about my personal encounter, and I'm not getting paid to spill the hairy details. So, let's dive into the depths of drain-cleaning adventures!

Pros:

Hair Magic: Brace yourselves, because this clog remover will reveal a hair monster you never thought existed. The amount of hair I extracted from my drain was both fascinating and horrifying. Who knew such a small tool could conquer such a tangled mess?

Versatile Design: This tool is a true multitasker. Whether it's the bathroom sink, shower drain, or even the occasional kitchen sink clog, the Drain Clog Remover tackles them all. No clog is too mighty for this mighty

ⅴ **Read more**

Report



**Mrs. T**
**Very effective!**
Reviewed in Canada on July 23, 2025
Style: 3 Pack    Color: Orange    Verified Purchase

We frequently get plugged drains, and I was looking for a quick way to pull the hair out. I decided to try these and was amazed how easy it worked and how effective it is. Would definitely recommend! Fits down a narrow space as well, so no frustration trying to get a plug out, it simply fits down the opening with the plug still in.

Def 1 Arctic Eagle Direct

Report

ابراهيم فوزي

**عملية جدا**

Reviewed in Saudi Arabia on December 11, 2022

Style: 3 Pack     Color: Orange     **Verified Purchase**

تنظف و تسلك البالوعات بشكل جيد جدا

Report

**Translate review to English**

Pamela Harris

**Amazing**

Reviewed in Canada on October 20, 2025

Style: 3 Pack     Color: Orange     **Verified Purchase**

Works like a charm I'm so happy it unclogged all my drains.

Report

**See more reviews** ›

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Def 1 Arctic Eagle Direct

Case 1:25-cv-14775-Document #: 7 Filed 12/05/25 Page 30 of 145 PageID #:342

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
Chicago 60601    All ▾    Search Amazon

EN ▾    Hello, Julie
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

prime  THURSDAY NIGHT FOOTBALL    02 : 57 : 26

POPULO Drain Auger, Auto Feed Plumbing
4.4    40    $47⁹⁷    Shop now

Sponsored

Tools & Home Improvement  ›  Plumbing  ›  Drain Cleaning Equipment  ›  Drain Augers



4 items

Click to see full view

⭑ Ask Rufus

Can it be used on all drain types?

Is this tool easy to store?

Does it require any assembly?    Ask something else

# Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Claw - Drain Cleaner Tool for Kitchen, Bathroom, Tub Toilet Orange (3+1), Plungers for Clearing Blocked Drains

Visit the ARCTIC EAGLE Store

5.0    (3)  |  Find specific info

$9⁹⁹ ($9.99 / count)

**Tomorrow**

FREE Returns

Thank you for being a Prime Member. Pay $9.99 $0.00 for this order; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

| | |
|---|---|
| Brand | ARCTIC EAGLE |
| Manufacturer | ARCTIC EAGLE |
| Number of Items | 4 |

## About this item

- Package Includes: Three flexible orange hair clog removers and one metal grabber tool, suitable for reaching and pulling out tangled hair, food debris, and other buildup from your drains
- Flexible & Easy to Use: The 20-inch plastic drain snakes easily bend through pipes and tight spaces without breaking, while the metal grabber tool grips and removes stubborn clogs with a simple press-and-release handle
- Eco-Friendly: No need for harsh chemicals! Our Plungers for clearing blocked drains are safe for your pipes and better for the environment
- Say Goodbye to Slow Drains: Plungers for clearing blocked drains are designed for showers, bathtubs, bathroom sinks, and even kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly
- Wide Application: Skip the expensive plumber visit. Plus, all the tools are reusable for long-term use

Report an issue with this product or seller

## Similar item to consider

Amazon's Choice ◣



Amazon Basics Max Strength Drain Cleaner Hair Clog Remover Gel - Unclogs Hair and Grease, 80 Fl Oz
80 Fl Oz (Pack of 1)
(3173)
$6.95 ($0.09/fluid ounce)

$9⁹⁹ ($9.99 / count)
**Tomorrow**

FREE delivery **Tomorrow, November 7** to Chicago 60601. Order within **8 hrs 57 mins**

◷ Shorter shipping distance

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | ArcticEagleDirect |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

∨ See more

Add to List





BraMccer 5 Pcs 35 Inch Drain Sn...
5.0    3
$8⁹⁹

Sponsored




Sponsored

## Frequently bought together



\+



Total price: $16.57

Add both to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Cla...

$9⁹⁹ ($9.99/count)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene...

$6⁵⁸ ($0.41/fluid ounce)

## Products related to this item Sponsored ⓘ






FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ...
35,345
$19⁹⁹

5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ...
9,663
$7⁹⁹

5 Pcs 35 Inch Drain Snake Hair Clog Remover Tool, Anti-Break Metal Sink Snake with ...
3
$8⁹⁹

61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle...
18
-20% $7⁹⁹
Typical: $9.99

35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...
6,584
#1 Best Seller
$7⁹⁹

FlexiSnake Drain Refill - Sink Snake Clog Remover T Pipe, Bat...
1,
$29⁹⁹ ($3.00 / c

## From the brand

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks                           Bathtub                              Kitchen Sinks

### Easy to Use!

1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

### Solved The Problem! Worked Great and Highly Recommend!

Notes:

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St...

Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool...

ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U...

3 Pack Drain Snakes with Exquisite Packaging + 3 Pack

3 Pack Drain Snakes with Exquisite Packaging + 1 Pack

Def 1 Arctic Eagle Direct

| | | | | Drain Snakes & 1 Pack S... | Flexible Steel Drain Cl... |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Product Dimensions** : 3 x 2 x 0.5 inches; 9.59 ounces

**Item model number** : DCR_KF4-1

**Date First Available** : February 13, 2025

**Manufacturer** : ARCTIC EAGLE

**ASIN** : B0DX1DWYFN

**Best Sellers Rank:** #760,276 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#1,366 in Drain Augers

**Customer Reviews:**

5.0          (3)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery   Sponsored ⓘ








The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,946
$14⁹⁵ ($4.98 / count)

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Sink, Pipe, Bathroom, Ba...
35,345
$32⁹⁹

Rectorseal 83114 2 EZ 113B Trap Kit with Brush 612
Amazon's Choice
-36% $14⁷⁵
List: $23.17

Omont Snake Drain Hair Clog Remover Tool, 34 Inch Stainless Steel Claw and 3 Pack 1...
19,143
$8⁹⁹

5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ...
9,663
$7⁹⁹

5 Pcs 35 Inch D Snake Hair Clog Tool, Anti-Brea Sink Snake with...
3
$8⁹⁹

Sponsored

## Similar brands on Amazon

Sponsored

Drain Snake, Drain Clog Remover - Gutter Cleaning Tools Drain Cleaner fo...
3.9        3,921
$13.99

Green Gobbler Drain Clog Dissolver | Powerful Liquid Drain Opener & Toilet...
4.2        108,695
$23.68

WOHPW To Toilet Plung
4.5
$35.99

## Customer reviews

**5 out of 5**

3 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

Sponsored

### Top reviews from the United States

**Ama Customizer**

**Plastic 'hair snakes' work pretty well**

Reviewed in the United States on May 9, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

These are handy little snakes for drains that get a lot of hair in the trap. Just shove them in the drain, wiggle it around and pull out something very gross. Throw away the gunk and reuse the plastic. For under $5, this is a nice way to avoid more expensive repairs

Helpful        Report

See more reviews ›

11/6/25, 4:02 PM                    Case 1:25-cv-14775-Document#::1 Filed 12/10/25 Page 36 of 144 PageID: 848
Case 1:25-cv-14775-Document #: 1 Filed 12/10/25 Page 36 of 144 PageID: 848
Amazon.com: Please log... Snake Drain Clog Remover Tool 14.5ft Sink Snake Clog Remover Tools with Basket, Hair Clog Remover Drain Clog Remover, Sink Drain Snake for Kitchen, Bathroo…

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

| English | | United States |

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct

11/6/25, 4:03 PM

Deliver to
**Chicago 60601**        All ▾        Search Amazon

EN ▾        Hello, Julie
Account & Lists ▾        Returns
& Orders        0

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

**THURSDAY NIGHT FOOTBALL**        02 : 56 : 35

Shop FlexiSnake

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



2+

Click to see full view

✦ Ask Rufus

Can it be used on kitchen sinks?    Does it require any assembly?

Is it safe for all types of pipes?    Ask something else

### 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cleaning Claw

Visit the ARCTIC EAGLE Store
Find specific info

**-29%** $9⁹⁹
Bundle Was Price: ~~$13.98~~ ⓘ

Thank you for being a Prime Member. **Pay** ~~$9.99~~ **$0.00 for this order**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

#### Bundles with this item

| | |
|---|---|
| Brand | ARCTIC EAGLE |
| Scent | Unscented |
| Product Benefits | Instantly Clears Clogs |

#### About this item

- **Instantly Clears Clogs:** Sick of standing water in your sink or tub? This claw tool dives deep into drains to grab hair, helping you clear blockages in seconds
- **Flexible Reach:** The 24-inch flexible steel cable easily slides through curved pipes and U-bends, making it suitable for bathroom sinks, showers, and bathtubs
- **Powerful Gripping Claw:** The spring-loaded four-prong claw grabs and holds onto hair, debris, and small objects — just press the handle and pull out the clog with ease
- **Effective Design:** Made from solid steel with a tough spring mechanism, this tool is built for strength and precision — perfect for quick home fixes
- **No Tools or Chemicals Needed:** Skip the expensive plumber visit. This simple grabber tool helps you fix slow drains yourself without using harsh chemicals

Report an issue with this product or seller

**4+ star item to consider**

$9⁹⁹

Delivery **Saturday, November 8** to Chicago 60601. Order within **1 hr 56 mins**

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    ArcticEagleDirect
Returns    Returnable until Jan 31, 2026
Payment    Secure transaction

⌄ See more

Add to List    ❯



35 Inch/90cm Drain Snake Hair…
$11⁹⁹

Sponsored



Amazon Basics Flexible
Drain Clog Remover
Snake Tool, Effective for
Hair and Debris Cleaning,
19.6-Inch, 12 Pack

**19.6 in**

(2703)

$13.22



Sponsored

## This bundle contains 2 items (may ship separately)



1 of ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake
Sink Unclogger Tool with Exquisite Packaging

9011

$4.28 ($1.43 / count)

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of
  the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5"
  before purchasing
- Soft & Flexible Barbed Wand:  Plastic drain clog remover is designed with
  Multi-tooth and the polypropylene is soft enough to bend in many kinds of
  strainers and pipes, the flexible barbed wand could easily hook the hair and
  debris
- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs,
  sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair,
  food and other blockages
- Economical & Green :The hair drain clog remover cleaning tool are very easy to
  use and also easily rinse off for re-use.You won't need the expensive plumber
  service and more green and secure than bad smell chemical drain cleaners
- Bendable & Flexible: With outstanding flexibility and break-resistant design, the
  drain clog remover easily bends into P-traps, where most clogs occur. It
  effectively snags hair and other blockages, achieving a thorough and efficient
  clean.
- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is
  larger than 0.45in before purchasing



1 of Drain Hair Clog Remover Tool – 24 Inch Flexible Steel Drain Cleaning Claw for
Shower, Sink, Tub, Bathroom and Kitchen – Easy Hair Grabber for Clogged Drains,
Plungers for Clearing Blocked Drains

7

$5.71

- Instantly Clears Clogs: Sick of standing water in your sink or tub? This claw tool
  dives deep into drains to grab hair, helping you clear blockages in seconds.
- Flexible Reach: The 24-inch flexible steel cable easily slides through curved
  pipes and U-bends, making it suitable for bathroom sinks, showers, and
  bathtubs.
- Powerful Gripping Claw: The spring-loaded four-prong claw grabs and holds
  onto hair, debris, and small objects — just press the handle and pull out the
  clog with ease.
- Effective Design: Made from solid steel with a tough spring mechanism, this
  tool is built for strength and precision — perfect for quick home fixes.
- No Tools or Chemicals Needed: Skip the expensive plumber visit. This simple
  grabber tool helps you fix slow drains yourself without using harsh cleaners.

## Buy it with

    +            +    

Total price:  $25.53

Add all 3 to Cart

These items are shipped from and sold by
different sellers.

Def 1 Arctic Eagle Direct

**This item:** 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cleaning Claw

$9⁹⁹

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair...

$7⁹⁵

Gotega Bathroom Sink Drain Strainers, Hair Catcher Shower Drain Covers Protector, Flexible...

$7⁵⁹

Show details

---

## Products related to this item    Sponsored ⓘ



35 Inch/90cm Drain Snake Hair Clog Remover, 5Pcs Long Anti-break Metal Sink...

$11⁹⁹



Drain Snake,61 inch Flexible Grabber Claw Pick Up Reacher Tool,Drain Clog...

39

$9⁹⁹



Snake Drain Hair Removal Tool - 23FT Reusable 72A Carbon Steel Drain Snake Hair...

5

-31% $20⁶⁹

List: $29.99



32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...

199

$9⁴⁷



Drain Snake Hair Drain Clog Remover,SEVVETROOL Plumbing Drain Auger...

21

Amazon's Choice

-9% $29⁹⁹

Typical: $32.99

You pay $28.49  with coupon

POPULO Drain Auto Feed Plum Snake Clog Rem Unclog Sink Dra...

18

$32⁹⁷

---

## From the brand

### ABOUT US

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at home and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain Snakes**

Visit the Store

---

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

Def 1 Arctic Eagle Direct

## Applications

Bathroom Sinks                    Bathtub                    Kitchen Sinks

## Easy to Use!

1.Straighten the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

## Solved The Problem! Worked Great and Highly Recommend!

Notes:

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | | | | |
|---|---|---|---|---|
| Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St... | Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool... | ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U... | 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S... | 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl... |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9⁹⁹ | $5⁹⁹ | $5⁹⁹ | $12⁹⁹ | $9⁹⁹ |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details                                    Def 1 Arctic Eagle Direct

Date First Available : March 31, 2025

ASIN : B0F32VHYZS

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Directions

1. Insert the flexible steel cable into the drain. 2. Press the handle to extend the four-prong claw. 3. Rotate the handle to grab hair, debris, or small objects. 4. Pull out the clog by reversing the process. 5. Repeat if necessary. No tools or chemicals needed.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored ⓘ

     

| POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... | POPULO Drain Auger, Auto Feed Plumbing Snake Clog Remover for Unclog Sink Drain 3/4... | PIPE GEL Professional Drain Cleaner for Kitchen Sink, Strong Drain Opener, Unclog S... | Drain Snake Hair Drain Clog Remover,SEVVETROOL Plumbing Drain Auger... | Snake Drain Hair Removal Tool - 23FT Reusable 72A Carbon Steel Drain Snake Hair... | Drain Snake,61... Flexible Grabbe Pick Up Reache Tool,Drain Clog... |
|---|---|---|---|---|---|
| 40 | 18 | -13% $12⁹⁹ | 21 | 5 | 39 |
| -31% $32⁹⁷ | $32⁹⁷ | ($1.23 / ounce) | Amazon's Choice | -31% $20⁶⁹ | $9⁹⁹ |
| List Price: $47.97 | | Typical: $14.99 | -9% $29⁹⁹ | List: $29.99 | |
| | | | Typical: $32.99 | | |
| | | | You pay $28.49 with coupon | | |

## Similar brands on Amazon

Sponsored

Sponsored

Def 1 Arctic Eagle Direct

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**No customer reviews**



Sponsored

Def 1 Arctic Eagle Direct

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

Def 1 Arctic Eagle Direct

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 1 Arctic Eagle Direct



kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly

- A better alternative: This drain cleaning set helps you save on expensive plumber visits. Plus, all the tools are reusable for long-term use

Report an issue with this product or seller

### 4+ star item to consider

Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

19.6 in

(2703)
$13.22

Sponsored

## This bundle contains 2 items (may ship separately)



1 of ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool with Exquisite Packaging
9011

$4.87 ($1.62 / count)

- Package Includes: 3 pack of 20" drain clog remover cleaning tools. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.5" before purchasing
- Soft & Flexible Barbed Wand： Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris
- Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs， sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages
- Economical & Green :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use.You won't need the expensive plumber service and more green and secure than bad smell chemical drain cleaners
- Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean.
- Note: The Width of the hair cleaner is 0.45in. Please make sure your sink hole is larger than 0.45in before purchasing

1 of Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless Steel Claw - Drain Cleaner Tool for Kitchen, Bathroom, Tub Toilet

Def 1 Arctic Eagle Direct



Orange (3+1), Plungers for Clearing Blocked Drains
3

$8.12 ($8.12 / count)

- Package Includes: Three flexible orange hair clog removers and one metal grabber tool, suitable for reaching and pulling out tangled hair, food debris, and other buildup from your drains
- Flexible & Easy to Use: The 20-inch plastic drain snakes easily bend through pipes and tight spaces without breaking, while the metal grabber tool grips and removes stubborn clogs with a simple press-and-release handle
- Eco-Friendly: No need for harsh chemicals! Our Plungers for clearing blocked drains are safe for your pipes and better for the environment
- Say Goodbye to Slow Drains: Plungers for clearing blocked drains are designed for showers, bathtubs, bathroom sinks, and even kitchen drains, this set helps prevent water backups and keeps everything flowing smoothly
- Wide Application: Skip the expensive plumber visit. Plus, all the tools are reusable for long-term use

## Buy it with

 +  + 

Total price: $28.53

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

**This item:** 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack…
$12⁹⁹

Gotega Bathroom Sink Drain Strainers, Hair Catcher Shower Drain Covers Protector, Flexib…
$7⁵⁹

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Ha…
$7⁹⁵

## Products related to this item    Sponsored ⓘ



33 Feet Drain Snake Auger, Plumbing Snake Drain Hair Clog Removal Tool, Sink Unclog…
78
-8% $35⁹⁹
List: $38.99
You pay $34.19 with coupon



Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty …
54
Limited time deal
-10% $32⁹⁹
List: $36.69



35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) &…
6,584
#1 Best Seller
$7⁹⁹



HimaPro Professional Toilet Auger/Closet Auger, 3 Feet Pipe Snake for Unclogging To…
70
$37⁹⁹



Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Sink Unclog…
9
$32⁹⁹
You pay $31.34 with coupon

## From the brand

Def 1 Arctic Eagle Direct

**ABOUT US**

We understand the challenges faced by homemakers and cooking enthusiasts, and we know how crucial it is to maintain a smooth and clean environment at work and at work. Our tool helps you remove clogs effortlessly, saving time and avoiding costly repairs.

**Drain S**

Visit the

## Product description

### Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20 inches,it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

4. Perfect packaging and great quality.

### Applications

Bathroom Sinks                     Bathtub                              Kitchen Sinks

### Easy to Use!

1.Straigthen the drain clog remover tool.Please wear work gloves before use to protect your hands from being injured.

2.Remove the drain filter or sink stopper,ensure the cleaning tools to go deep into sink pipes.

3. Insert the drain clog remover into the drain,To avoid getting stuck please make sure that the diameter of the drain hole is larger than 0.5".

4. When you feel there are something on the spikes,lift it up.Please do not twist or pull forcefully to avoid breaking or stucking.

### Solved The Problem! Worked Great and Highly Recommend!

**Notes:**

1. Please remove the drain filter or sink stopper first before you use this drain clog remover.

Def 1 Arctic Eagle Direct

2. The width of the hair cleaner is 0.45", please make sure your sink is larger than 0.5" before purchasing.

3. Please wear work gloves before use to protect your hands from being injured.

4. Please do not twist or pull forcefully to avoid breaking or stucking.

5. Please keep it out of reach of Children.



| | | | | | |
|---|---|---|---|---|---|
| | Drain Snake Hair Clog Remover – 20 Inch Plastic Sink Unclogger & Stainless St... | Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger Tool... | ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink U... | 3 Pack Drain Snakes with Exquisite Packaging + 3 Pack Drain Snakes & 1 Pack S... | 3 Pack Drain Snakes with Exquisite Packaging + 1 Pack Flexible Steel Drain Cl... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | 3 | 9,011 | 9,011 | — | — |
| Price | $9.99 | $5.99 | $5.99 | $12.99 | $9.99 |
| Quatity | 4 | 3 | 3 | 7 | 4 |
| Color | Orange and Red | Green | Orange | Orange and Red | Orange and Red |
| Package Type | Standard Packaging | Exquisite Packaging | Exquisite Packaging | Exquisite Packaging & Standard Packaging | Exquisite Packaging & Standard Packaging |

## Product details

**Date First Available** ： March 25, 2025

**ASIN** ： B0F2FSPRFQ

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Related products with free delivery**  Sponsored ⓘ











Air Wick Scented Oils 4+0 Advanced Gadget
6,090
Amazon's Choice
$15⁹² ($3.98 / fluid ounce)

6 FT Drain Snake for Toilets Drain Auger Toilet Snake Auger Silicone Protection to …
10
$55⁹⁹

Drain Clog Remover Tool, 60" Stainless Steel Drain Unblocker,40" Snake Remover, 60"…
48
$9⁹⁹

8 Pack 25inch Drain Snake Clog Remover, Drain Hair Remover, Sink Snake Drain Auger …
2,274
$5⁹⁹ ($0.75 / count)

Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty …
54
Limited time deal
-10% $32⁹⁹
List: $36.69

Sponsored

## Customer reviews

**No customer reviews**

5 star  ▭  0%
4 star  ▭  0%
3 star  ▭  0%
2 star  ▭  0%
1 star  ▭  0%

How customer reviews and ratings work

Sponsored

Def 1 Arctic Eagle Direct

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

## Let Us Help You

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Def 1 Arctic Eagle Direct

Investor Relations

Amazon Devices

Amazon Science

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English          United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
Chicago 60602

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, Angie
Account & Lists ▾    Returns & Orders    0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

🏀 NBA CUP    02 : 17 : 24

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

**Ask Rufus**
[ Can it remove pet hair? ]  [ Is it safe for all types of pipes? ]
[ Does it require any special storage? ]  [ Ask something else ]



9 pack

**35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & Cleaning Brush(2pcs), Hair Catcher Drain Auger Cleaner Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, 9 Pack**

Brand: KeyFar

★ (6,594)  |  Search or ask

Amazon's Choice

**10K+ bought in past month**

$7⁹⁹

Today

FREE Returns

Get a $150 Gift Card: Pay $0.00 $7.99 upon approval for Prime Visa. No annual fee.

- 【EXCELLENT LENGTH】Metal clog remover is 35.5 inches long with a claw extending from the top, which could easily insert to deeper pipes, and grab the blockage and hair. Drain snake is 25 inches long with tiny hooked teeth on it, which is perfect to insert and easy to pull out hair and blockage. Cleaning brush is bendable and durable for daily cleaning of pipe inner wall.
- 【PRACTICAL COMBINATION】6 pack of drain hair cleaning snake, 1 pack of metal clog remover, 2 pack of sink drain overflow brush. This practical set covers the functions of cleaning hair, grabbing blockages and daily cleaning pipes.
- 【BENDABLE & FLEXIBLE】The drain snakes is made of PP material, which is highly flexible. The metal clog remover and drain overflow brushes can be bent any shape to adapt the sewer and pull out the clog without damaging the pipes.
- 【HIGH QUALITY & WIDE APPLICATION】The kit is made of durable and environmentally-friendly material which is not easy to snap or break. The operation is simple and much safer. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewers etc.
- 【EASY OPERATION AND SAVE MONEY】This set of cleaning tool can help you save the money on plumber service. Tools are also reusable. Just put the clog remover or brush into the pipe, rotate, and pull out the blockage, hair and dirt.

$7⁹⁹

Today

FREE delivery Today
**5 PM - 10 PM** on qualifying orders over $25. Order within 1 hr 17 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    Amazon
Sold by    JY-Direct
Returns    FREE refund/replacement until Jan 31, 2026

Gift options    Available at checkout

⌄ See more

[ Add to List ]

Sponsored

Def 2 JY-Direct

...35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ... Drain Auger Hair Remover(5pcs), Drain Cleaning Brush(2pcs), Hair Catcher Drain Auger ...

> See more product details
> Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  + 

Total price: $33.97

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
**Show details**

**This item:** 35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...
4.4          6,594
$7⁹⁹

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4          35,350
$19⁹⁹

Sponsored
ARCTIC EAGLE Drain Snake Hair Drain Clog Remover - 3 Pack Shower Snake Sink Unclogger...
4.5          9,016
-25% $5⁹⁹ ($2.00/count)
List: $7.99

## Based on your recent views *Sponsored* ⓘ

     

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai...
5
-8% $11⁹⁹
Typical: $12.99

55inch Steel Core Drain Clog Remover Tool With Rotating Handle, Slim Snake Drain Ha...
33
-30% $13⁹⁹
Typical: $19.99

Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner...
23
$11⁹⁹
You pay $10.79  with coupon

61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle...
18
-20% $7⁹⁹
Typical: $9.99

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ...
61
Amazon's Choice
$9⁹⁹

32 Inch Snake D... Sink Hair Drain ... Anti-Break Met... Nylon Coating...
1⁹
$9⁴⁷

## 4 stars and above *Sponsored* ⓘ

     

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ...
61
$9⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
199
$9⁴⁷

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,947
$14⁹⁵ ($4.98 / count)

35.5 Inch Drain Clog Remover Tool (1pc), 30 Inch Sink Snake Drain Tool (5 pcs) & 59...
316
-31% $8⁹⁹
List: $12.99

5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ...
9,665
$7⁹⁹

FlexiSnake Drai... Sink Hair Removal Tool, Bathroom, Bath...
3⁵
$19⁹⁹

Def 2 JY-Direct

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it remove pet hair?    Is it safe for all types of pipes?    Does it require any special storage?

Can it be used in a shower drain?    Is it reusable?

## Product description

### How to use:
1. Plug the drain clog remover into the drain pipe slowly.

2. Press the handle, the claw will open and get ready for grasp.

3. When reach the clog, release the handle will close the claw to grasp the clog.

4. Pull it out gently. If the blockage is serious, repeat the above steps

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | KeyFar |
| Part Number | JCX-XSDQL15SET |
| Item Weight | 9.6 ounces |
| Product Dimensions | 35 x 1.5 x 0.3 inches |
| Item model number | JCX-XSDQL15SET |
| Color | black Orange White |
| Material | Plastic Metal Polymer |
| Item Package Quantity | 1 |
| Usage | Professional drain clog remover Drain Hair Remover, Drain Snake Clog Remover Cleaning Brushes Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, |
| Included Components | 25Inch Drain Snake 6pack, 35Inch Drain Clog Remover, Drain Cleaning Brush 2pack |

### Additional Information

| | |
|---|---|
| ASIN | B0C3L7FKCQ |
| Customer Reviews | 4.4 ⭐ (6,594) 4.4 out of 5 stars |
| Best Sellers Rank | #32 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #1 in Drain Augers |
| Date First Available | April 26, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Def 2 JY-Direct

| Batteries Included? | No |
| Batteries Required? | No |

**Feedback**

Would you like to **tell us about a lower price?**

## Product Videos



Jeremy G Reviews   Earns commissions
Can it Really Unclog your Tub?

-0:00

## Related products with free delivery <sub>Sponsored</sub> ⓘ

     

| 63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ... | Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty ... | 12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ... | 32 Inch Snake I Removal Tool ( Anti-Break Met Nylon Coating.. |
| 1 | 9,665 | 35,350 | 53 | 61 | 19 |
| | | | | Amazon's Choice | |
| $9⁹⁹ | $7⁹⁹ | $19⁹⁹ | $36⁶⁹ | $9⁹⁹ | $9⁴⁷ |

<sub>Sponsored</sub>

## Similar brands on Amazon

Def 2 JY-Direct

Sponsored



MEISTERFAKTUR drain snake [50 FT] - Auto Feed - Ideal plumbing snake for...
3.8    1,149
$49.99  List: $69.99



FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,...
4.4    35,350
$19.99



Drain Foam Foaming Dr
3.8
$29.99

## Customer reviews

### 4.4 out of 5

6,594 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain cleaner works well, particularly for removing hair from shower drains and clearing stubborn bathroom sink drains. The product is easy to use for unclogging sinks and offers good value for money, with one customer noting it's worth keeping at home. While some customers report the product is durable, others mention it breaks easily.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Functionality    ✓ Value for money    ✓ Drain cleanliness    ✓ Quality    ✓ Ease of use
✓ Hair removal    ✓ Drain cleaning    — Durability

## Reviews with images                                        See all photos ›

   

## Top reviews from the United States

Ana Rodriguez

**Super effective and easy to use!** 💧
Reviewed in the United States on October 20, 2025
Verified Purchase

This drain cleaning set works amazingly well! It comes with several tools, so you have the perfect option for any type of clog. The orange plastic ones are great for catching hair in the sink or shower, and the flexible metal grabber reaches deep into the drain to remove tougher blockages.

It's very easy to use and saves money since you don't need to call a plumber. I cleared my bathroom sink in minutes! Definitely worth buying — every home should have one of these sets.

One person found this helpful

 Helpful        Report

April

**Works Like a Charm – Must-Have for Every Home!**
Reviewed in the United States on August 27, 2025
Verified Purchase

This 9-piece drain cleaning tool set is a total lifesaver! I've used it in my bathroom sink, tub, and even the kitchen, and it worked perfectly every time. The 35.5-inch clog remover is great for deeper blockages, and the 25-inch snakes are super handy for pulling out hair and gunk from bathroom drains.

The cleaning brushes are a nice bonus for scrubbing around the drain area, and everything is reusable and easy to rinse off. I was honestly shocked at how much hair I pulled out with barely any effort—it's oddly

satisfying!

Way cheaper and faster than calling a plumber. If you deal with slow drains or hair clogs, do yourself a favor and grab this set. It's simple, effective, and every household should have one!

7 people found this helpful

[ Helpful ]    Report

 Kerry wright

**Clogged drains**
Reviewed in the United States on October 31, 2025
<span style="color:#b36b00">Verified Purchase</span>

The orange tool worked great for my tub but the grabber tool i have yet to use. It's easy to use and has saved me lots of money already.

[ Helpful ]    Report

 TTW Road-Tested Reviews

**Finally Got the Hair Clog Out!**
Reviewed in the United States on October 10, 2025
<span style="color:#b36b00">Verified Purchase</span>

This drain snake set worked great on my slow-draining bathroom sink. The flexible plastic snakes have little barbs that are incredibly effective at grabbing and pulling out stubborn hair clogs (so easy to pull out). The 25-inch pieces were the perfect length for the job. It was surprisingly easy to use; just feed it down the drain, twist, and pull. I also appreciate that the kit includes a longer 35.5-inch tool for deeper clogs and small brushes for cleaning the drain stopper (I haven't used yet). It's a simple, effective, and affordable solution. A helpful tip is to wear gloves and be prepared for what comes out (I had black residue spit out), then run hot water for a minute after you're done. This kit saved me!

[ Helpful ]    Report

 Rose City

**Super quality, easy to use, highly recommend**
Reviewed in the United States on November 1, 2025
<span style="color:#b36b00">Verified Purchase</span>

Really nice quality item, nothing 'cheap' about it, despite the price. Solved my problem with ease, highly recommend.

[ Helpful ]    Report

Jonman

**Not for Old or Complicated Drains**
Reviewed in the United States on October 22, 2024
<span style="color:#b36b00">Verified Purchase</span>

An example of the worst possible scenario - MY scenario.

Welcome to hell.

It's been 3 days since the drain became fully clogged. Typically you can just pull out the hair, but this time was different. There's no hair or anything else visible to extract from the drain hole. Whatever it is, it's 3 inches back and maybe one inch down.

This morning was day 3 of hell. I was crunched for time before work but determined to take a shower without Liquid Plumr all over my feet and the chemicals in my lungs. I was kneeling outside of the tub, afraid to look the drain hole in the eye at this point. Full-blown cognitive dissonance had manifested itself in my psyche, and in the same sheepish way I might open up a letter that I know contains a collection notice, I avoided looking down, wishing the problem would have solved itself by now.

⌄ Read more

163 people found this helpful

[ Helpful ]    Report

Alex

**Highly Recommend - Miminal Effort and easy to use**
Reviewed in the United States on September 15, 2025

Def 2 JY-Direct

Worked great! I had a stubborn clog in my shower drain that I couldn't remove just using a clothes hanger and coca cola. Tried the brush and the orange snake tool - easily cleaned the mess in my drain. Minimal effort, and easy clean up after. Followed it up with Coca cola and boiling water. Clog is gone!!! I washed both parts for use again.

Highly recommend.

One person found this helpful

<button>Helpful</button>    Report

 Bradley Henderson

### Might not need to all the plumber ever again
Reviewed in the United States on October 28, 2025
Verified Purchase

Our long hair clogs the shower drains often and I got sick of calling a plumber. Best $8 I ever spent! The orange sticks are incredibly effective at clearing hair. The white pipe cleaner cleaned all the left over gunk. Highly recommend. Plus you can reuse all the items over again so it's a no brainer.

<button>Helpful</button>    Report

See more reviews ›

## Top reviews from other countries

 CLR

### Do not buy!
Reviewed in Canada on October 30, 2025
Verified Purchase
Junk

Report

 Chris S

### Great value drain cleaning kit
Reviewed in the United Kingdom on June 14, 2025
Verified Purchase

Enabled me to clear blockage in a bath and a shower cubical - the plastic snakes fit down the plug hole and extracted a lot of clogged hair.

Report

Lee Bradberry

### Great product, worked as intended
Reviewed in the United Kingdom on January 13, 2025
Verified Purchase

Orange strips worked well, albeit not long enough for what I needed (I attached 2 together with some duck tape and string and it worked perfectly). Duct tape to hold it together, and string to pull it back out if the duct tape didn't hold. I'm putting this down to a user error as seller clearly said length and if I purchased again I would get longer ones.

My sink was blocked so I pushed the orange tool through the sink hole (not advised) as it's hard to remove and when you do the orange spikes will break off, adding to the blockage.

That didn't work as it had to go round the U-bend, I then removed the U-bend (easy to DIY), and put the orange tool straight into the waste pipe. After inserting the orange tool, I couldn't get it round a corner as they are fairly stiff to begin with. I took it out bent the ends ever so slightly (not enough to weaken it and in the direction of the next pipe - this case vertically down), it went in relatively easy.

⌄ Read more

Def 2 JY-Direct

Report

 penfal

**The Wired Brushes all I needed.**

Reviewed in the United Kingdom on January 25, 2025

Verified Purchase

The spiral brushes were the best. Orange ones to big for my sink holes. Haven't used the other. I used the brush first up and down in all the little holes. Lots of black bits came up.Then I Ran the tap brilliant done. I am going to pop down some vinegar. Heat it up and pour it down.Cheap and cheerful item.

Report

 Allison McBrien

**Not as flexible as I thought**

Reviewed in the United Kingdom on February 4, 2025

Verified Purchase

Was not suitable for what I had ordered it for. Shorter than expected. Might be useful for some blockages as long as not block not too far down.

Report

See more reviews ›

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |

Def 2 JY-Direct

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
|---|---|---|---|---|---|---|
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
Chicago 60602

Tools & Home Improvement ∨    Search Amazon

EN ∨    Hello, Angie
Account & Lists ∨    Returns & Orders    0

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ∨    Luxury

NBA CUP    02 : 16 : 53

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



8 Pack 25inch Drain Snake
Clog Remover, Drain Hair
Remover, Sink Snake Drain
Auger Cleaner Tool For Bath
Tub, Toilet, Kitchen Sink,
Sewer

Brand: KeyFar

★★★★☆ (2,279) | Search or ask

**10K+ bought** in past month

$5.99 ($0.75 / count)

**Overnight**

FREE Returns

Get a $150 Gift Card: Pay $0.00 $5.99 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| Brand | KeyFar |
| Scent | Unscented |
| Item Weight | 0.17 Kilograms |
| Product Benefits | Efficiently removes hair and blockages with a reusable, cost-effective tool, suitable for various |
| Manufacturer | KeyFar |

Click to see full view



**Ask Rufus**

Can it be used on curved pipes?

Does it require any special storage?

Is it safe for all types of drains?    Ask something else

### About this item

- 【VALUABLE COMBINATION】8 pack of drain cleaning snake will fulfill your need to remove hair and other blockage.
- 【EXCELLENT LENGTH & FLEXIBLE】Drain snake is 25 inches long with tiny hooked teeth on it. The product is made by PP material which is highly flexible. Its flexibility allows it to remove deeper hair and blockage in the curved pipe.
- 【EASY OPERATION & WIDE APPLICATION】The operation is simple and much safer. Just hold the handle, insert it, spin, then pull it out. Repeat the above steps until the drain pipe is clear. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewer etc.
- 【HIGH QUALITY & REUSABLE】The product is made of durable and environmentally-friendly material which is not easy to snap or break, can be used for a long time.
- 【CAN'T MISS PRODUCT】More environmentally-friendly than chemicals and more cost-effective than plumber service, definitely value for money.

› See more product details

Report an issue with this product or seller

$5.99 ($0.75 / count)

**Overnight**

FREE delivery **Overnight**
7 AM - 11 AM on qualifying orders over $25. Order within 7 hrs 2 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    JY-Direct
Returns    FREE refund/replacement until Jan 31, 2026

Gift options    Available at checkout

∨ See more

Add to List



MUSMU 5 in 1 Compatible for Dr...
4.3    9,665
$7.99

Sponsored

Sponsored

## Customers also bought

Based on products customers bought together



\+



\+



Total price: $33.97

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** 8 Pack 25inch Drain Snake Clog Remover, Drain Hair Remover, Sink Snake Drain Aug...
4.4    2,279
$5⁹⁹ ($0.75/count)

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4    35,350
$19⁹⁹

Sponsored
zaa Shower Drain Hair Catcher, 2 Pack Premium Silicone Drain Protector & Shower Drain Cover...
4.3    2,974
-38% $7⁹⁹
List: $12.99

## Based on your recent views  Sponsored ⓘ







35.5inch Drain Clog Remover(1pcs), 25inch Drain Snake Hair Remover(6pcs) & ...
#1 Best Seller
6,594
$7⁹⁹

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai...
5
-8% $11⁹⁹
Typical: $12.99

22.4inch Drain Snake (1pc), 20inch Hair Drain Clog Remover (12 pcs) & 18Inch Cleane...
40
$6⁵⁹

25 Inch Hair Drain Cleaner Tool, Clog Remover Tool, 6 Pack Drain Auger Hair...
4,155
$4⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
199
$9⁴⁷

12 Pack Drain C Remover Kit, 5⁹ Snake(3pcs), 37 Sink Snake(2pc...
6⁹
$9⁹⁹

## Products related to this item  Sponsored ⓘ








11in1 Drain Snake Set with 24 inch Magnetic Sewer Cleaning Hook, 25 Inch Sink Snake...
18
-8% $9¹⁷
Typical: $9.97

32 Inch Drain Snake, Anti-Break Metal Hair Removal Tool with Nylon Coating Sink Sna...
199
$8⁹⁷

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
28
$7⁹⁹

Hair Drain Clog Remover Tool – 6 × 25-Inch Snake + 1 × 24-Inch Drain Cleaner T...
11,272
$5⁹⁹ ($5.99 / count)

12 PCS Drain Snake, Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bat...
125
$5⁴⁷

12 Pack Drain C Remover Kit, 5⁹ Snake(3pcs), 37 Sink Snake(2pc...
6⁹
Amazon's Choice
$9⁹⁹

---

🔴 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it be used on curved pipes?    Does it require any special storage?    Is it safe for all types of drains?

Can it remove other types of clogs?    Is this product reusable?

## Product Videos



Hailey
Customer Review: Worth the money | See Full Review

-0:00

## Product information

### Item details

| | |
|---|---|
| Brand Name | KeyFar |
| Product Benefits | Efficiently removes hair and blockages with a reusable, cost-effective tool, suitable for various pipes. |
| Manufacturer | KeyFar |
| Customer Reviews | 4.4    (2,279)<br>4.4 out of 5 stars |
| Best Sellers Rank | #226 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#4 in Drain Augers |
| ASIN | B0BY28TXC3 |
| Item Type Name | drain snake |
| Included Components | drain hair remover |
| Item Height | 0.6 inches |
| Unit Count | 8.0 Count |

### Features & Specs

| | |
|---|---|
| Scent | Unscented |

### Measurements

| | |
|---|---|
| Item Weight | 0.17 Kilograms |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return

Def 2 JY-Direct

Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?**

---

## Product description

## How to use:

---

## Important information

### Directions

Hold the handle, insert it, spin, then pull it out. Repeat the above steps until the drain pipe is clear.

Def 2 JY-Direct

## Related products with free delivery   Sponsored ⓘ



Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible ...

21,584

$7⁹⁹



6PCS 25inch Drain Clog Remover Tool,hair clog remover tool,sink snake drain hair re...

$7¹⁹



6 Pack Drain Clog Remover - Flexible Drain Snake for Effective Cleaning Hair and De...

2

$6⁹⁹



The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...

2,947

$14⁹⁵ ($4.98 / count)



32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...

199

$9⁴⁷



12 Pack Drain C Remover Kit, 5⁹ Snake(3pcs), 3⁷ Sink Snake(2pc...

6⁷

Amazon's Choice

$9⁹⁹

Sponsored

## Similar brands on Amazon
Sponsored



Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…

3.8    203

$29.99



Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,…

4.5    70,966

$9.47



FlexiSnake [ Clog Remov…

4.4

$19.99

## Customer reviews

### 4.4 out of 5

2,279 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 13% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 5% |

How customer reviews and ratings work

### Customers say

Customers find the drain snake effective at removing hair and soap scum clogs, with one customer noting it works better than chemical drain cleaners. The tool is easy to use and offers good value, saving money on plumbing bills. While some customers report the product is durable and easy to remove clogs, others mention it breaks easily and gets stuck in drains.

ⓘ Generated from the text of customer reviews

Select to learn more

✓ Functionality   ✓ Value for money   ✓ Clog removal   ✓ Ease of use   ✓ Hair removal

✓ Quality   — Durability   — Drain access

### Reviews with images    See all photos ›

Def 2 JY-Direct







Sponsored

## Top reviews from the United States

 SJ

**How well it works. It took care of the clogged hair fast and easy.**

Reviewed in the United States on October 8, 2025

Verified Purchase

These drain snake clog removers are great. The water in my shower was going down the drain so slowly. I don't like using drain cleaners with my pet around.
I thought I would give these a try. I did what the directions said and the hair just came out. Sorry to say, there was so much, but it came out easy. Now my drain is running like it should.
I like the price and the quality. They are pretty strong and flexable.
A must if you have long hair.

One person found this helpful

Helpful    Report

 Ashley

**Does the JOB!**

Reviewed in the United States on November 3, 2025

Verified Purchase

Product is so easy to use. I did not have to remove the drain cover to insert snake. Took less than 5 minutes to unclog my tub. So convenient and nice to have a multipack. Will continue to repurchase.

Helpful    Report

Deborah L

**Works really well!**

Reviewed in the United States on October 1, 2025

Verified Purchase

Thought I would have to call plumber for very slow drain. Had tried nunerous liquid drain cleaners which did nothing. This solved issue imnediately. Kept pulling out hair and gunk and water was draining perfectly in a couple minutes.

One person found this helpful

Helpful    Report

Brenda B.

**Work Great, Only One Small Issue.... Read Review**

Reviewed in the United States on December 10, 2024

Verified Purchase

Giving this 4-stars only because of one reason. Actually, they deserve 5-stars.
I've bought these at the big box stores and they cost a lot more than from Amazon. Also, with Amazon, you get triple what you get at the store. So what's the problem?
They work great for what I try to do with them. But I'm in an old house. 64 years old. Original bathtub. Original shower. Things were built differently back then. The drain holes are smaller with a guard on them that I cannot remove. It's a little difficult for me to shove these down the drains but with a little work, they will go down. I'm sure in newer homes they will easily fit down the drain. I also have the same issue with the ones I've bought at big box stores so it's my house, not the products fault. They do get the gunk out and the drains work quickly and smoother after using.
The only thing I would suggest is that you use some heavy work type of glove when using, those little prongs are very sharp, like heavy thorns on a rose. So to protect your fingers, I'd suggest work gloves. Gloves that you do dishes with or for cleaning will only tear, so I use those cheap grey leather gloves you can get just about anywhere.
Great value. Works well.

10 people found this helpful

11/7/25, 4:43 PM
Case 1:25-cv-14775-Document #: 7-1 Filed: 12/05/25 Page 69 of 144 PageID #: 381
Amazon.com: Flexible Drain Snake Hair Clog Remover Tool (25 inch-4 Pack) For Bath Tub, …

Helpful    Report

Nancy

**This crazy, plastic snake really works!!**
Reviewed in the United States on September 20, 2025
Verified Purchase

What can I say….these plastic drain snakes really work!! My husband was about to get under his bathroom sink and take apart the drain (a job he hates to do) but he decided to do some yardwork first. When he went outside, I grabbed the pack of snakes I'd recently ordered from Amazon and I snaked out his drain - the hair and gunk I pulled out was disgusting!! Later in the day he used his sink and said, "I don't know what happened but my sink is draining like a charm". Not sure I'll tell him what I did since I'm pretty sure he'd say, "There's no way a piece of plastic could clear a drain!" (But it did.)

One person found this helpful

Helpful    Report

Sibaseubo

**Good price but teeth break easily**
Reviewed in the United States on October 9, 2025
Verified Purchase

These were a good deal but the 1st one we used already is missing most of the teeth so they break off very easy.

Helpful    Report

Sam

**Worked really well**
Reviewed in the United States on October 10, 2025
Verified Purchase

It worked really well, dragged a lot of hair with scum out of my drain, unclogged it instantly

Helpful    Report

clshome

**Gets the job done**
Reviewed in the United States on October 5, 2025
Verified Purchase

Works well! Easy to use, doesn't require a lot of muscle.

Helpful    Report

See more reviews ›

Sponsored

Def 2 JY-Direct

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English        United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
Chicago 60602

Health, Household & Baby Care    Search Amazon

EN ▾    Hello, Angie    Returns    0
         Account & Lists ▾    & Orders

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury

🏀 NBA CUP    02 : 16 : 28

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop Drano

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



15 pack

Click to see full view

🔆 **Ask Rufus**

Can it remove pet hair?

Is it safe for all types of pipes?

Does it require any special storage?

Ask something else

# Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning Brushes(2pcs) Tool Set For Toilet, Kitchen Sink, Bathroom Tub, Sewer, (6+2+1)

Brand: KeyFar

4.4    (871)    Search or ask

$6⁹⁹ ($0.78 / count)

**Tomorrow**

**FREE Returns**

Get a $150 Gift Card: Pay **$0.00** $6.99 upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | KeyFar |
| **Scent** | Unscented |
| **Item Weight** | 0.26 Kilograms |
| **Product Benefits** | Removes hair and blockages, cleans pipes for various drains |
| **Manufacturer** | KeyFar |

## About this item

- 【PRACTICAL COMBINATION】 6 pack of drain hair cleaning snake, 1 pack of metal clog remover, 2 pack of sink drain overflow brush. This practical set covers the functions of cleaning hair, grabbing blockages and daily cleaning pipes.

- 【EXCELLENT LENGTH】 Drain snake is 20 inches long with tiny hooked teeth on it, which is perfect to insert and easy to pull out hair and blockage. Metal clog remover is 24 inches long with a claw extending from the bottom, which could easily insert to deeper pipes, and grab the blockage and hair. Cleaning brush is long enough and bendable for daily cleaning of pipe inner wall.

- 【BENDABLE & FLEXIBLE】 The drain snakes is made of PP material, which is highly flexible. The metal clog remover and drain overflow brushes can be bent any shape to adapt the sewer and pull out the clog without damaging the pipes.

- 【HIGH QUALITY & WIDE APPLICATION】 The kit is made of durable and environmentally-friendly material which is not easy to slap or break. The operation is simple and much safer. Suitable for bathroom, kitchen sink, toilets, washbasin, bathtubs, sewers etc.

- 【EASY OPERATION AND SAVE MONEY】 This set of cleaning tool can help you save the money on plumber service, which is also reusable. Just put the clog remover or brush into the pipe, rotate, and pull out the blockage for a more in-depth cleaning.

Report an issue with this product or seller

## Similar item to consider

Amazon's Choice ⌄



$6⁹⁹ ($0.78 / count)

**Tomorrow**

FREE delivery **Tomorrow, November 8**. Order within **8 hrs 16 mins**

⟳ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    JY-Direct
Returns    FREE refund/replacement until Jan 31, 2026
Payment    Secure transaction

⌄ See more

Add to List

Sponsored

Def 2 JY-Direct

Case: 1:25-cv-14775 Document #: 1 Filed: 12/23/25 Page 73 of 144 PageID #:334



Amazon Basics Max Strength Drain Cleaner Hair Clog Remover Gel - Unclogs Hair and Grease, 80 Fl Oz

**80 Fl Oz (Pack of 1)**

(3181)

$6.95 ($0.09/fluid ounce)

Sponsored

## Frequently bought together

 +  + 

Total price: $20.11

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

**This item:** Drain Hair Remover(6pcs), Drain Snake Clog Remover(1pcs) & Cleaning…
$6⁹⁹ ($0.78/count)

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair…
$7⁹⁵

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…
$5¹⁷ ($0.16/ounce)

## Products related to this item   Sponsored ⓘ

     

| 32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating… | 12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), … | 11in1 Drain Snake Set with 24 inch Magnetic Sewer Cleaning Hook, 25 Inch Sink Snake… | 50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai… | Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru… | 5 in 1 Compatib Drain Snake Ha with 5 Packs Dr Clog Remover . |
|---|---|---|---|---|---|
| 199 | 61 | 18 | 5 | 28 | 9, |
| $9⁴⁷ | Amazon's Choice | -8% $9¹⁷ | -8% $11⁹⁹ | $7⁹⁹ | $7⁹⁹ |
| | $9⁹⁹ | Typical: $9.97 | Typical: $12.99 | | |

## Product description

Def 2 JY-Direct

11/7/25, 4:43 PM    Amazon.com: 14.4in Drain Snake(6pc)/Drain Stick Clog Remover(2pcs)/Cleaning Brushes(6pcs)for Sewer Toilet, Kitchen …

Case: 1:25-cv-14775 Document #: 1 Filed: 12/22/25 Page 74 of 145 PageID #:85

## Product details

**Product Dimensions** : 12.6 x 0.79 x 0.98 inches; 9.14 ounces
**Item model number** : XSDQL15SET
**Date First Available** : March 15, 2022
**Manufacturer** : KeyFar
**ASIN** : B09VK4HNPF
**Best Sellers Rank:** #312,761 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
  #627 in Drain Augers
**Customer Reviews:**
4.4        (871)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Safety Information

For safe use, follow the instructions provided. Do not use with corrosive substances. In case of contact with skin or eyes, rinse immediately with water.

### Directions

1. Insert the drain snake into the pipe and rotate it to remove hair and blockages. 2. Use the metal clog remover for deeper blockages, inserting it and expanding the claw to grab and pull out the clog. 3. Clean the pipe inner walls using the drain overflow brushes.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

### Related products with free delivery    Sponsored ⓘ








Aifeier ET Drain Clog Removal Tool Set, Includes 6 Plastic + 1 Stainless Hair Remov…
$9⁹⁹

3 PCS Drain Snake Hair Clog Remover Tool, Shower Snake Sink Unclogger Tool Hair…
$8⁴⁹

22.4inch Drain Snake (1pc), 20inch Hair Drain Clog Remover (12 pcs) & 18Inch Cleane…
40
$6⁵⁹

6 Pack Drain Clog Remover - Flexible Drain Snake for Effective Cleaning Hair and De…
2
$6⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating…
199
$9⁴⁷

12 Pack Drain C Remover Kit, 5° Snake(3pcs), 37 Sink Snake(2pc 6°
Amazon's Choice
$9⁹⁹

... Amazon.com: Drain Clog Remover Tool, Drain Snake Clog Remover Sponge Cleaning Brushes Unclogging for Toilet, Kitchen …

Sponsored

## Similar brands on Amazon

Sponsored







FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,…
4.4    35,350
$19.99

Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…
3.8    203
$29.99

Flexible Gra Tool With 4
4.0
$9.99

---

✨ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it remove pet hair?    Is it safe for all types of pipes?    Does it require any special storage?

Can it be used in a shower drain?    Is this tool reusable?

---

## Customer reviews

**4.4 out of 5**

871 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 17% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work

## Customers say

Customers find the drain opener effective at cleaning home drains and appreciate that it saved them money on plumbers. The product receives positive feedback for its quality, ease of use, and variety of tools, particularly the metal scooper. While some customers find it durable, others report it breaking off, and several mention it almost getting stuck in the drain.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Functionality    ✓ Value for money    ✓ Quality    ✓ Ease of use    ✓ Tool variety

— Durability    ⊖ Drain obstruction

### Reviews with images

See all photos ›






Def 2 JY-Direct



Sponsored

## Top reviews from the United States

Calliopia

**Useful set**

Reviewed in the United States on September 12, 2024

Verified Purchase

I have bought several sets over the years. This is a very inexpensive and diverse set of drain tools. Most clogged drains respond to at least one of the tools, so I love having options! I have used them in my kitchen and bathroom sinks and in my tub. They can be use after the drain clogs or when it starts to drain slower (a partial clog). I like being able to keep my drains working without chemicals!

If you follow up with one of the canned air products sold for drains, it can finish off even stubborn clogs and/or blow away any remaining gunk that you loosened with the tools. My sinks are usually great with just the tools. But I like using both the tools and canned air for the tub, where the clogs are often worse.

I recommend getting a set to keep on hand as a quick resource to keep your drains flowing. Because they are so cheap, I just use each tool one day (often checking other drains while I have it out) and then discard it for sanitary reasons.

Helpful        Report

Ann K.

**Good value.**

Reviewed in the United States on August 7, 2025

Verified Purchase

Does the job.

Helpful        Report

JamesR608

**Simple tool basic use**

Reviewed in the United States on December 2, 2022

Verified Purchase

Great little tool to get out hair and gunk. One use.

Helpful        Report

Christopher Pickleball

**Bye bye hair**

Reviewed in the United States on July 31, 2025

Verified Purchase

Great for getting hair out of my drain.

Helpful        Report

Camden Toliver

**Not a person who typically leaves reviews BUT...**

Reviewed in the United States on November 28, 2022

Verified Purchase

So my niece complains her bathroom sink is draining slowly- "Nini, I'm brushing my teeth in the bathtub!" Ummmm, teenagers! So she reminds me for three days to order something to get the drain clean. Hello Amazon! I appreciated that there were so many in the package- we would be able to clean all our drains! Two days, here they are- thanks Amazon!
I'm heading to dinner with a friend and bust open the package. I ask my 14 year old to be the man of the house- tell him to feed the orange piece in and turn. I continue getting dressed in the other end of the house when I hear what I'm assuming is our dog getting ready to hurl. NOPE, was the man of the house! Half giggling I fly into their bathroom to find what could very well be something from outer space dangling from orange spiky thingy that had been living in our drain.
Pros: cheap, effective, and will give you a decent story to tell your future grandkids about their father's weak stomach.
Cons: might make you question if other creatures are lurking in hidden places. Could possibly give you PTSD when drying your hair and see stray strands in the sink.



Def 2 JY-Direct

15 people found this helpful

Helpful    Report

---

Buddha LLC

**a bit flimsy, and lacking teeth…**

Reviewed in the United States on July 1, 2024

Verified Purchase

compared with the name brand, this has less teeth, and the plastic is less durable. sort of does the job but next time i'll get the brandname…. the grabber claw is nice and works well. the brush is pretty useless.

Helpful    Report

---

Michael

**Cheap drain opener**

Reviewed in the United States on March 11, 2025

Verified Purchase

Works ok

Helpful    Report

---

Capt Ron

**Drain Hair Remover(6pcs)**

Reviewed in the United States on January 5, 2024

Verified Purchase

Good combination of tools to unclog those gross hair filled sink traps. I've used these several times to clean out accumulated hair and gunk from slow moving drains. Inexpensive and work they work well. Don't call a plumber for such small fixes. DIY

Helpful    Report

---

**See more reviews** ›

Def 2 JY-Direct

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

Def 2 JY-Direct

Case: 1:25-cv-14775 Document #: 7 Filed: 12/05/25 Page 78 of 144 PageID #:390

© 1996-2025, Amazon.com, Inc. or its affiliates

11/10/25, 6:50 AM    Case: 1:25-cv-14775 Document #: 7-1 Filed: 12/26/25 Page 78 of 145 PageID #:891

Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer Kitchen Sink Bathroom Tub Toilet ...

Deliver to
Chicago 60602 | Health, Household & Baby Care | Search Amazon | EN ▾ | Hello, Angie
Account & Lists ▾ | Returns
& Orders | 🛒 0

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers

## Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer Kitchen Sink Bathroom Tub Toilet Clogged Drains Relief Cleaning Tool

Visit the Forlivese Store

4.2          (21,622)   |   Search or ask

**5K+ bought** in past month

**-8%** **$4**.59  ($1.53 / count)

Typical price: $4.99 ⓘ

**Overnight**

**FREE Returns**

You're invited to apply for Prime Visa. Get a $250 Amazon Gift Card instantly upon approval. Find out how

Size: **3 pack**

| 3 pack | 6 pack | 8 pack |

Unit Count: **3.0**

| **3.0**<br>**$4.59**<br>($1.53 / count)<br>$4.99<br>FREE Delivery<br>**Overnight 4 AM -**<br>**8 AM** | See 2 options<br>with no<br>featured offers |

| **Brand** | Forlivese |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlive |
| **Number of Items** | 1 |



Click to see full view

🟠 **Ask Rufus**

Can it be used on a toilet?

Does it require any chemicals?

Is it safe for septic systems?     Ask something else

$4.59 ($1.53 / count)

**Overnight**

FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within **12 hrs 39 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

**Add to List**

**Other sellers on Amazon**

New (2) from $4.59
Overnight 4 AM - 8 AM



FlexiSnake Drain Weasel Sink Sn...
4.4            35,364
$19.99

Sponsored

## About this item

- ❤Soft & Flexible Barbed Wand:3Pcs * 25 inch Soft enough to bend in many kinds of strainers and pipes,the flexible barbed wand could easy to hook the hair and debris.Note:Make sure the sink opening is larger than 0.45 inches for smooth operation of the drain snake.

- ❤Soft Material Design:The drain snake hair clog remover is made of ABS material, which is tough and flexible,and can quickly pick up hair and clear the sink.Drain clog remover is flexible enough to bend various filters and P-shaped trap pipes.

- ❤Easy Operate:Simply hold the handle ring of the drain snake unblocker, insert it, pull up and down and rotate 2-3 times to clear the blockage.Snake drain cleaner will not pinch your hand during operation and can be easily and safely flushed out.

- ❤Environmental and Reusable:ABS material shower drain unblocker is an excellent drainage tool for kitchen sinks,toilets,washbasins,baths and drains.Forlivese sink

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

biodegradable packaging. While great for the environment, it can be less flexible. If your item arrives damaged, we offer a refund immediately — no returns needed. Thank you for joining our green mission!

- ❤Wide Application:Great Drain Auger Cleaner Tool Set for kitchen sink,toilets, washbasin,bathtubs,and sewers,flexes at P-trap where most clogs occurred.

Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  +

Total price: $38.57

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer...
4.2    21,622
-8%  $4⁵⁹ ($1.53/count)
Typical: $4.99

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4    35,364
$19⁹⁹

Sponsored
Drain Snake, Drain Clog Remover - Gutter Cleaning Tools Drain Cleaner for Toilet Sewer Showe...
3.9    3,940
$13⁹⁹

## 4 stars and above  Sponsored ⓘ

     

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ...
35,364
$19⁹⁹

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S...
244
-17%  $4⁹⁹
($4.99 / ounce)
List: $5.99

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ...
63
$9⁹⁹

35inch Drain Clog Remover, Drain Cleaner Hair Clog Remover with Rotating Handle and...
279
$7⁹⁹

32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...
204
$9⁴⁷
Amazon's Choice

25 Inch Sink Sn Clog Remover T Pack Drain Clea Clog Remover T
1,
$5⁹⁹

## From the brand

Health, Household & Baby Care ▾

## About Us

Forlivese is a technology company specializing in furniture and daily necessities. We always adhere to the business philosophy of putting customers first, putting them at the center, listening to their opinions and suggestions, constantly innovating and improving, with the aim of designing products that meet their needs.

## Product description

### Snake Drain Hair Removal Tool

**Scientific design**

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

**Excellent ABS Material with Multi-teeth**

Drain snake use ABS recyclable material, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly.

Def 3 Forlive

Case: 1:25-cv-14775 Document #: 7-1 Filed: 12/22/25 Page 83 of 145 PageID #:894

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

## Product details

**Product Dimensions ‏:‎** 12 x 4.3 x 0.7 inches; 3.21 ounces
**Item model number ‏:‎** 3
**Date First Available ‏:‎** August 21, 2019
**Manufacturer ‏:‎** Forlive
**ASIN ‏:‎** B07RMHNHYC
**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
    #6 in Drain Augers
**Customer Reviews:**
4.2    (21,622)

## Product Videos



Sarah's Family Finds    Earns commissions
A Closer Look at these Drain Clog Removers

-0:00

Def 3 Forlive

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

**Directions**

1. Insert the drain snake into the clogged drain. 2. Rotate the handle to engage the barbed wand with the clog. 3. Pull the snake out while rotating to break up and remove the clog. 4. Repeat if necessary until the drain is clear. 5. Flush with water to ensure the drain is fully cleared.

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Related products with free delivery** Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner... | Upgrade 2 Packs Extra Long Drain Cleaners Brush, 64 Inches Flexible Sunroof Drain C... | Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn... | 30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Snake Drain Cleaner To... | 35.5inch Drain Remover Tool( 35inch Drain Sr Remover(6pcs) |
| 2,951 | 23 | 5 | 459 | 26 | 5 |
| $14.95 ($4.98 / count) | $11.99 | $3.66 ($1.83 / count) | $6.99 | Amazon's Choice $8.54 | $7.99 |

You pay $10.79 with coupon

Sponsored

**Similar brands on Amazon**

Sponsored

  


| | | |
|---|---|---|
| FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,... | Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick... | SHUOGUO Grabber Cla |
| 4.4      35,364 | 4.0      297 | 3.9 |
| $19.99 | $9.99 | $9.99 |

---

🔴 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Is it reusable?

## Customer reviews

**4.2** out of 5

21,622 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

🤖 Generated from the text of customer reviews

Select to learn more

✓ Workability    ✓ Drain cleanliness    ✓ Ease of use    ✓ Quality    ✓ Value for money

✓ Hair removal    ⊝ Material strength    ⊝ Breakage rate

### Reviews with images

See all photos ›



### Top reviews from the United States

⬤ Cecilia

**Works great**
Reviewed in the United States on October 21, 2025
Size: 3 pack    Unit Count: 3.0     Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

Helpful    Report

⬤ Tonya

**Easy money saver!!!**
Reviewed in the United States on November 6, 2025
Size: 3 pack    Unit Count: 3.0     Verified Purchase

Saved me an overpriced plumber visit 😟 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

Helpful    Report

⬤ Logan S

**Works great for minor hair buildup!**
Reviewed in the United States on September 7, 2025
Size: 3 pack    Unit Count: 3.0     Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

Def 3 Forlive

11/10/25, 6:50 AM
Case: 1:25-cv-14775 Document #: 7-7 Filed: 12/06/25 Page 856 of 145 PageID #:897
Amazon.com: 5 Pcs Drain Clog Remover Tool 24.4 inch Hair Drain Clog Remover Drain Cleaner Sticks Drain Cleaner Tool for Sewer Kitchen Sink Bathroom Tub Toilet …

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Amazon Customer

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

Anna S.

**It worked!**

Reviewed in the United States on October 23, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025

Size: 6 pack    Unit Count: 6.0    Verified Purchase

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Health, Household & Baby Care

Reviewed in the Netherlands on May 10, 2024

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It come broken

Report

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Très pratique

Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews ›**

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

#### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

#### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

#### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

#### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

Def 3 Forlive

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN    Hello, Angie
Account & Lists    Returns
& Orders    0

of songs    wherever they
spend their time    on fashion brands    & collectibles    Publishing
Made Easy    Account    Inventory
Management

Amazon Business
Everything For
Your Business    Amazon Fresh
Groceries & More
Right To Your Door    AmazonGlobal
Ship Orders
Internationally    Home Services
Experienced Pros
Happiness
Guarantee    Amazon Web
Services
Scalable Cloud
Computing
Services    Audible
Listen to Books &
Original
Audio
Performances    Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations    IMDb
Movies, TV
& Celebrities    IMDbPro
Get Info
Entertainment
Professionals Need    Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy    Amazon Photos
Unlimited Photo
Storage
Free With Prime    Prime Video Direct
Video Distribution
Made Easy    Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products    Whole Foods
Market
America's
Healthiest
Grocery Store    Woot!
Deals and
Shenanigans    Zappos
Shoes &
Clothing    Ring
Smart Home
Security Systems    eero WiFi
Stream 4K Video
in Every Room    Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts    Amazon
Subscription Boxes
Top subscription
boxes – right to
your door    PillPack
Pharmacy
Simplified    Amazon Renewed
Like-new products
you can trust    Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive

Case 1:25-cv-11777-FDS Document #: 173 Filed: 1210826 Page 89 of 144 PageID #:4091



Deliver to
Chicago 60602

Health, Household & Baby Care ▾    Search Amazon

EN ▾    Hello, Angie
Account & Lists ▾    Returns & Orders    0

All    **Rufus**    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury    Amazon Basics    Black Friday Week starts Nov 20

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Shop FlexiSnake

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers





# Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible Auger Cleaner for Shower, Kitchen Sink, Bathroom

Visit the Forlivese Store

4.2    (21,622)    Search or ask
**100+ bought** in past month

$7⁹⁹

Click to see full view

**Two-Day**

FREE Returns

Get a $250 Gift Card: Pay $0.00 ~~$7.99~~ upon approval for Prime Visa. No annual fee.

**Size: 6 pack**

| 3 pack | 6 pack | 8 pack |

**Unit Count: 6.0**

| **6.0** $7.99 FREE Delivery Wednesday | See 2 options with no featured offers |

😀 **Ask Rufus**

Can it be used on all drain types?

Is it safe for septic systems?

Does it require any assembly?    Ask something else

| **Brand** | Forlivese |
| **Scent** | Unscented |
| **Product Benefits** | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| **Manufacturer** | Forlivese |
| **Number of Items** | 6 |

## About this item

- Multi-Pack Value:Get 6 durable 25-inch drain cleaners (0.45" width) for tackling multiple clogs. Note:Ensure your drain hole exceeds 0.45" before purchase.

- Soft & Flexible Barbed Wand:The drain snake hair clog remover is made of tough yet flexible ABS material. Featuring multi-tooth edges,these wands bend easily through pipes and strainers to instantly hook hair,soap scum,and debris—without scratching surfaces.

- Easy to Use:Simply hold the handle ring of the drain snake unblocker,insert it into the drain, then pull up and down while rotating 2-3 times to clear blockages.The snake drain cleaner won't pinch your hands during use and can be safely flushed out afterward.

- Eco-Friendly & Reusable:This ABS shower drain unblocker is a good alternative to chemical cleaners,suitable for kitchen sinks,toilets,washbasins,bathtubs, and drains.The Forlivese sink unblocker is reusable and recyclable,making it both practical and cost-effective!



$7⁹⁹

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **17 hrs 42 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

˅ See more

Add to List

Sponsored

Def 3 Forlive

- Wide Application:An excellent drain auger cleaner tool set for kitchen sinks,toilets,washbasins,bathtubs,and sewers.It flexes at the P-trap,where most clogs occur.

Report an issue with this product or seller

## 4+ star item to consider



Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

19.6 in

(2705)

$11.09

Sponsored

## Frequently bought together

 +  + 

Total price: $23.04

Add all 3 to Cart

These items are shipped from and sold by different sellers.

Show details

**This item:** Forlivse 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher…

$7⁹⁹

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…

$5¹⁷ ($0.16/ounce)

Liquid-Plumr Pro-Strength Clog Destroyer, Liquid Drain Cleaner, 80 Fluid Ounces (Package May…

$9⁸⁸ ($0.12/fluid ounce)

## Based on your recent views  Sponsored ⓘ

 

35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in…

57

$7⁹⁹

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S…

244

Amazon's Choice

-17% $4⁹⁹

($4.99 / ounce)

List: $5.99

63 Inch Drain Clog Remover Tool + 4X50 Inch Drain Snake Hair Remover, Flexible Meta…

36

-11% $6⁹⁹

Typical: $7.89

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…

2,951

$14⁹⁵ ($4.98 / count)

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru…

29

$7⁹⁹

5 in 1 Compati… Drain Snake Ha… with 5 Packs Dr… Clog Remover …

9,

$7⁹⁹

## Product description

**Notes:**

1.The drain clog removal tool is 0.45 inches wide, please make sure your sink is larger than 0.45 inches before purchasing.

2.Please do not use this drain cleaner bar tool directly after using chemical drain cleaner.

3.When using this toilet snakes for unclogging, please be careful not to drop the sink drain cleaner bar tool into the pipe.

4.When the clogging is serious, please clear a small amount one by one, avoid forcibly hooking it all at once to avoid exceeding the carrying capacity.

5.Please keep it out of reach of children

Def 3 Forlive

Insert the drain cleaner into the drain. To prevent jamming, ensure the drain hole diameter is larger than 0.45 inches

Hold the handle ring, pull it up and down, and rotate it a few times.

When you feel something on the drain snake, lift it up. Do not twist or pull forcefully to avoid breaking or jamming it.

---

## Product details

**Product Dimensions** : 12 x 4.3 x 0.7 inches; 4.66 ounces

**Item model number** : 6 pack

**Date First Available** : May 22, 2025

**Manufacturer** : Forlivese

**ASIN** : B0F9KGN7BV

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
    #6 in Drain Augers

**Customer Reviews:**
4.2            (21,622)

---

## Product Videos



Sariah's Finds  Earns commissions
So glad I had these when I needed them most!

-0:00

---

## Important information

### Directions

Hold the handle ring, insert into the drain, pull up and down while rotating 2-3 times to clear blockages. Do not pinch hands during use and safely flush out afterward.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

## Related products with free delivery  Sponsored ⓘ








Drain Clog Remover Tool, 30 Inch Sink Snake Hair Clog Remover with Rotating Handle ...
114
-25% $5.99
Typical: $7.99

30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Snake Drain Cleaner To...
26
$8.54

Replaceable Drain Snake Hair Clog Remover, 30 Inch Anti-break Metal Sink Snake with...
21
$9.99

Drain Clog Remover Tool, 60" Stainless Steel Snake Remover, 60"...
49
$9.99

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S...
244
Amazon's Choice
-17% $4.99
($4.99 / ounce)
List: $5.99

63 Inch Drain Clog Remover Tool + Inch Drain Snake Remover, Flexibl...
36
-11% $6.99
Typical: $7.89

Sponsored

## Similar brands on Amazon

Sponsored






SHUOGUO Drain Snake,61 inch Flexible Grabber Claw Pick Up Reacher Tool,Dr...
3.9        106
$9.99

Powerful Pipe Dredging Agent, 2025 New Pipeline Dredging Agent, Drain...
3.5        3
$20.99


61 inch Dra... Pickup Tool...
3.9
$8.99

## 🔶 Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on all drain types?     Is it safe for septic systems?     Does it require any assembly?

Can it remove soap scum?     Is it reusable?

## Customer reviews

4.2 out of 5

21,622 global ratings

5 star    67%

4 star    14%

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

ai Generated from the text of customer reviews

Select to learn more

Def 3 Forlive

| | | |
|---|---|---|
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work

✓ Workability   ✓ Drain cleanliness   ✓ Ease of use   ✓ Quality   ✓ Value for money

✓ Hair removal   — Material strength   ⊖ Breakage rate

## Reviews with images

See all photos ›



## Top reviews from the United States

**Cecilia**

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

Helpful    Report

**Tonya**

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Saved me an overpriced plumber visit 😳 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

Helpful    Report

**Logan S**

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

2 people found this helpful

Helpful    Report

**Amazon Customer**

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

**Anna S.**

Sponsored

Def 3 Forlive

**It worked!**

Reviewed in the United States on October 23, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**

Reviewed in the United States on September 20, 2025

Size: 6 pack    Unit Count: 6.0    Verified Purchase

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Vitalii

**It come broken**

Reviewed in the Netherlands on May 10, 2024

Size: 3 pack    Unit Count: 3.0    Verified Purchase

It come broken

Report

Def 3 Forlive

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Très pratique
Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews ›**

Def 3 Forlive



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Def 3 Forlive

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna |
|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive



Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers







Click to see full view

⭐ Ask Rufus

Can it be used on all drain types?

Is it safe for septic systems?

Does it require any assembly?     Ask something else

# Forlivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible Auger Cleaner for Shower,Kitchen Sink,Bathroom

Visit the Forlivese Store

4.2     (21,623)    Search or ask

50+ bought in past month

$9⁹⁹

**Two-Day**

FREE Returns

Thank you for being a Prime member. Get a $250 Gift Card: Pay $0.00 upon approval for Prime Visa.

Size: **8 pack**

| 3 pack | 6 pack | 8 pack |

Unit Count: **8.0**

| 8.0 $9.99 FREE Delivery Wednesday | See 2 options with no featured offers |

| Brand | Forlivese |
|---|---|
| Scent | Unscented |
| Product Benefits | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| Manufacturer | Forlivese |
| Number of Items | 8 |

## About this item

- Multi-Pack Value:Get 8 durable 25-inch drain cleaners (0.45" width) for tackling multiple clogs. Note:Ensure your drain hole exceeds 0.45" before purchase.

- Soft & Flexible Barbed Wand:The drain snake hair clog remover is made of tough yet flexible ABS material. Featuring multi-tooth edges,these wands bend easily through pipes and strainers to instantly hook hair,soap scum,and debris—without scratching surfaces.

- Easy to Use:Simply hold the handle ring of the drain snake unblocker,insert it into the drain, then pull up and down while rotating 2-3 times to clear blockages.The snake drain cleaner won't pinch your hands during use and can be safely flushed out afterward.

- Eco-Friendly & Reusable:This ABS shower drain unblocker is a good alternative to chemical cleaners,suitable for kitchen sinks,toilets,washbasins,bathtubs, and drains.The Forlivese sink unblocker is reusable and recyclable,making it both practical and cost-effective!

- Wide Application:An excellent drain auger cleaner tool set for kitchen sinks,toilets,washbasins,bathtubs,and sewers.It flexes



$9⁹⁹

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **17 hrs 35 mins**

🌱 Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

Sponsored

at the P-trap, where most clogs occur.

Report an issue with this product or seller

### 4+ star item to consider



Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

**19.6 in**

(2705)

$11.09

Sponsored

---

## Frequently bought together

    +    

Total price: $17.94

Add both to Cart

These items are shipped from and sold by different sellers.

Show details

**This item:** Forlivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher…

$9⁹⁹

zaa Bathtub Drain Hair Catcher, Premium Silicone Shower Hair Catcher, 1Pack Collapsible Hair…

$7⁹⁵

---

### 4 stars and above Sponsored ⓘ

    

| | | | | | |
|---|---|---|---|---|---|
| The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S... | 12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ... | 25 Inch Sink Snake Drain Clog Remover Tool,6 Pack Drain Cleaner Hair Clog Remover T... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | 32 Inch Snake Removal Tool (Anti-Break Met Nylon Coating.. |
| 2,951 | 244 | 63 | 1,161 | 9,665 | 2 |
| $14⁹⁵ ($4.98 / count) | -17% $4⁹⁹ ($4.99 / ounce) List: $5.99 | $9⁹⁹ | $5⁹⁹ | $7⁹⁹ | $9⁴⁷ |

---

## Product description

**Notes:**

1.The drain clog removal tool is 0.45 inches wide, please make sure your sink is larger than 0.45 inches before purchasing.

2.Please do not use this drain cleaner bar tool directly after using chemical drain cleaner.

3.When using this toilet snakes for unclogging, please be careful not to drop the sink drain cleaner bar tool into the pipe.

4.When the clogging is serious, please clear a small amount one by one, avoid forcibly hooking it all at once to avoid exceeding the carrying capacity.

5.Please keep it out of reach of children.

11/10/25, 7:24 AM    Amazon.com: HX5 Drain Clog Remover Tool, Snake Drain Clog Remover Tools, Drain Hair Remover for Sewer, Toilet, Kit…

Case: 1:25-cv-14775 Document #: 1 Filed: 12/03/25 Page 99 of 145 PageID #:412

Insert the drain cleaner into the drain. To prevent jamming, ensure the drain hole diameter is larger than 0.45 inches.

Hold the handle ring, pull it up and down, and rotate it a few times.

When you feel something on the drain snake, lift it up. Do not twist or pull forcefully to avoid breaking or jamming it.

---

## Product details

**Product Dimensions :** 12 x 4.3 x 0.7 inches; 4.97 ounces

**Item model number :** HX5

**Date First Available :** May 22, 2025

**Manufacturer :** Forlivese

**ASIN :** B0F9K1FKM3

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
    #6 in Drain Augers

**Customer Reviews:**
4.2          (21,623)

---

## Product Videos



Sarah's Family Finds  Earns commissions
A Closer Look at these Drain Clog Removers

-0:00

---

## Important information

### Directions

1. Hold the handle ring of the drain snake unblocker. 2. Insert it into the drain. 3. Pull up and down while rotating 2-3 times to clear blockages. 4. Flush the drain snake out afterward.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

## Related products with free delivery  Sponsored ⓘ








| | | | | | |
|---|---|---|---|---|---|
| 25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh... | Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru... | 6 Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A... | Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | Replaceable Dr Hair Clog Rem Inch Anti-break Sink Snake wi... |
| 7,748 | 29 | 5,188 | 459 | 9,665 | 2 |
| Amazon's Choice | | | | | |
| $6⁹⁶ | $7⁹⁹ | $4⁹⁶ | $6⁹⁹ | $7⁹⁹ | $9⁹⁹ |



Sponsored

## Similar brands on Amazon

Sponsored





| | | |
|---|---|---|
| FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,... | Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick... | SHUOGUO Grabber Cla... |
| 4.4    35,364 | 4.0    297 | 3.9 |
| $19.99 | $9.99 | $9.99 |

---

### ✨ Looking for specific info?

[ Ask Rufus or search reviews and Q&A ]

Can it be used on all drain types?    Is it safe for septic systems?    Does it require any assembly?

Can it remove soap scum?    Is it reusable?

---

## Customer reviews

### 4.2 out of 5

21,623 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 14% |
| 3 star | | 8% |

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

ai Generated from the text of customer reviews

Select to learn more

✓ Workability    ✓ Drain cleanliness    ✓ Ease of use    ✓ Quality    ✓ Value for money

| 2 star | | 3% |
| 1 star | | 8% |

How customer reviews and ratings work



Sponsored

✓ Hair removal    — Material strength    ⊖ Breakage rate

## Reviews with images

See all photos ›

   

## Top reviews from the United States

**Cecilia**

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

Helpful    Report

**Tonya**

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Saved me an overpriced plumber visit  The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

Helpful    Report

**Logan S**

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

2 people found this helpful

Helpful    Report

**Amazon Customer**

**Great tools!**

Reviewed in the United States on November 4, 2025

Size: 3 pack    Unit Count: 3.0    Verified Purchase

Easy to use and does a great job!

Helpful    Report

**Anna S.**

**It worked!**

Def 3 Forlive

11/10/25, 7:24 AM
Amazon.com: ... Sink and Drain Cleaner Sticks: Non-Toxic Drain Deodorizer: Sewage Decontamination: Drain Cleaner & Deodorizer for Shower,Kit…

Case: 1:25-cv-14775 Document #: 17 Filed: 11/05/25 Page 103 of 144 PageID #:415

Reviewed in the United States on October 23, 2025
Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful     Report

D.

**Pretty good**
Reviewed in the United States on November 6, 2025
Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful     Report

Amazon Customer_Lo

**Broken**
Reviewed in the United States on September 20, 2025
Size: 6 pack     Unit Count: 6.0     **Verified Purchase**

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful     Report

Kailey

**Houshold must-have for long hair!**
Reviewed in the United States on November 6, 2025
Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful     Report

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

Vitalii

**It come broken**
Reviewed in the Netherlands on May 10, 2024
Size: 3 pack     Unit Count: 3.0     **Verified Purchase**

It come broken

Report

Def 3 Forlive

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.



Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Très pratique
Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack    Unit Count: 3.0    **Verified Purchase**

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews** ›

Def 3 Forlive

11/10/25, 7:24 AM    Amazon.com: Clorox Toilet Bowl Cleaner Gel, Fresh Scent, 24 Ounces - Bleach Based Toilet Cleaner for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1 Filed: 12/05/25 Page 105 of 145 PageID #:417



Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English        United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

Def 3 Forlive

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna |
|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive



Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



25 inch

Click to see full view

⭐ Ask Rufus

Can it be used on a toilet?

Does it require any chemicals?

Is it safe for septic systems?    Ask something else

### Forlivese 3 Pack 25 Inch Drain Clog Remover,Sink Snake Kitchen Sink Bathroom Tub Clogged Drains Relief Cleaning

Store

.623) | Search or ask

5K+ bought in past month

8%   $4.59 ($1.53 / count)

Typical price: $4.99

**Overnight**

FREE Returns

Apply for Prime Visa and earn 6% back when you choose Amazon Day Delivery.

Size: 3 pack

[ 3 pack ]  [ 6 pack ]  [ 8 pack ]

Unit Count: 3.0

| 3.0 | See 2 options with no featured offers |
|---|---|
| $4.59 ($1.53 / count) $4.99 FREE Delivery Overnight 4 AM - 8 AM | |

| Brand | Forlivese |
|---|---|
| Product Benefits | 25 Inches Long, Cleans Drain, Economical, Removes Clog, Reusable, Suitable for All Types of Pipes |
| Manufacturer | Forlive |
| Number of Items | 1 |

### About this item

- ❤Soft & Flexible Barbed Wand:3Pcs * 25 inch Soft enough to bend in many kinds of strainers and pipes,the flexible barbed wand could easy to hook the hair and debris.Note:Make sure the sink opening is larger than 0.45 inches for smooth operation of the drain snake.

- ❤Soft Material Design:The drain snake hair clog remover is made of ABS material, which is tough and flexible,and can quickly pick up hair and clear the sink.Drain clog remover is flexible enough to bend various filters and P-shaped trap pipes.

- ❤Easy Operate:Simply hold the handle ring of the drain snake unblocker, insert it, pull up and down and rotate 2-3 times to clear the blockage.Snake drain cleaner will not pinch your hand during operation and can be easily and safely flushed out.

- ❤Environmental and Reusable:ABS material shower drain unblocker is an excellent drainage tool for kitchen

$4.59 ($1.53 / count)

**Overnight**

FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within **12 hrs 5 mins**

🌐 Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | Amazon |
|---|---|
| Sold by | Forlive |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

[ Add to List ]

### Other sellers on Amazon

New (3) from $4.59
Overnight 4 AM - 8 AM





FlexiSnake Drain Weasel Sink Sn...
4.4    35,364
$19.99

Sponsored

Def 3 Forlive

sinks,toilets,washbasins,baths and drains.Forlivese sink unblocker is reusable than chemical drain cleaners and is recyclable,making it practical and affordable!

- ♥Eco-Friendly & Risk-Free: To support our planet, we now use biodegradable packaging. While great for the environment, it can be less flexible. If your item arrives damaged, we offer a refund immediately — no returns needed. Thank you for joining our green mission!

- ♥Wide Application:Great Drain Auger Cleaner Tool Set for kitchen sink,toilets, washbasin,bathtubs,and sewers,flexes at P-trap where most clogs occurred.

Report an issue with this product or seller

Sponsored

## Customers also bought

Based on products customers bought together

 +  +



**Total price:** $38.57

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer...
4.2        21,623
**-8%** $4⁵⁹ ($1.53/count)
Typical: $4.99

Sponsored
FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...
4.4        35,364
$19⁹⁹

Sponsored
Drain Snake, Drain Clog Remover - Gutter Cleaning Tools Drain Cleaner for Toilet Sewer Showe...
3.9        3,940
$13⁹⁹

## 4 stars and above Sponsored ⓘ

     

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14⁹⁵ ($4.98 / count)

Drain Snake, Drain Clog Remover Tool, 3 Pack Cleaner Hair Remover, Sink Snake for S...
244
**-17%** $4⁹⁹
($4.99 / ounce)
List: $5.99

12 PCS Drain Snake, Drain Hair Remover, Sink Snake Drain Auger Cleaner Tool For Bat...
128
$5⁴⁷

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub ...
35,364
$19⁹⁹

25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh...
7,748
Amazon's Choice
$6⁹⁶

5 in 1 Compatil Drain Snake Ha with 5 Packs D Clog Remover .
9,
$7⁹⁹

## From the brand

11/10/25, 7:24 AM Amazon.com: 3 Pcs Drain Snake Hair Drain Clog Remover Cleaning Tool Hair Clog Remover Drain Auger for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1 Filed: 12/05/25 Page 109 of 144 PageID #:421

About Us

Forlivese is a technology company specializing in furniture and daily necessities. We always adhere to the business philosophy of putting customers first, putting them at the center, listening to their opinions and suggestions, constantly innovating and improving, with the aim of designing products that meet their needs.

3 Pack 25inch plastic sir

## Product description

### Snake Drain Hair Removal Tool

**Scientific design**

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

**Excellent ABS Material with Multi-teeth**

Drain snake use ABS recyclable material, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly.

Def 3 Forlive

11/10/25, 7:24 AM    Amazon.com: Forlive Drain Snake, 2 Pack Drain Clog Remover Tools Hair Drain Clog Remover Cleaning Tool for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1 Filed: 12/05/25 Page 110 of 145 PageID #:422

## Product details

**Product Dimensions** **:** 12 x 4.3 x 0.7 inches; 3.21 ounces

**Item model number** **:** 3

**Date First Available** **:** August 21, 2019

**Manufacturer** **:** Forlive

**ASIN** **:** B07RMHNHYC

**Best Sellers Rank:** #657 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#6 in Drain Augers

**Customer Reviews:**

4.2                    (21,623)

## Product Videos

KevBro  Earns commissions
Buy this to easily keep your sink drain unclogged!



-0:00

Def 3 Forlive

11/10/25, 7:24 AM
Amazon.com: Drain Snake Hair Clog Remover Tool: 5x30 Inch Sink Snake + 1x35.5 Inch Drain Cleaner for Shower,Kit...
Case: 1:25-cv-14775 Document #: 1 Filed: 12/05/25 Page 23 of 145 PageID #:423

## Important information

### Directions

1. Insert the drain snake into the clogged drain. 2. Rotate the handle to engage the barbed wand with the clog. 3. Pull the snake out while rotating to break up and remove the clog. 4. Repeat if necessary until the drain is clear. 5. Flush with water to ensure the drain is fully cleared.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery  Sponsored ⓘ

     

| Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | 3 Pack 20 Inch Drain Clog Remover Snakes, Hair Cleaning Tool Effective Drain Snake ... | Drain Clog Remover, 25-Inch Drain Hair Removal Tool, Drain Hair Remover Plumbing Sn... | The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | 30 Inch Drain S Clog Remover, break Metal Sir Drain Cleaner T |
|---|---|---|---|---|---|
| 23 | 9,665 | 3 | 459 | 2,951 | 2 |
| $11⁹⁹ | $7⁹⁹ | $5⁹⁹ | $6⁹⁹ | $14⁹⁵ ($4.98 / count) | $8⁵⁴ |

You pay $10.79  with coupon

Sponsored

## Similar brands on Amazon

Sponsored

  

| FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,... | Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick... | SHUOGUO Grabber Cla |
|---|---|---|
| 4.4            35,364 | 4.0            297 | 3.9 |
| $19.99 | $9.99 | $9.99 |

## ✴ Looking for specific info?

Ask Rufus or search reviews and Q&A

Def 3 Forlive

Can it be used on all drain types?     Is it safe for septic systems?     Does it require any assembly?

Can it remove soap scum?     Is it reusable?

## Customer reviews

### 4.2 out of 5

21,623 global ratings

5 star ▬▬▬▬▬▬ 67%
4 star ▬▬ 14%
3 star ▬ 8%
2 star ▬ 3%
1 star ▬ 8%

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Sponsored

## Customers say

Customers find the drain snake effective at unclogging drains quickly, with one mentioning it works well for hair removal. The tool is easy to use, particularly in showers, and offers good value by saving money on plumbing services. While some customers find it sturdy, others describe it as flimsy, and there are concerns about breakage during use.

 Generated from the text of customer reviews

**Select to learn more**

✓ Workability     ✓ Drain cleanliness     ✓ Ease of use     ✓ Quality     ✓ Value for money

✓ Hair removal     ⊘ Material strength     ⊖ Breakage rate

### Reviews with images

See all photos ›

   

---

### Top reviews from the United States

 Cecilia

**Works great**

Reviewed in the United States on October 21, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

These work like a charm. They're cheap and get the job done. They don't break after being tugged and shoved and they get all the nasty out. I'll spare you of the photo of how well it works, just trust me on it.

One person found this helpful

[ Helpful ]     Report

 Tonya

**Easy money saver!!!**

Reviewed in the United States on November 6, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

Saved me an overpriced plumber visit 😡 The trip fee alone is usually over $100 and this avoided the cost and also waiting for an appointment. I had a slow draining shower and water was starting to pool up in the shower. I've had this issue before and it was just hair stuck in the drain. I have long hair and so my best to stop it from going down the drain when I wash it but I can't stop all of it. The last plumber that came to clean it just used one of these same tools anyway AND stripped the screws on the drain cover. Even without being able to remove the cover I pulled out a bunch of hair and can see and even hear a difference in how well the water is draining now. I highly recommend trying this before calling a plumber. It may not work for you but if it does it's a big savings. Worst case you call a plumber out anyway but it's worth a try for sure!

[ Helpful ]     Report

 Logan S

**Works great for minor hair buildup!**

Reviewed in the United States on September 7, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

This drain snake works great for hair buildup close to the surface. It is easy to use and keeps the hair attached when you pull it out. The material seems durable, too, so these should last a long time. My only complaint is that I can't use this in my shower drain, which turns at a nearly 90 degree angle (I live in an older house). It gets stuck at the turn every time, and even a professional plumber couldn't get it to work (they came for another issue and I had them try). But for all other drains in the house, this has worked great!

Def 3 Forlive

2 people found this helpful

Helpful    Report

Amazon Customer

**Great tools!**
Reviewed in the United States on November 4, 2025
Size: 3 pack    Unit Count: 3.0    <span style="color:orange">Verified Purchase</span>

Easy to use and does a great job!

Helpful    Report

Anna S.

**It worked!**
Reviewed in the United States on October 23, 2025
Size: 3 pack    Unit Count: 3.0    <span style="color:orange">Verified Purchase</span>

Like everyone else, I was skeptical at first about buying something for under $5 and having it work. But it actually did work! Bathroom sink was easy to do. Bathtub was easy too, requiring just a bit more gentle force/maneuvering to pull a huge clump of hair from the drain. In the end, I got a dense, baseball-sized, total clump out of the bathtub. For so cheap, this was a miracle! Tub is draining perfectly now, and sink too, with no more weird smells! Just use disposable gloves because it can get messy. Buy it!

One person found this helpful

Helpful    Report

D.

**Pretty good**
Reviewed in the United States on November 6, 2025
Size: 3 pack    Unit Count: 3.0    <span style="color:orange">Verified Purchase</span>

It works for sink drains. It is not long or flexible enough to work with most shower drains since they bend at a right angle and the clog is probably 3 linear feet down the drain. It's a good product if you know what it's a good fit for.

Helpful    Report

Amazon Customer_Lo

**Broken**
Reviewed in the United States on September 20, 2025
Size: 6 pack    Unit Count: 6.0    <span style="color:orange">Verified Purchase</span>

3 stars bc I've purchased these before and they've worked fine but the product came broken into multiple pieces this time.

Helpful    Report

Kailey

**Houshold must-have for long hair!**
Reviewed in the United States on November 6, 2025
Size: 3 pack    Unit Count: 3.0    <span style="color:orange">Verified Purchase</span>

A household must-have! Easy to clean and reuse over and over. So cheap and a game-changer in taking care of your drains!

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Def 3 Forlive

11/10/25, 7:24 AM Amazon.com: mDesign Cleaning Device, Drain Snake Tool for Clearing Clogs & Debris, 20 Inches Long, for Shower,Kit…

Case: 1:25-cv-14775 Document #: 1 Filed: 12/03/25 Page 125 of 145 PageID #:426

Vitalii

**It come broken**

Reviewed in the Netherlands on May 10, 2024

Size: 3 pack     Unit Count: 3.0     Verified Purchase

It come broken

Report

BigG

**Works well**

Reviewed in Singapore on April 24, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

Works very well

Report

Hannah

**Defect**

Reviewed in Belgium on June 7, 2024

Size: 3 pack     Unit Count: 3.0     Verified Purchase

Was al kapot in de verpakking. Maar had sowieso niet gewerkt; te kort en te slap.

Report

Translate review to English

Sandra

**Pratique**

Reviewed in France on February 7, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

Très pratique

Permet d'enlever les cheveux de la douche

Report

Translate review to English

Kris Banke

**Perfect for ungrossifying the bathroom sink drain**

Reviewed in Canada on October 3, 2025

Size: 3 pack     Unit Count: 3.0     Verified Purchase

Unclogged the bathroom sink , was super gross . Problem is that they are so rigid that getting them into a shower drain or sink drain is not always possible. I have tried softening them with hot water first and that allowed me to get into the bathroom sink drain but that's all - yes I would likely buy again because it did ungrossify the bathroom sink

Report

**See more reviews ›**

Def 3 Forlive

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English     United States

| Amazon Music Stream millions of songs | Amazon Ads | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX | Sell on Amazon Start a Selling Account | Veeqo |
|---|---|---|---|---|---|---|

Def 3 Forlive

Reach customers
wherever they
spend their time

Audiobook
Publishing
Made Easy

Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Def 3 Forlive

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view

e, Drain Clog Remover,Hair
Opener, sink snake for
hen Sink Bathroom Tub
ged Drains Relief Cleaning
5 Inch +1pc 20inch)

7) | Search or ask

3K+ bought in past month

$3$ $99$  ($3.99 / count)

Overnight
FREE Returns

Thank you for being a Prime member. Get $250 off: Pay $0.00
$3.99 upon approval for Prime Visa.

|  | eatifoyo |
|  | no |
| **Item Weight** | 0.05 Kilograms |
| **Product Benefits** | Cleans Drain, Clog Remover, Drain Cleaner, Drain Clog Remover, Drain Unclogger, Pipe Cleaner |
| **Manufacturer** | Beatifoyo |

## About this item

- 👍 👍 👍 Package Includes: 1 pack of 20 inch plastic plumbing snake drain auger+ 1 pack of 25-inch drain clog remover cleaning tools.Meets the needs of different pipe lengths. The width of the hair cleaner is 0.45", please make sure your sink hole is larger than 0.45" before purchasing.

- 👍 👍 👍 Soft & Flexible Barbed Wand: Plastic drain clog remover is designed with Multi-tooth and the polypropylene is soft enough to bend in many kinds of strainers and pipes, the flexible barbed wand could easily hook the hair and debris.

- 👍 👍 👍 Wide Application: Suitable for kitchen sink, toilets, washbasin, bathtubs, sewers etc. The Multi-tooth drain clog remover tool can efficiently catch hair, food and other blockages.

- 👍 👍 👍 Economical & Environmental :The hair drain clog remover cleaning tool are very easy to use and also easily rinse off for re-use. You won't need the expensive plumber service and more environmental and safety than bad smell chemical drain cleaners.

- 👍 👍 👍 Bendable & Flexible: With outstanding flexibility and break-resistant design, the drain clog remover easily bends into P-traps, where most clogs occur. It effectively snags hair and other blockages, achieving a thorough and efficient clean. If you have any questions about our product, please let us know and we will reply you within 24 hours.

Report an issue with this product or seller

$3$ $99$  ($3.99 / count)

**Overnight**

FREE delivery **Overnight**
**4 AM - 8 AM** on qualifying
orders over $25. Order within
**12 hrs 27 mins**

Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | Beatifoyo |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

See more

Add to List

Sponsored

Sponsored

## Frequently bought together

 +  + 

**This item:** Beatifoyo Drain Snake, Drain Clog Remover,Hair snake Tool Opener, sink snake for Se...

$3$^{99}$ ($3.99/count)

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and...

$5$^{17}$ ($0.16/ounce)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene...

$6$^{58}$ ($0.41/fluid ounce)

Total price: $15.74

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

## Products related to this item    Sponsored ⓘ

     

| 35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in... | The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | 30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Drain Cleaner To... | Hair Drain Clog Remover Tool – 6 × 25-Inch Sink Snake + 1 × 24-Inch Drain Cleaner T... | 25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh... | Drain Snake, Dr... Remover Tool, Cleaner Hair Re... Sink Snake for ... |
|---|---|---|---|---|---|
| 57 | 2,951 | 26 | 11,274 | 7,748 | 24 |
| $7$^{99}$ | $14$^{95}$ ($4.98 / count) | $8$^{54}$ | $5$^{99}$ ($5.99 / count) | Amazon's Choice | -17% $4$^{99}$ |
| | | | | $6$^{96}$ | ($4.99 / ounce) List: $5.99 |

## From the brand

From the manufacturer

### Snake drain hair removal tool

Scientific design

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

### Excellent Plastic with Multi-teeth

Drain snake use ABS recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.

### Easy to Use

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed

### Wide Application

This drain snake hair drain clog remover is perfect for various uses, including kitchen sinks, toilets, washbasins, bathtubs, and sewers. It easily flexes at P-traps, where most clogs occur.

### Reusable

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.

## Product Description

The Beatifoyo Efficient Drain Snake for Clogged Pipes – A Must-Have Tool for Every Home Say goodbye to clogged drains with our high-performance Drain Snake! Designed to tackle tough blockages in sinks, showers, and tubs, this flexible and durable tool is your ultimate solution for keeping your plumbing flowing smoothly. With its easy-to-use design, it effortlessly navigates bends and curves, clearing hair, grease, soap, and other debris that cause frustrating blockages. Versatile & Effective: Perfect for clearing clogs in kitchen sinks, bathroom drains, and even toilets. Suitable for various pipe sizes and lengths. Durable & Flexible: Made from high-quality, PP materials, our drain snake can handle tough blockages without bending or breaking. Easy to Use: The ergonomic handle and lightweight design make it simple to use, giving you quick results without the need for expensive plumbing services. Saves Time & Money: Avoid costly plumbing bills by handling common drain issues on your own. This tool is reusable and easy to clean, making it a must-have for your home toolkit. Whether you're dealing with a slow drain or a stubborn blockage, our Drain Snake is the ideal tool to restore your pipes to full function. Get yours today and take control of your home's plumbing!

## Product details

**Package Dimensions** ：12.28 x 2.4 x 0.63 inches; 1.76 ounces

**Item model number** ：Beatifoyo Drain Clog Remover

**Date First Available** ：January 24, 2025

**Manufacturer** ：Beatifoyo

**ASIN** ：B0DPZSMZK6

**Best Sellers Rank:** #2,490 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
   #12 in Drain Augers

**Customer Reviews:**
4.4             (297)

## Product Videos



**Beatifoyo**
Easy Drain Cleaning Tool for Toilet and Sink

-0:00

## Important information

### Safety Information

Warning: Do not pour any chemical drain cleaners or strong chemicals into the pipes before using the drain snake. These substances may react with the material of the drain snake, causing damage or leakage. Additionally, chemical cleaners can be harmful to the pipes and the environment. Ensure the drain snake is clean and dry before use to avoid potential hazards.

### Ingredients

plastic

### Directions

1. Ensure the drain snake is clean and dry before use. 2. Insert the snake into the drain, turning it clockwise while pushing it in. 3. Once you feel resistance, pull the snake out slowly, removing the clog. 4. Rinse the snake clean after use.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

**Related products with free delivery** Sponsored ⓘ



Drain Clog Remover,5 Pack 31.88inch Drain Snake Hair Removal Tool,Shower Sink Unclo...
3
$9⁹⁹

Sewer Drain Brush, Drain Clog Remover, 17inch Flexible Long Pipe Snake Hair Clogs C...
966
$9⁹⁹

51 Inch Sink Snake Hair Drain Clog Remover, for Sink, Shower & Bathtub - Flexible A...
2
$4⁹⁸

50 Inch Drain Snake Hair Drain Clog Remover, Anti-Break Steel Drain Snake Drain Hai...
5
-8% $11⁹⁹
Typical: $12.99

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14⁹⁵ ($4.98 / count)

30 Inch Drain S Clog Remover, break Metal Sir Drain Cleaner T
26
$8⁵⁴

Def 4 Beatifoyo



Sponsored

## Similar brands on Amazon

Sponsored







FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,…
4.4          35,364
$19.99

Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick…
4.0          297
$9.99

Drano Max Cleaner for
4.5
$9.47

---

## 🔅 Looking for specific info?

| Ask Rufus or search reviews and Q&A |
|---|

Can it be used on a toilet?      Does it require any special storage?      Is it safe for all types of pipes?

Can it remove food particles?      Does it come with usage instructions?

---

## Customer reviews

**4.4 out of 5**

297 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 2% |
| 1 star | | 4% |

How customer reviews and ratings work

## Customers say

Customers find the drain snake effective at removing clogs, with one mentioning it works well for slow drains. The product is easy to use and customers consider it good quality, with one noting it saved them a plumbing bill.

Ⓐ Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness      ✓ Ease of use      ✓ Quality      ✓ Value for money

### Reviews with images

See all photos ›

   

---

## Top reviews from the United States

 GAAT

Def 4 Beatifoyo



**good and easy to use**
Reviewed in the United States on November 3, 2025
Verified Purchase
good product, does what it supposed to. It is good that it comes in pairs.

Helpful    Report

M. E. Accashian

**Great**
Reviewed in the United States on November 1, 2025
Verified Purchase
Works so good. No need to spend a ton of money.

Helpful    Report

TexCzech

**Sturdy and effective**
Reviewed in the United States on September 30, 2025
Verified Purchase
These are sturdy and very effective at cleaning out the bathroom sink drain. They are easy to use and will hold up for multiple usages.

Helpful    Report

Marie Grey

**Works! But, be Careful**
Reviewed in the United States on October 14, 2025
Verified Purchase
It definitely does work, but you need thick gloves to protect your hands because those "spikes" that catch the hair in drain are EXCEEDINGLY sharp and will easily cut you hand. I had to thickly ball up paper towels to prevent it from "mangling" my hand. Having said that, it caught the hair stuck in drain, immediately. So, a very worthy pur chase. Just be careful -

Helpful    Report

Lisfn

**Lifesavers!**
Reviewed in the United States on November 1, 2025
Verified Purchase
These are so handy and are very effective for removing hair and soap buildup. I learned about drain snakes through a lady who was taking care of my mother. These are way better than pouring chemicals down the drain, which may or may not work. These will always be in my house for this type emergency.

Helpful    Report

Mike Jones

**Didn't really help clogged drain**
Reviewed in the United States on November 5, 2025
Verified Purchase
Did not really help, drain still clogged...

Helpful    Report

Amazon Customer

**Quality!!!!**
Reviewed in the United States on October 1, 2025
Verified Purchase
These saved me so much money. Both my sink and my tub were clogged and these cleared out the clogs so fast. Yeah, what you get when you pull it out of the drain is stinky and gross, but it works.

Helpful    Report

Angie

**Works**
Reviewed in the United States on October 22, 2025

Def 4 Beatifoyo

Verified Purchase

Easy to use and got the job done !

Helpful     Report

See more reviews ›

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| | | Reload Your Balance | |

Def 4 Beatifoyo

| Investor Relations | Start a Package Delivery Business | Gift Cards | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

11/10/25, 7:36 AM — Amazon.com: Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sink, Shower, Tub & Toilet, Drain Cleaner with G…

All | **Rufus** | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Luxury | Amazon Basics | **Black Friday Week starts Nov 20**

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness

Shop FlexiSnake

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers

## Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sink, Shower, Tub & Toilet, Drain Cleaner with Grip Handle - Easy Use Kitchen & Bathroom Drain Opener

Brand: QUIUMES

ム★ (611) | Search or ask

4 pack

3K+ bought in past month

$6.99

Two-Day

FREE Returns

select item(s)  Shop items ›

You're invited to apply for Prime Visa. Get a $250 Amazon Gift Card instantly upon approval. Find out how

Style: **Drain Snake 4pcs**

| Drain Snake 4pcs | |
| --- | --- |
| $6.99 FREE Delivery Wednesday | $8.99 FREE Delivery Overnight 4 AM - 8 AM |

Click to see full view

$6.99

**Two-Day**

FREE delivery **Wednesday, November 12.** Order within **17 hrs 24 mins**

⊙ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   HUWSR
Returns   FREE refund/replacement until Jan 31, 2026
Gift options   Available at checkout

✔ See more

Add to List

**Ask Rufus**

- Can it be used on curved pipes?
- Does it require any assembly?
- Is it safe for all types of plumbing?
- Ask something else

【Flexible Barbed Wand】This 4-pack 20inch drain clog remover features a multi-tooth design, making it perfect for navigating various drain structures and pipes to easily hook and remove hair and debris.

- 【High-Quality Material】Crafted from durable polypropylene, this drain snake is tough yet flexible, designed to tackle hair clogs swiftly. The drain snake hair drain clog remover easily maneuvers through tight bends and P-traps in your plumbing.

- 【User-Friendly Operation】Operating this snake drain hair removal tool is simple—just insert, twist, and pull to remove blockages. This drain cleaner is safe to use, protecting your hands while delivering effective results.

- 【Eco-Conscious and Reusable】 Opt for this reusable drain snake instead of harsh chemical solutions. Ideal for kitchen sinks, toilets, bathtubs, and more, this drain clog remover offers a sustainable and cost-effective way to maintain clear drains.

- 【Versatile Application】 Whether in the kitchen, bathroom, or other areas, this drain snake hair drain clog remover is versatile enough to handle clogs in sinks, toilets, bathtubs, and sewers, easily flexing around P-traps where clogs are most common.

Report an issue with this product or seller

Sponsored

Deliver to Chicago 60602 | Health, Household & Baby Care ▾ | EN | Hello, Angie Account & Lists | Returns & Orders | 0

Def 5 HUWSR

Sponsored

## Frequently bought together

 +  + 

**This item:** Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sin…
$6⁹⁹

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and…
$5¹⁷ ($0.16/ounce)

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene…
$6⁵⁸ ($0.41/fluid ounce)

Total price: $18.74

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

## Products related to this item Sponsored ⓘ

     

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3…
2,951
$14⁹⁵ ($4.98 / count)

Hair Drain Clog Remover Tool – 6 × 25-Inch Sink Snake + 1 × 24-Inch Drain Cleaner T…
11,274
$5⁹⁹ ($5.99 / count)

35.5inch Drain Clog Remover Tool(1pcs), 35inch Drain Snake Hair Remover(6pcs) & 59in…
57
$7⁹⁹

61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle…
18
-20% $7⁹⁹
Typical: $9.99

5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover …
9,665
$7⁹⁹

Forlivese 3 Pack Drain Snake,Dr... Remover,Sink S... Sewer Kitche…
2'
-8% $4⁵⁹ ($1.…
Typical: $4.99

## Product description

### Scientific design

A loop on one end for easy operation

Multi-gear design for easy grab & remove clustered hair

### Reusable

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.

**Wide Application**

This drain snake hair drain clog remover is perfect for various uses, including kitchen sinks, toilets, washbasins, bathtubs, and sewers. It easily flexes at P-traps, where most clogs occur.

**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed

**Excellent Plastic with Multi-teeth**

Drain snake use polypropylene recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.

**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

## Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20Inch, it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

---

## Product details

**Product Dimensions ：** 25 x 1.5 x 0.6 inches; 3.21 ounces

**Item model number ：** Drain clog remover, drain snake

**Date First Available ：** August 31, 2024

**Manufacturer ：** QUIUMES

**ASIN ：** B0D7BMRMRT

**Best Sellers Rank:** #1,312 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)
#9 in Drain Augers

**Customer Reviews:**
4.3          (611)

---

## Product Videos



Ginger Reviewed  Earns commissions
Unclogged Drain Success!!!

-0:00

---

## Important information

### Directions

Insert the drain cleaner into the pipe, twist, and pull to remove the clog. Ensure a secure grip to clear drains safely.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

## Related products with free delivery   Sponsored ⓘ

Deliver to
Chicago 60602          Health, Household & Baby Care ▾

Hello, Angie
Account & Lists          Returns & Orders          0

EN

Def 5 HUWSR








63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner...
19
$9⁹⁹

4 Pack Snake Drain Hair Removal Tool, Reusable Drain Snake Hair Drain Clog Remover ...
21
Amazon's Choice
$9⁹⁹

Drain Snake 12 Set: 25inch Snake Drain Hair Removal Tool(1PCS), 59inch Cleaning Bru...
29
$7⁹⁹

Drain Clog Remover,5 Pack 31.88inch Drain Snake Hair Removal Tool,Shower Sink Unclo...
3
$9⁹⁹

The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...
2,951
$14⁹⁵ ($4.98 / count)

5 in 1 Compatibl Drain Snake Ha with 5 Packs Dr Clog Remover .
9,
$7⁹⁹

Sponsored

## Similar brands on Amazon
Sponsored



Flexible Grabber Claw Pick Up Reacher Tool With 4 Claws Bendable Hose Pick…
4.0          297
$9.99



FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,…
4.4          35,364
$19.99




Green Gobb
Powerful Li
4.2
$23.68

---

## 🔶 Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on curved pipes?     Does it require any assembly?     Is it safe for all types of plumbing?

Can it remove grease clogs?     Is it reusable?

---

## Customer reviews
### 4.3 out of 5
611 global ratings

| 5 star | 67% |
| 4 star | 16% |

## Customers say

Customers find the drain snake effective, with one mentioning it works well for years-old clogs, and appreciate that it saves them from expensive plumbing bills. The product is easy to use, gets hair out of drains, and is considered a must-have for every household, particularly for bathroom sinks. While some customers find it durable, others report durability issues, and there are mixed experiences with drain access.

ℹ️ Generated from the text of customer reviews

Deliver to
Chicago 60602          Health, Household & Baby Care ▾

EN     Hello, Angie
Account & Lists     Returns
& Orders     0

Def 5 HUWSR

11/10/25, 7:36 AM
Case 1:25-cv-14775 Document #: 17 Filed 12/01/25 Page 130 of 142 PageID #:122
Amazon.com: Drain Snake Hair Catcher, 4Pack 25Inch Drain Clog Remover Tool Drain Cleaner with G...

— Durability    — Drain access

## Reviews with images

   

See all photos ›

---

## Top reviews from the United States

 Bowman

**Works great**

Reviewed in the United States on October 13, 2025

Style: Drain Snake 4pcs    Verified Purchase

Durable and works great. Easy to use. The size is perfect for tubs or sinks. Cleans the drain so water will flow again.Great value for the money.

Helpful    Report

---

Sanibeljac

**They work, inexpensive, messy**

Reviewed in the United States on November 5, 2025

Style: Drain Snake 4pcs    Verified Purchase

They're not high tech, and can be messy, but for the price they can save you an expensive plumbing bill. I've been using these for years and there's a couple of things to keep in mind when using. The gunk you'll pull up with this product is nasty, so wear gloves, mask and eye covering if you expect any splashing. Ick! Also, don't try to clean the stuff off so you can reuse...just wrap it up and throw away after the clog is cleared. Otherwise you can cut yourself with the sharp edges and possibly introduce organisms into the cut. But they work, and they're inexpensive

One person found this helpful

Helpful    Report

---

Derik Whitaker

**Great device**

Reviewed in the United States on July 19, 2025

Style: Drain Snake 4pcs    Verified Purchase

These work great for unclogging years or even month of hair stuck in your drain, only downside is their plastic hooks wear out easy

2 people found this helpful

Helpful    Report

---

Ichews2014

**Had a scare, but clog is fixed!**

Reviewed in the United States on September 6, 2025

Style: Drain Snake 4pcs    Verified Purchase

Moved into a rental and the sink had been slow draining for a couple months now. Finally decided to purchase this snake (instead of a solution that may not work). It arrived with no instructions, no problem, seems self explanatory.

Bathroom sink is one of those with a springy push drain stopper. I screwed the lid off and pushed the snake into the hole, ummm, and I pulled it back out and the inner mechanics of drain came out too, WOW, what a scare! I tried hammering it back into a straightened position and started to panic thinking this is an awful tool! I finally grabbed with pliers and the mechanic came out easily. I then used the snake again, twisted it around and pulled it out. Surprisingly not much grime came out. But it def fixed the clog. I was then able to put the mechanism back inside after cleaning it. WHEW.

Deliver to
Chicago 60602

Health, Household & Baby Care

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Def 5 HUWSR

https://www.amazon.com/Drain-Remover-Effective-Cleaner-Showers/dp/B0D7BMRMRT/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_2_6/130-6793344-37...    6/9

2 people found this helpful

[ Helpful ]    Report

Janice L. Heape

**Perfect to get hair out of a clogged drain**
Reviewed in the United States on October 11, 2025
Style: Drain Snake 4pcs    Verified Purchase

Great way to get hair out of here sink when it's clogged. This is a wonderful tool to have around. My son always shaves and all kinds of hair goes down the bathroom sink and I can't stop it from being stopped up liquids. Don't seem to help. This handy tool gets the hair right out and the drain runs freely Immediately it's terrible plastic and easy to remove the hair.

[ Helpful ]    Report

Amazon Customer

**Doesn't work unfortunately for small drains**
Reviewed in the United States on March 11, 2025
Style: Drain Snake 4pcs    Verified Purchase

I bought this because the price was good, but unfortunately did not work for me. It was too thick and I wasn't able to spin it around in the drain. It wasn't really able to fish anything out. I'd try something else.

[ Helpful ]    Report

Jill Heinold

**A Great Buy**
Reviewed in the United States on October 5, 2025
Style: Drain Snake 4pcs    Verified Purchase

Because these drain snake clog removers are so slender, they are able to get into drains that a larger clog remover could not. They worked great, and our drains are draining so much better now!

One person found this helpful

[ Helpful ]    Report

EV3

**Does not work. Waste of money.**
Reviewed in the United States on September 19, 2025
Style: Drain Snake 4pcs    Verified Purchase

Does not work. Because of the sharp spikes on the side, it is hard to get down the drain. Even when I managed to get it in the drain as far as it went, it only removed maybe about 15% of the clog and actually made the water drainage worse. The Flexisnake drain weasel works much better.

[ Helpful ]    Report

**See more reviews ›**

Deliver to
Chicago 60602    Health, Household & Baby Care ▾    EN    Hello, Angie
Account & Lists    Returns
& Orders    0

Def 5 HUWSR

https://www.amazon.com/Drain-Remover-Effective-Cleaner-Showers/dp/B0D7BMRMRT/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_2_6/130-6793344-37…    7/9

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English          United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

Deliver to
Chicago 60602     Health, Household & Baby Care ▾

Hello, Angie
Account & Lists          Returns & Orders     0

EN

Def 5 HUWSR

Scalable Cloud
Computing
Services

Listen to Books &
Original
Audio
Performances

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Def 5 HUWSR

| All | Rufus | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care ⌄ | Luxury | Amazon Basics | | Black Friday Week starts Nov 20 |

| Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness |

Shop now

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



  

Click to see full view

🔦✦ Ask Rufus

- Can it be used on all drain types?
- Is it safe for septic systems?
- Does it require any special storage?
- Ask something else

# Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover, Ideal Drain Cleaner For Sinks, Showers, And Tubs - Flexible And Durable 6Pack 20inch Length For Easy Use.

Brand: QUIUMES

4.3 (611) | Search or ask

Amazon's Choice

**100+ bought in past month**

$8.99

**Overnight**

FREE Returns

Save 10% on 5 select item(s)  Shop items ›

Get $250 off instantly: Pay $0.00 upon approval for Prime Visa.

Style: **Drain Snake 6pcs**

| $6.99 FREE Delivery Wednesday | $8.99 FREE Delivery Overnight 4 AM - 8 AM |

- 【Soft & Flexible Barbed Wand】This 6-pack 20inch drain clog remover features a multi-tooth design, making it perfect for navigating various strainers and pipes to easily hook and remove hair and debris.
- 【High-Quality Material】Crafted from durable polypropylene, this drain snake is tough yet flexible, designed to tackle hair clogs swiftly. The drain snake hair drain clog remover easily maneuvers through tight bends and P-traps in your plumbing.
- 【User-Friendly Operation】Operating this snake drain hair removal tool is simple—just insert, twist, and pull to remove blockages. This drain cleaner is safe to use, protecting your hands while delivering effective results.
- 【Eco-Conscious and Reusable】Opt for this reusable drain snake instead of harsh chemical solutions. Ideal for kitchen sinks, toilets, bathtubs, and more, this drain clog remover offers a sustainable and cost-effective way to maintain clear drains.
- 【Versatile Application】Whether in the kitchen, bathroom, or other areas, this drain snake hair drain clog remover is versatile enough to handle clogs in sinks, toilets, bathtubs, and sewers, easily flexing around P-traps where clogs are most common.

Report an issue with this product or seller

$8.99

**Overnight**

FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 12 hrs 3 mins

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | HUWSR |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

Add to List

Sponsored

Deliver to Chicago 60602

Health, Household & Baby Care ⌄

EN

Hello, Angie Account & Lists    Returns & Orders    0

Def 5 HUWSR

https://www.amazon.com/dp/B0DQBJ2G4Z/ref=twister_B0DXKPL7RX?_encoding=UTF8&th=1

1/11

 

↑ Top     About this item     Similar     **From the Brand**     Product information     Questions     Reviews

**This item:** Drain Clog Remover, Effective Drain Snake Hair Drain Clog Remover, Ideal Drain Clea...

$8⁹⁹

+

Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains, Unclogs and...

$16⁹⁷ ($0.11/fluid ounce)

+

Liquid-Plumr Pro-Strength Hair Eliminator Gel Clog Remover, Hair Clog Remover and Drain Opene...

$6⁵⁸ ($0.41/fluid ounce)

Total price: $32.54

( Add all 3 to Cart )

These items are shipped from and sold by different sellers.
Show details

## Deals on related products  Sponsored ⓘ

Page 1 of 2

    

| Drain Snake Auger, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty Toilet S... | 33 Feet Drain Snake Auger, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty ... | DR.PEN Flexible Grabber Claw Pick Up Reacher Tool (Drain Clog Remove Tool), With 4 ... | Drain Snake Auger 33 Feet, Plumbing Snake Drain Hair Clog Removal Tool, Heavy Duty ... | POPULO 20V Cordless Electric Drain Snake, 25Ft Replaceable Cable with 2.0Ah Battery... |
|---|---|---|---|---|
| 31 | 119 | 7,750 | 124 | 482 |
| Limited time deal | Limited time deal | Ends in 19:17:55 | Limited time deal | Ends in 19:17:55 |
| -41% $33¹⁸ | -17% $33⁰⁸ | -10% $11⁶⁹ | -20% $29²⁹ | -23% $99⁹⁷ |
| List: $55.90 | List: $39.99 | List: $12.99 | List: $36.69 | List: $129.97 |

You pay $31.42  with coupon

## Product description



**Scientific design**

Deliver to
Chicago 60602        Health, Household & Baby Care ▾

EN        Hello, Angie
Account & Lists        Returns
& Orders        0

Def 5 HUWSR

↑ Top    About this item    Similar    From the Brand    Product information    Questions    Reviews

Multi-gear design for easy grab & remove clustered hair



**Reusable**

The plastic shower snake drain hair removal tool for clearing kitchen sinks, toilets, washbasins, baths, and drains. More practical and reusable than chemical drain cleaners.



**Wide Application**

↑ Top    About this item    Similar    From the Brand    Product information    Questions    Reviews

and sewers. It easily flexes at P-traps, where most clogs occur.



**Easy to Use**

1. Plug pointed part into the sink slowly until near to handle.

2. Hold the handle loop, pull it from up and down and rotate a few times.

3. If you feel that there are blockages on hook, and then lift it up slowly. 4. Cleaning completed



↑ Top      About this item      Similar      From the Brand      Product information      Questions      Reviews

Drain snake use polypropylene recyclable plastic, It's flexible enough to reach the depths of sink pipes, the Multi-teeth design for quick and easy removal of obstructions or blocked.



**Save Money**

Compared to plumbers, it is simple and cheap

Any chemical can not avoid the bad smell

## Why Choose Our Hair Drain Clog Remover ?

1. Best quality: We use the great quality Polypropylene to make it ,it's reinforced with thicker materials.

2. With the lenth of 20Inch, it's Long enough to go deep into sink pipes.

3. Very easy to use,you can clean your pipes by yourself ,no need to call expensive plumber any more.

---

## Product details

**Product Dimensions :** 20 x 1.5 x 0.5 inches; 3.84 ounces

**Item model number :** Drain clog remover, drain snake

**Date First Available :** August 31, 2024

**Manufacturer :** OUIUMES

Top | About this item | Similar | From the Brand | Product information | Questions | Reviews

Sponsored

## Similar brands on Amazon
Sponsored



Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for...
3.9 207
$29.99



WOHPW Toilet Plunger, High Pressure Toilet Plunger Toilet Auger Air with Re...
4.5 135
$35.99



Flexible Gra Tool With 4
4.0
$9.99

---

### ☄ Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on all drain types? | Is it safe for septic systems? | Does it require any special storage?

Can it remove grease clogs? | Is it easy to sanitize?

---

## Customer reviews

**4.3 out of 5**

611 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 16% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 7% |

How customer reviews and ratings work

## Customers say

Customers find the drain snake effective, with one mentioning it works well for years-old clogs, and appreciate that it saves them from expensive plumbing bills. The product is easy to use, gets hair out of drains, and is considered a must-have for every household, particularly for bathroom sinks. While some customers find it durable, others report durability issues, and there are mixed experiences with drain access.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness ✓ Value for money ✓ Ease of use ✓ Quality ✓ Hair removal ✓ Utility

— Durability — Drain access

### Reviews with images

See all photos ›

   

---

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN | Hello, Angie
Account & Lists | Returns
& Orders | 0



Reviewed in the United States on October 13, 2025

Style: Drain Snake 4pcs    **Verified Purchase**

Durable and works great. Easy to use. The size is perfect for tubs or sinks. Cleans the drain so water will flow again.Great value for the money.

[ Helpful ]    Report

Sanibeljac

**They work, inexpensive, messy**

Reviewed in the United States on November 5, 2025

Style: Drain Snake 4pcs    **Verified Purchase**

They're not high tech, and can be messy, but for the price they can save you an expensive plumbing bill. I've been using these for years and there's a couple of things to keep in mind when using. The gunk you'll pull up with this product is nasty, so wear gloves, mask and eye covering if you expect any splashing. Ick! Also, don't try to clean the stuff off so you can reuse...just wrap it up and throw away after the clog is cleared. Otherwise you can cut yourself with the sharp edges and possibly introduce organisms into the cut. But they work, and they're inexpensive

One person found this helpful

[ Helpful ]    Report

Derik Whitaker

**Great device**

Reviewed in the United States on July 19, 2025

Style: Drain Snake 4pcs    **Verified Purchase**

These work great for unclogging years or even month of hair stuck in your drain, only downside is their plastic hooks wear out easy

2 people found this helpful

[ Helpful ]    Report

lchews2014

**Had a scare, but clog is fixed!**

Reviewed in the United States on September 6, 2025

Style: Drain Snake 4pcs    **Verified Purchase**

Moved into a rental and the sink had been slow draining for a couple months now. Finally decided to purchase this snake (instead of a solution that may not work). It arrived with no instructions, no problem, seems self explanatory.

Bathroom sink is one of those with a springy push drain stopper. I screwed the lid off and pushed the snake into the hole, ummm, and I pulled it back out and the inner mechanics of drain came out too, WOW, what a scare! I finally grabbed with pliers and the mechanic came out easily. I then used the snake again, twisted it around and pulled it out. Surprisingly not much grime came out. But it def fixed the clog. I was then able to put the mechanism back inside after cleaning it. WHEW.



2 people found this helpful

[ Helpful ]    Report

Janice L. Heape

**Perfect to get hair out of a clogged drain**

Reviewed in the United States on October 11, 2025

Style: Drain Snake 4pcs    **Verified Purchase**

Great way to get hair out of here sink when it's clogged. This is a wonderful tool to have around. My son always shaves and all kinds of hair goes down the bathroom sink and I can't stop it from being stopped up liquids. Don't seem to help. This handy tool gets the hair right out and the drain runs freely Immediately it's terrible plastic and easy to remove the hair.

↑ Top    About this item    Similar    From the Brand    Product information    Questions    Reviews

Reviewed in the United States on March 11, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

I bought this because the price was good, but unfortunately did not work for me. It was too thick and I wasn't able to spin it around in the drain. It wasn't really able to fish anything out. I'd try something else.

Helpful    Report

Jill Heinold

**A Great Buy**
Reviewed in the United States on October 5, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

Because these drain snake clog removers are so slender, they are able to get into drains that a larger clog remover could not. They worked great, and our drains are draining so much better now!

One person found this helpful

Helpful    Report

EV3

**Does not work. Waste of money.**
Reviewed in the United States on September 19, 2025
Style: Drain Snake 4pcs    **Verified Purchase**

Does not work. Because of the sharp spikes on the side, it is hard to get down the drain. Even when I managed to get it in the drain as far as it went, it only removed maybe about 15% of the clog and actually made the water drainage worse. The Flexisnake drain weasel works much better.

Helpful    Report

**See more reviews ›**

Deliver to
Chicago 60602

Health, Household & Baby Care ▾

EN    Hello, Angie
Account & Lists    Returns & Orders    0

Def 5 HUWSR

https://www.amazon.com/dp/B0DQBJ2G4Z/ref=twister_B0DXKPL7RX?_encoding=UTF8&th=1                    9/11

Case 1:25-cv-14775-Document#-172-Filed 1/24/25 Page 124 of 145 PageID #:155

Top    About this item    Similar    **From the Brand**    Product information    Questions    Reviews

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Deliver to Chicago 60602    Health, Household & Baby Care      EN    Hello, Angie Account & Lists    Returns & Orders    0

Def 5 HUWSR

Case 1:25-cv-14775-Document#:172-Filed 12/06/19-Page 144 of 145-PageID#:456