IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Imagination Products Corp., ) | Case No.: 25-cv-14775 |
| Plaintiff, ) | |
| v. ) | Judge: Honorable Jeffrey I. Cummings |
| ArcticEagleDirect *et al.*, ) | |
| Defendants. ) | Magistrate: Honorable Daniel P. McLaughlin |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, YSN Imports LLC d/b/a Flame King, hereby notifies this Court that the Plaintiff voluntarily dismisses <u>without prejudice</u> any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 2 | JY-Direct | ALIQWFIVW7LPR |
| 3 | FORLIVE | A11ML6KGIYV52C |
| 4 | BEATIFOYO | A1O7WFOISGP62U |

Dated: <u>January 26, 2026</u>

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener and Associates, P.C.
33 N. Dearborn St., Suite 1000
Chicago, IL 60602
(312) 375-1573
rishi.nair@keenerlegal.com