# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| Imagination Products Corp., | Case No.: 25-cv-14775 |
| Plaintiff, | |
| v. | Judge: Honorable Jeffrey I Cummings |
| ArcticEagleDirect *et al.*, | |
| Defendants. | Magistate: Honorable Daniel P. McLaughlin |

## DECLARATION OF RISHI NAIR

I, Rishi Nair, of Chicago, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Expedited Discovery and Alternative Service (the "*Ex Parte* Motion for Expedited Discovery") and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the United States District Court for the Northern District of Illinois.

3. Plaintiff is seeking *ex parte* relief and is requesting service by email to Defendants ArcticEagleDirect and, HUWSR, (collectively "Defendants").

4. After reviewing each of the Defendants' listings, as well as ordering infringing product, I was able to confirm the color matches the authentic offerings and that the five defendants offered identical listings likely originating from the same source.

5. Upon entry of a Service by Email Order in this matter, I will create and publish a webpage with copies of the pleadings, orders and summons as well as notify the Defendants by

sending copies of all prior filings, notices, and supporting papers via e-mail to the e-mail addresses provided by the Defendants to the Websites responsible for hosting their respective Webstores.

6. I have compiled a list of screenshots and I have authenticated the listings contained therein. In that exhibit, selected screenshots of the listings from Defendants' Infringing Webstores appear with the identical orange color for a competing drain augur product. Each listing clearly shows delivery to Chicago, Illinois.

7. The Defendants' use the orange color to generate sales because customers are aware of Plaintiff's products, from word of mouth but also when they shop at brick and mortar stores such as Home Depot and see them hanging near the check out lanes. These orange copy cat products divert sales from Plaintiff, the dominant player in the market, and each sale necessarily would have flowed to Plaintiff in this marketplace.

8. Each Defendant offering also all shows common features including the same shape and types of parts, all seemingly from the same Chinese supplier.

9. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Memorandum of Law in Support of *Ex Parte* Motion for Expedited Discovery are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 26th of January, 2026

                                                      /s/ Rishi Nair
                                                     Rishi Nair